UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------

FEDERAL HOUSING FINANCE AGENCY AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,   Plaintiff,

-against-

GOLDMAN, SACHS & CO., et al.,   Defendant.

Case No.   11-cv-6198 (DLC)

-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Joanna K. Chan**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JC-1689     My State Bar Number is 4739892

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: O'Melveny & Myers LLP
FIRM ADDRESS: 7 Times Square, New York, NY 10036
FIRM TELEPHONE NUMBER: (212) 326-2884
FIRM FAX NUMBER: (212) 326-2061

NEW FIRM:   FIRM NAME: Cohen & Gresser LLP
FIRM ADDRESS: 800 Third Avenue, New York, NY 10022
FIRM TELEPHONE NUMBER: (212) 707-7272
FIRM FAX NUMBER: (212) 957-4514

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 7/25/12

_____
ATTORNEY'S SIGNATURE