UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
FEDERAL HOUSING FINANCE AGENCY, :
AS CONSERVATOR FOR THE FEDERAL :
NATIONAL MORTGAGE ASSOCIATION :
AND THE FEDERAL HOME LOAN :
MORTGAGE CORPORATION, :
: 
: No. 11-cv-6198 (DLC)
            Plaintiff, :
         v. :
: 
GOLDMAN, SACHS & CO., *et al.*, :
: 
            Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendants Goldman, Sachs & Co., GS Mortgage Securities Corp., Goldman Sachs Mortgage Company, The Goldman Sachs Group, Inc., Goldman Sachs Real Estate Funding Corp., Peter C. Aberg, Howard S. Altarescu, Robert J. Christie, Kevin Gasvoda, Michelle Gill, David J. Rosenblum, Jonathan S. Sobel, Daniel L. Sparks, and Mark Weiss.

I certify that I am admitted to practice in this Court.

-2-

Dated:    July 27, 2012
          New York, New York

                                   Respectfully submitted,

                                    /s/ Tracy Richelle High
                                   Tracy Richelle High
                                   (*hight@sullcrom.com*)
                                   SULLIVAN & CROMWELL LLP
                                   125 Broad Street
                                   New York, New York 10004-2498
                                   Telephone:  (212) 558-4000
                                   Facsimile:  (212) 558-3588

                                   *Counsel for Defendants Goldman, Sachs & Co.,
                                   GS Mortgage Securities Corp., Goldman Sachs
                                   Mortgage Company, The Goldman Sachs Group,
                                   Inc., Goldman Sachs Real Estate Funding Corp.,
                                   Peter C. Aberg, Howard S. Altarescu, Robert J.
                                   Christie, Kevin Gasvoda, Michelle Gill, David J.
                                   Rosenblum, Jonathan S. Sobel, Daniel L. Sparks
                                   and Mark Weiss*