USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/12

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    11 Civ. 5201 (DLC)
                                        :    11 Civ. 6188 (DLC)
                                        :    11 Civ. 6189 (DLC)
FEDERAL HOUSING FINANCE AGENCY,         :    11 Civ. 6190 (DLC)
                                        :    11 Civ. 6192 (DLC)
                        Plaintiff,      :    11 Civ. 6193 (DLC)
                                        :    11 Civ. 6195 (DLC)
            -v-                         :    11 Civ. 6196 (DLC)
                                        :    11 Civ. 6198 (DLC)
                                        :    11 Civ. 6200 (DLC)
UBS AMERICAS INC., et al.,              :    11 Civ. 6201 (DLC)
                        Defendants;     :    11 Civ. 6202 (DLC)
                                        :    11 Civ. 6203 (DLC)
                                        :    11 Civ. 6739 (DLC)
And other FHFA cases.                   :    11 Civ. 7010 (DLC)
                                        :    11 Civ. 7048 (DLC)
                                        :
----------------------------------------X         ORDER
```

DENISE COTE, District Judge:

The parties are required to substantially complete document production by September 30, 2012. The parties are producing all loan files for each of the supporting loan groups for each of the securitizations at issue in these cases ("Loan Files"), and, where necessary, obtaining the Loan Files from third parties. Having reviewed the parties' proposals of August 9 and 10, it is hereby

ORDERED that on or before **August 15, 2012**, each party shall provide to all others a list, organized by securitization and loan identification number (or range), identifying any Loan Files in its possession, custody, or control that have not already been produced in this litigation.

IT IS FURTHER ORDERED that production of any Loan Files in the parties' possession should begin **immediately** and should continue on a rolling basis, with every effort made to complete party production of Loan Files on or before **August 30, 2012**. By **August 24, 2012**, each party should provide to all others a status report on its schedule for production of these Loan Files.

IT IS FURTHER ORDERED that on or before **August 24, 2012**, each party shall provide to all others a detailed list of Loan Files it has requested from third parties **in 2012**, whether informally or by subpoena (including by subpoena in these actions pursuant to Federal Rule of Civil Procedure 45). At a minimum, the lists should include the following fields: (1) the securitization at issue, (2) loan file identification numbers (or ranges), (3) the custodian to whom the request was directed, (4) the date of the request, (5) the return date (if applicable), (6) whether the files have been produced, and (7) the federal district court with jurisdiction over the custodian.

IT IS FURTHER ORDERED that subsequent to August 24, 2012, the parties shall notify one another of any subpoenas or informal requests for Loan Files **as those requests are made.**

IT IS FURTHER ORDERED that on **August 27** or **August 28**, the parties shall meet and confer regarding the status of production of all Loan Files.

IT IS FURTHER ORDERED that by **noon** on **August 29, 2012**, the parties shall file reports comprehensively setting forth the status of production of all Loan Files.  With regard to any Loan Files requested from a third party but not yet produced, the reports shall indicate the identity of the requesting party, the custodian to whom the request was directed, and the federal district court having jurisdiction over that custodian.  The reports should also specifically identify any instance in which the parties would like the Court's assistance in securing production from a third party.  Defendants shall identify in their reports any loans or range of loans for which efforts to secure the Loan Files have not yet been made.

IT IS FURTHER ORDERED that a telephone conference will be held on **August 30, 2012,** at **3:00 PM** to discuss the status of the production of Loan Files.

Dated:   New York, New York
         August 10, 2012

                                  _____
                                         DENISE COTE
                                  United States District Judge