UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL HOUSING FINANCE AGENCY,
AS CONSERVATOR FOR THE FEDERAL
NATIONAL MORTGAGE ASSOCIATION
AND THE FEDERAL HOME LOAN
MORTGAGE CORPORATION,

      Plaintiff,     **11-cv-6198 (DLC)**

    v.         ECF Case

GOLDMAN, SACHS & CO., ET AL.,  **NOTICE OF APPEARANCE**

      Defendants.

---

  PLEASE TAKE NOTICE that Eric B. Bruce of Kobre & Kim LLP hereby enters an appearance as counsel on behalf of Plaintiff Federal Housing Finance Agency in the above-captioned matter, and respectfully requests notice of electronic filing of all papers in this action at the email address below. The undersigned certifies that he is admitted to practice before this Court.

Dated: August 23, 2012        Respectfully submitted,
   New York, New York

                s/ Eric B. Bruce
                Eric B. Bruce
                KOBRE & KIM LLP
                800 Third Avenue
                New York, New York 10022
                Tel: +1 212 488 1203
                Fax: +1 212 488 1220
                Email: eric.bruce@kobrekim.com

                *Attorney for Plaintiff Federal*
                *Housing Finance Agency*

To: All Counsel of Record