UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

FEDERAL HOUSING FINANCE AGENCY,
AS CONSERVATOR FOR THE FEDERAL
NATIONAL MORTGAGE ASSOCIATION
AND THE FEDERAL HOME LOAN
MORTGAGE CORPORATION,

      Plaintiff,     **11-cv-6198 (DLC)**

     v.       ECF Case

GOLDMAN, SACHS & CO., ET AL.,   **NOTICE OF APPEARANCE**

      Defendants.
_____

   PLEASE TAKE NOTICE that Scott K. McCulloch of Kobre & Kim LLP hereby enters an appearance as counsel on behalf of Plaintiff Federal Housing Finance Agency in the above-captioned matter, and respectfully requests notice of electronic filing of all papers in this action at the email address below. The undersigned certifies that he is admitted to practice before this Court.

Dated: August 23, 2012       Respectfully submitted,
    Washington, D.C.

              s/ Scott K. McCulloch
              Scott K. McCulloch
              KOBRE & KIM LLP
              1919 M Street, NW
              Washington, D.C. 20036
              Tel: +1 202 664 1943
              Fax: +1 202 664 1920
              Email: scott.mcculloch@kobrekim.com

              *Attorney for Plaintiff Federal*
              *Housing Finance Agency*

To:  All Counsel of Record