Exhibit A to Defendants' Coordinated Report on Loan File Production
August 29, 2012

| Defendant | Docket | Number of Loan Files Produced | Numbers of Pages Produced | Estimated Date of Substantial Completion of Loan File Production |
|---|---|---|---|---|
| Ally Financial | 11-cv-07010 | N/A | N/A | N/A |
| Bank of America | 11-cv-06195 | 3,497 | 540,973 | 9/30/2012 |
| Barclays | 11-cv-06190 | N/A | N/A | N/A (No loan files identified to date) |
| Citi | 11-cv-06196 | N/A | N/A | 8/30/2012 |
| Credit Suisse | 11-cv-06200 | 8,117 | 1,560,422 | 8/8/2012 |
| Deutsche Bank | 11-cv-06192 | 5,609 | 1,744,534 | 8/30/2012 |
| First Horizon | 11-cv-06193 | 5,743 | 2,348,534 | 7/30/2012 |
| General Electric | 11-cv-07048 | N/A | N/A | 8/30/2012 |
| Goldman Sachs | 11-cv-06198 | 468 | 272,097 | 8/22/2012 |
| HSBC | 11-cv-06189 | N/A | N/A | 9/30/2012 |
| JPMorgan Chase | 11-cv-06188 | 345,898 | 136,877,570 | 9/30/2012 |
| Merrill Lynch | 11-cv-06202 | 45,365 | 12,834,077 | 9/30/2012 |
| Morgan Stanley | 11-cv-06739 | 27,295* | 13,728,293 | 9/30/2012 |
| Nomura | 11-cv-06201 | 15,186 | 4,232,784 | 8/27/2012 |
| Societe Generale | 11-cv-06203 | N/A | N/A | N/A |
| UBS | 11-cv-05201 | 2,364 | Est. 6,600,000 | 7/25/2012 |

*Documents that could be considered part of a loan file were stored in different formats in different locations. Morgan Stanley has produced at least some documents for 27,295 loans. To date, Morgan Stanley has produced 95% of the total number of documents, comprising 70% of the total number of pages, for all of the 27,394 relevant loans for which Morgan Stanley has identified loan files in its possession, custody, or control.