```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                            :  11 Civ. 5201 (DLC)
                                            :  11 Civ. 6188 (DLC)
                                            :  11 Civ. 6189 (DLC)
FEDERAL HOUSING FINANCE AGENCY,             :  11 Civ. 6190 (DLC)
                                            :  11 Civ. 6192 (DLC)
              Plaintiff,                    :  11 Civ. 6193 (DLC)
                                            :  11 Civ. 6195 (DLC)
     -v-                                    :  11 Civ. 6196 (DLC)
                                            :  11 Civ. 6198 (DLC)
                                            :  11 Civ. 6200 (DLC)
UBS AMERICAS INC., et al.,                  :  11 Civ. 6201 (DLC)
              Defendants;                   :  11 Civ. 6202 (DLC)
                                            :  11 Civ. 6203 (DLC)
                                            :  11 Civ. 6739 (DLC)
And other FHFA cases.                       :  11 Civ. 7010 (DLC)
                                            :  11 Civ. 7048 (DLC)
                                            :
-------------------------------------------X            ORDER
```

DENISE COTE, District Judge:

On October 1, the Court of Appeals denied the motion of defendant UBS to stay proceedings in these coordinated cases pending resolution of UBS's appeal from this Court's May 4, 2012 Order.  It is hereby

ORDERED that the June 14 Pretrial Scheduling Order is amended as follows:

    **10/11/12**    Deadline for any reply brief in support of defendants' motions to dismiss in Fraud Claim Cases: 11 Civ. 6188 (DLC), 11 Civ. 6192 (DLC), 11 Civ. 6198 (DLC), 11 Civ. 6202 (DLC), 11 Civ. 6739 (DLC), 11 Civ. 7010 (DLC).

    **10/19/12**    Deadline for any brief in opposition to defendants' motions to dismiss in Non-Fraud Claim Cases: 11 Civ. 6189 (DLC), 11 Civ.

|  |  |
|---|---|
|  | 6190 (DLC), 11 Civ. 6193 (DLC), 11 Civ. 6195 (DLC), 11 Civ. 6196 (DLC), 11 Civ. 6200 (DLC), 11 Civ. 6201 (DLC), 11 Civ. 6203 (DLC), 11 Civ. 7048 (DLC). |
| **11/9/12** | Deadline for any reply brief in support of defendants' motions to dismiss in Non-Fraud Claim Cases. |

IT IS FURTHER ORDERED that at the time any submission is served, the submitting party shall supply two courtesy copies to the Court by mailing or delivering the copies to the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         October 1, 2012

_____
DENISE COTE
United States District Judge