```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X   11 Civ. 5201 (DLC)
                                        :   11 Civ. 6188 (DLC)
                                        :   11 Civ. 6189 (DLC)
FEDERAL HOUSING FINANCE AGENCY,         :   11 Civ. 6190 (DLC)
                                        :   11 Civ. 6192 (DLC)
                  Plaintiff,            :   11 Civ. 6193 (DLC)
                                        :   11 Civ. 6195 (DLC)
        -v-                             :   11 Civ. 6196 (DLC)
                                        :   11 Civ. 6198 (DLC)
                                        :   11 Civ. 6200 (DLC)
UBS AMERICAS INC., et al.,              :   11 Civ. 6201 (DLC)
                  Defendants;           :   11 Civ. 6202 (DLC)
                                        :   11 Civ. 6203 (DLC)
                                        :   11 Civ. 6739 (DLC)
And other FHFA cases.                   :   11 Civ. 7010 (DLC)
                                        :   11 Civ. 7048 (DLC)
                                        :
----------------------------------------X           ORDER
```

DENISE COTE, District Judge:

Through three letters of October 9, 2012, FHFA raised issues regarding discovery. The defendants have responded in three letters of October 11, asserting in connection with some of the issues that the parties had not exhausted the meet and confer process. Accordingly, it is hereby

ORDERED that the telephone conference scheduled for October 11 is cancelled.

IT IS FURTHER ORDERED that a conference to address the issues raised in the three sets of letters will be held on **Monday, October 15** at **2:30 PM** in Courtroom 15B, United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the parties shall meet and confer regarding each of the issues raised in the letters prior to the October 15 conference.

IT IS FURTHER ORDERED that no later than **10:00 AM** on **October 15**, defendants shall e-mail to the Court and FHFA a report describing the status of the Loan File production from third parties other than defendant-third parties.[1]  The report shall follow the format used in Exhibit B to the Declaration of Penny Shane dated August 29, 2012 and attached to the Defendants' Coordinated Report on Loan File Production dated August 29, 2012.  For any production of Loan Files that remains incomplete, the report should also reflect (1) the date by which the third party has represented that the production of Loan Files will be made and (2) any steps taken by the defendants to obtain production of those Loan Files.

IT IS FURTHER ORDERED that no later than **10:00 AM** on **October 15**, defendants shall e-mail to the Court and FHFA a status report on <u>their own</u> production of Loan Files, including the dates by which production will be completed if production remains outstanding.  The report should separately address the production of loan files in the cases in which a defendant is

---

[1] As described in the August 10, 2012 Order, the term "Loan Files" refers to loan files for supporting loan groups for each of the securitizations at issue in these cases.

named and those cases in which the defendant is making a production as a third-party.

Dated:   New York, New York
         October 11, 2012

                                    _____
                                         DENISE COTE
                                    United States District Judge