UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
FEDERAL HOUSING FINANCE           :
AGENCY, AS CONSERVATOR FOR THE    :
FEDERAL NATIONAL MORTGAGE         :
ASSOCIATION AND THE FEDERAL       :
HOME LOAN MORTGAGE                :
CORPORATION,                      :
                                  :  Civil Action No. 11-cv-6198 (DLC)
           Plaintiff,             :
     v.                           :
                                  :
GOLDMAN, SACHS & CO., *et al.*,   :
                                  :
           Defendants.            :
---------------------------------x
FEDERAL HOUSING FINANCE           :
AGENCY, AS CONSERVATOR FOR THE    :
FEDERAL NATIONAL MORTGAGE         :
ASSOCIATION AND THE FEDERAL       :
HOME LOAN MORTGAGE                :
CORPORATION,                      :
                                  :  Civil Action No. 11-cv-7010 (DLC)
           Plaintiff,             :
     v.                           :
                                  :
ALLY FINANCIAL INC., *et al.*,    :
                                  :
           Defendants.            :
---------------------------------x
FEDERAL HOUSING FINANCE           :
AGENCY, AS CONSERVATOR FOR THE    :
FEDERAL NATIONAL MORTGAGE         :
ASSOCIATION AND THE FEDERAL       :
HOME LOAN MORTGAGE                :
CORPORATION,                      :
                                  :  Civil Action No. 11-cv-6188 (DLC)
           Plaintiff,             :
     v.                           :
                                  :
JPMORGAN CHASE & CO., *et al.*,   :
                                  :
           Defendants.            :
---------------------------------x

**THE GOLDMAN SACHS DEFENDANTS' REPORT ON THE
STATUS OF PRODUCTION OF LOAN FILES**

Pursuant to the Court's October 11, 2012 Order ("the October 11 Order"), the Goldman Sachs Defendants[1] respectfully submit this "status report on <u>their own</u> production of Loan Files" (October 11 Order at 2 (original emphasis)) in the three above-captioned actions, which are the three actions brought by FHFA in this Court in which any of the Goldman Sachs Defendants is a party.

None of the Goldman Sachs Defendants acts or has acted as an originator or servicer of mortgage loans, and therefore none has loan files relevant to the coordinated FHFA actions.[2]

In accordance with the October 11 Order, the Goldman Sachs Defendants also will be joining a separate report describing the status of Loan File productions by

---

[1] The Goldman Sachs Defendants are Goldman, Sachs & Co., GS Mortgage Securities Corp., Goldman Sachs Mortgage Company, The Goldman Sachs Group, Inc., and Goldman Sachs Real Estate Funding Corp., (collectively, "Goldman Sachs"), Peter Aberg, Howard Altarescu, Robert Christie, Kevin Gasvoda, Michelle Gill, David Rosenblum, Jonathan Sobel, Daniel Sparks and Mark Weiss.  Each of the Goldman Sachs Defendants is a defendant in one or more of the three above-captioned actions.

[2] Avelo Mortgage, LLC ("Avelo"), a non-party affiliate of Goldman Sachs doing business as Senderra Funding LLC ("Senderra"), originated a small number of loans underlying some of the securitizations at issue in one of the above-captioned *Goldman Sachs* action (No. 11-cv-6198).  On August 22, 2012, in response to a subpoena from FHFA, Avelo produced all loan files in its possession in the relevant supporting loan groups at issue on the *Goldman Sachs* action.  On August 23, 2012, Avelo received a subpoena from Merrill Lynch and Bank of America, seeking loan files underlying a securitization at issue in *FHFA* v. *Merrill Lynch  & Co., Inc.*, et al (No. 11 cv-6202) and, on October 5, 2012, Senderra received a subpoena from Barclays seeking loan files underlying a securitization at issue in *FHFA* v. *Ally Financial Inc.*, et al (No. 11-cv-7010).  Avelo produced all loan files responsive to those subpoenas on September 7 and October 11, 2012, respectively.

third parties, which is being submitted jointly today by defendants across the various FHFA actions pending before this Court.

                              Respectfully submitted,

Dated:    New York, New York    /s/ Richard H. Klapper
               October 15, 2012        Richard H. Klapper
                                               Theodore Edelman
                                               Michael T. Tomaino, Jr.
                                               Bradley A. Harsch
                                               SULLIVAN & CROMWELL LLP
                                               125 Broad Street
                                               New York, NY  10004-2498
                                               Tel.:  (212) 558-4000
                                               Fax:  (212) 558-3588

                                               *Counsel for Defendants Goldman, Sachs & Co., GS Mortgage Securities Corp., Goldman Sachs Mortgage Company, The Goldman Sachs Group, Inc., Goldman Sachs Real Estate Funding Corp., Peter C. Aberg, Howard S. Altarescu, Robert J. Christie, Kevin Gasvoda, Michelle Gill, David J. Rosenblum, Jonathan S. Sobel, Daniel L. Sparks and Mark Weiss.*