UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>     Plaintiff,<br><br>     -v-<br><br>UBS AMERICAS, INC., *et al*.<br><br>     Defendants. | Case No. 11 CIV. 5201 (DLC)<br><br>**DEFENDANTS' REPORT ON LOAN FILE PRODUCTION** |
| Other Cases Brought By This Plaintiff:<br><br>11 Civ. 6188 (DLC)<br>11 Civ. 6189 (DLC)<br>11 Civ. 6190 (DLC)<br>11 Civ. 6192 (DLC)<br>11 Civ. 6193 (DLC)<br>11 Civ. 6195 (DLC)<br>11 Civ. 6196 (DLC)<br>11 Civ. 6198 (DLC)<br>11 Civ. 6200 (DLC)<br>11 Civ. 6201 (DLC)<br>11 Civ. 6202 (DLC)<br>11 Civ. 6203 (DLC)<br>11 Civ. 6739 (DLC)<br>11 Civ. 7010 (DLC)<br>11 Civ. 7048 (DLC) | (*Counsel listed on signature pages*) |

In response to this Court's October 11, 2012 order ("Order") in the above-captioned actions (the "Actions"), Defendants submit this Report on Loan File Production.  Since Defendants' August 29 Coordinated Report on Loan File Production, Defendants have made significant additional progress in both (a) producing the loan files for the securitizations at issue in each case to the extent that those loan files were in the possession of Defendants in the case, and (b) seeking other relevant loan files from nonparties.  In accordance with this Court's Order, described below is the status of loan file productions by the parties to the Actions; the status of loan file productions by nonparties; and certain proposals for the fair and efficient completion of loan file collection efforts.  Defendants are also filing individual reports with the Court providing additional information regarding their production of loan files for cases in which defendants are named as a party and in those cases "in which the defendant is making a production as a third-party."

## I. Status of Party Loan File Productions

Since Defendants began producing loan files to Plaintiff Federal Housing Finance Agency ("FHFA") on June 28, 2012, Defendants have collectively produced 642,258 loan files to FHFA in response to its document requests to Defendants, totaling at least 287 million pages.  The status of Defendants' loan file productions are reflected in Exhibit A.

## II. Status of Nonparty Loan File Productions

On June 12, Defendants began serving nonparty subpoenas for those loan files not in Defendants' possession and have continued serving such subpoenas as additional entities with custody of loan files have been identified.  As reflected in Exhibit B, as of October 15, 2012, Defendants have issued 612 nonparty subpoenas in an attempt

1

to collect all relevant loan files. Defendants' counsel have actively coordinated with each other, and have been actively involved in discussions with counsel for the servicers, originators and trustees, to help facilitate the quick and efficient production of loan files. Certain third party custodians have informed us that they are gathering documents and are processing them for productions. A chart listing all nonparties to which Defendants have issued subpoenas for loan files, including the date by which third parties have represented that the production of loan files will be made and any steps taken by Defendants to obtain production of those loan files, is enclosed.

### III. Proposed Loan File Stipulation

Defendants also wish to correct a statement in FHFA's October 12, 2012 Letter to the Court. In that letter, FHFA asserts that "several Defendants have failed to produce manifests that clearly identify the Securitization to which the loans belong." Prior to FHFA's letter, which came almost four months after Defendants began producing loan files, Defendants had not once received a request that they produce "manifests that clearly identify the Securitization to which the loans belong."

Rather than providing "manifests," the Proposed Loan File Stipulation ("Proposed Stipulation") contemplates the provision of the "Securitization Name" with each loan file, which would provide the "name of the securitization in which the loan was included." But the provision of this information is limited "to the extent that such fields are reasonably accessible and the provision of such fields is not unduly burdensome." The Proposed Stipulation further provides that "no party shall be required to manually tabulate [this] information." FHFA agreed to this language and the parties have relied on

that agreement when preparing to produce loan files.[1]  If FHFA has concerns about the format of a particular Defendant's loan file productions, FHFA should address that issue with the Defendant directly, rather than raising it for the first time in a letter to the Court.

Attached for the Court's reference as Exhibit C is a redline of the draft of the loan file stipulation under which the parties had been proceeding in good faith against the draft version FHFA submitted with its October 9 letter to the Court properly.  The draft under which parties had been proceeding provided for loan file production that takes account of how files may be kept in the ordinary course of business and the parties' shared interest in and responsibility for consistent production formats.

### IV. Prioritization of Certain Loan Files

In response to letters FHFA addressed to the Court last week seeking orders about placing priority on certain loan file productions, or limiting non-parties' obligations to search for other documents, Defendants have now met and conferred with FHFA, have presented several proposals to achieve FHFA's aims through joint (or jointly drafted) communications to non-parties, and otherwise have sought to narrow the issues in dispute.  As of this writing, those efforts were ongoing.  Defendants will be pleased to provide details and updates at the conference with the Court today at 2:30 pm.

---

[1] Defendants note that with its October 9, 2012 Letter to the Court, FHFA annexed as Exhibit 4 a draft version of this agreement that includes but in no way differentiates certain new terms FHFA asks the Court to order or enforce, from the many terms to which the parties had agreed.  To avoid confusion, Defendants submit the last version of the agreement that Defendants sent to FHFA with redlining to show where agreement had not yet been reached.

3

| | |
|---|---|
| /s/ Penny Shane<br>Penny Shane (shanep@sullcrom.com)<br>Sharon L. Nelles (nelless@sullcrom.com)<br>Jonathan M. Sedlak (sedlakj@sullcrom.com)<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY  10004<br><br>*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Mortgage Acquisition Corporation, J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I, Bear Stearns & Co., Inc., EMC Mortgage LLC, Structured Asset Mortgage Investments II Inc., Bear Stearns Asset Backed Securities I LLC, WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, Long Beach Securities Corporation and certain of the Individual Defendants* | /s/ Thomas C. Rice<br>Thomas C. Rice (trice@stblaw.com)<br>David J. Woll (dwoll@stblaw com)<br>Alan C. Turner (aturner@stblaw.com)<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY  10017-3954<br><br>*Attorneys for Defendants Deutsche Bank AG, Taunus Corporation, Deutsche Bank Securities Inc , DB Structured Products, Inc., Ace Securities Corp., Mortgage IT Securities Corp.* |
| /s/ David H. Braff<br>David H. Braff (braffd@sullcrom.com)<br>Brian T. Frawley (frawleyb@sullcrom.com)<br>Jeffrey T. Scott (scottj@sullcrom.com)<br>Joshua Fritsch (fritschj@sullcrom.com)<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY  10004<br><br>*Attorneys for Barclays Capital Inc., Barclays Bank PLC, Securitized Asset Backed Receivables LLC, Paul Menefee, John Carroll, and Michael Wade* | /s/ Richard W. Clary<br>Richard W. Clary (rclary@cravath.com)<br>Michael T. Reynolds (mreynolds@cravath.com)<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY  10019<br><br>*Attorneys for Credit Suisse Securities (USA) LLC, Credit Suisse Holdings (USA), Inc., Credit Suisse (USA), Inc., DLJ Mortgage Capital, Inc., Credit Suisse First Boston Mortgage Securities Corporation, Asset Backed Securities Corporation, Credit Suisse First Boston Mortgage Acceptance Corporation, Andrew A. Kimura, Jeffrey A. Altabef, Eveleyn Echevarria, Michael A. Marriott, Zev Kindler, John P. Graham, Thomas E. Siegler, Thomas Zingalli, Carlos Onis, Steven L. Kantor, Joseph M. Donovan, Juliana Johnson, and Greg Richter* |

| | |
|---|---|
| /s/ Richard H. Klapper<br>Richard H. Klapper (klapperr@sullcrom.com)<br>Theodore Edelman (edelmant@sullcrom.com)<br>Michael T. Tomaino, Jr. (tomainom@sullcrom.com)<br>Tracy Richelle High (hight@sullcrom.com)<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY  10004<br><br>*Attorneys for Goldman, Sachs & Co, GS Mortgage Securities Corp., Goldman Sachs Mortgage Company, The Goldman Sachs Group, Inc., Goldman Sachs Real Estate Funding Corp., Peter C. Aberg, Howard S. Altarescu, Robert J. Christie, Kevin Gasvoda, Michelle Gill, David J. Rosenblum, Jonathan S. Sobel, Daniel L. Sparks, Mark Weiss* | /s/ Richard A. Spehr<br>Richard A. Spehr (rspehr@mayerbrown.com)<br>Michael O. Ware (mware@mayerbrown.com)<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, NY  10019<br><br>*Attorneys for Defendants HSBC North America Holdings Inc., HSBC USA Inc., HSBC Markets (USA) Inc., HSBC Bank USA, NA., HSI Asset Securitization Corporation* |
| /s/ Jay B. Kasner<br>Jay B. Kasner (jay.kasner@skadden.com)<br>Thomas J. Nolan (thomas.nolan@skadden.com)<br>Scott Musoff (scott.musoff@skadden.com)<br>Robert A. Fumerton (robert.fumerton@skadden.com)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY  10036<br><br>*Attorneys for Defendants UBS Americas Inc., UBS Real Estate Securities Inc., UBS Securities LLC, Mortgage Asset Securitization Transactions, Inc., David Martin, Per Dyrvik, Hugh Corcoran and Peter Slagowitz* | /s/ James P. Rouhandeh<br>James P. Rouhandeh<br>Brian S. Weinstein<br>Daniel L. Schwartz<br>Nicholas N. George<br>Jane M. Morril<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, New York  10017<br><br>*Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co. Incorporated (n/k/a Morgan Stanley & Co. LLC), Morgan Stanley Mortgage Capital Holdings LLC (successor-in-interest to Morgan Stanley Mortgage Capital Inc.), Morgan Stanley ABS Capital I Inc., Morgan Stanley Capital I Inc., Saxon Capital, Inc., Saxon Funding Management LLC, Saxon Asset Securities Company, Gail P. McDonnell, Howard Hubler, Craig S. Phillips, Alexander C. Frank, David R. Warren, John E. Westerfield, and Steven S. Stern* |

| | |
|---|---|
| /s/ Thomas C. Rice<br>Thomas C. Rice (trice@stblaw.com)<br>David J. Woll (dwoll@stblaw.com)<br>Alan Turner (aturner@stblaw.com)<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY  10017<br><br>*Attorneys for Defendant RBS Securities Inc.* | /s/ Vernon Broderick<br>Greg A. Danilow (greg.danilow@weil.com)<br>Vernon Broderick (vernon.broderick@weil.com)<br>WEIL, GOTSHAL, & MANGES LLP<br>767 Fifth Avenue, 25th Fl.<br>New York, NY  10153<br><br>*Attorneys for General Electric Company, General Electric Capital Services, Inc., GE Mortgage Holding, LLC, GE-WMC Securities, LLC* |
| /s/ Brad S. Karp<br>Brad S. Karp (bkarp@paulweiss.com)<br>Susanna M. Buergel (sbuergel@paulweiss.com)<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY  10019-6064<br><br>*Attorneys for Citigroup Inc., Citigroup Mortgage Loan Trust Inc., Citigroup Global Markets Realty Corp., Citigroup Global Markets Inc., Susan Mills, Randall Costa, Scott Freidenrich, Richard A. Isenberg, Mark I. Tsesarsky, Peter Patricola, Jeffrey Perlowitz and Evelyn Echevarria* | /s/ Bruce Clark<br>Bruce Clark (clarkb@sullcrom.com)<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY  10004<br><br>Amanda F. Davidoff (davidoffa@sullcrom.com)<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, N.W.<br>Washington, DC  20006<br><br>*Attorneys for Defendants Nomura Securities International, Inc., Nomura Holding America Inc., Nomura Asset Acceptance Corporation, Nomura Home Equity Loan, Inc., Nomura Credit & Capital, Inc., David Findlay, John McCarthy, John P. Graham, Nathan Gorin, and N. Dante LaRocca* |

| | |
|---|---|
| /s/ Bruce Clark | /s/ Jay B. Kasner |
| Bruce Clark (clarkb@sullcrom.com) | Jay B. Kasner (jay.kasner@skadden.com) |
| SULLIVAN & CROMWELL LLP | Scott Musoff (scott.musoff@skadden.com) |
| 125 Broad Street | George Zimmerman |
| New York, NY  10004 | (george.zimmerman@skadden.com) |
| | Robert A. Fumerton |
| Amanda F. Davidoff (davidoffa@sullcrom.com) | (robert.fumerton@skadden.com) |
| SULLIVAN & CROMWELL LLP | SKADDEN, ARPS, SLATE, MEAGHER & |
| 1701 Pennsylvania Avenue, N.W. | FLOM LLP |
| Washington, DC  20006 | Four Times Square |
| | New York, NY  10036 |

*Attorneys for Defendants First Horizon National Corporation, First Tennessee Bank National Association, FTN Financial Securities Corporation, First Horizon Asset Securities, Inc., Gerald L. Baker, Peter F. Makowiecki, Charles G. Burkett, and Thomas J. Wageman*

*Attorneys for SG Americas, Inc., SG Americas Securities Holdings, LLC, SG Americas Securities, LLC, SG Mortgage Finance Corp., and SG Mortgage Securities, LLC, Arnaud Denis, Abner Figueroa, Tony Tusi, and Orlando Figueroa*

| | |
|---|---|
| /s/ Robert F. Serio | /s/ Matthew Solum . |
| Robert F. Serio (RSerio@gibsondunn.com) | Matthew Solum |
| Aric H. Wu (AWu@gibsondunn.com) | KIRKLAND & ELLIS LLP |
| GIBSON, DUNN & CRUTCHER LLP | 601 Lexington Avenue |
| 200 Park Avenue | New York, NY 10022 |
| New York, NY 10166 | (212) 446-4800 |

*Attorneys for Citigroup Inc., Citigroup Mortgage Loan Trust Inc., Citigroup Global Markets Realty Corp., Citigroup Global Markets Inc., Susan Mills, Randall Costa, Scott Freidenrich, Richard A. Isenberg, Mark I. Tsesarsky, Peter Patricola, Jeffrey Perlowitz and Evelyn Echevarria*

Robert J. Kopecky
Devon M. Largio
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000

Jeffrey S. Powell
Patrick M. Bryan
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
(202) 879-5000

*Attorneys for Ally Securities, LLC*

| | |
|---|---|
| /s/ Richard A. Spehr<br>Richard A. Spehr (rspehr@mayerbrown.com)<br>Michael O. Ware (mware@mayerbrown.com)<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, NY 10019<br><br>*Attorneys for Ally Financial Inc. and GMAC Mortgage Group, Inc.* | /s/ David Blatt<br>David Blatt (dblatt@wc.com)<br>John McNichols (jmcnichols@wc.com)<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br><br>*Attorneys for Bank of America Corporation; Bank of America, N.A.; Asset Backed Funding Corp.; Banc of America Funding Corp.; Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Mortgage Capital Inc., First Franklin Financial Corp., Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Government Securities, Inc., Merrill Lynch, Pierce, Fenner & Smith Inc.* |
| /s/ Sandra D. Hauser<br>Sandra D. Hauser<br>(sandra.hauser@ snrdenton.com)<br>SNR DENTON US LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br><br>*Attorneys for Matthew Perkins* | /s/ Daniel C. Zinman<br>Daniel C. Zinman (dzinman@rkollp.com)<br>Neil S. Binder (nbinder@rkollp.com)<br>RICHARDS KIBBE & ORBE LLP<br>One World Financial Center<br>New York, NY 10281<br><br>*Attorneys for George C. Carp, Robert Caruso, George E. Ellison, Adam D. Glassner, Daniel B. Goodwin, Juliana Johnson, Michael J. Kula, William L. Maxwell, Mark I. Ryan, and Antoine Schetritt; Matthew Whalen; Brian Sullivan; Michael McGovern; Donald Puglisi; Paul Park, and Donald Han* |
| /s/ Joel C. Haims<br>Joel C. Haims (jhaims@mofo.com)<br>LaShann M. DeArcy (ldearcy@mofo.com)<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br><br>*Attorneys for Tom Marano and Michael Nierenberg* | /s/ Dani R. James<br>Dani R. James (djames@kramerlevin.com)<br>Jade A. Burns (jburns@kramerlevin.com)<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br><br>*Attorneys for Defendant Jeffrey L. Verschleiser* |

| | |
|---|---|
| /s/ Ronald D. Lefton | /s/ Pamela Rogers Chepiga |
| Richard A. Edlin (edlinr@gtlaw.com) | Pamela Rogers Chepiga |
| Ronald D. Lefton (leftonr@gtlaw.com) | (pamela.chepiga@allenovery.com) |
| Candace Camarata (camaratac@gtlaw.com) | Josephine A. Cheatham |
| GREENBERG TRAURIG, LLP | (allie.cheatham@allenovery.com) |
| 200 Park Avenue, | ALLEN & OVERY LLP |
| New York, NY 10166 | 1221 Avenue of the Americas |
| Phone: 212-801-9200 | New York, NY 10020 |
| *Attorneys for Defendant Jeffrey Mayer* | *Attorneys for Samuel L. Molinaro, Jr.* |