UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                Plaintiff,<br><br>                -against-<br><br>GOLDMAN, SACHS & CO., GS MORTGAGE SECURITIES CORP., GOLDMAN SACHS MORTGAGE COMPANY, THE GOLDMAN SACHS GROUP, INC., GOLDMAN SACHS REAL ESTATE FUNDING CORP., PETER C. ABERG, HOWARD S. ALTARESCU, ROBERT J. CHRISTIE, KEVIN GASVODA, MICHELLE GILL, DAVID J. ROSENBLUM, JONATHAN S. SOBEL, DANIEL L. SPARKS, AND MARK WEISS,<br><br>                Defendants. | 11 CIV. 6198 (DLC)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Sascha N. Rand of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of Plaintiff Federal Housing Finance Agency in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       October 12, 2012

By: _/s/ Sascha N. Rand_
Sascha N. Rand
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 24th Floor
New York, New York  10010
Tel:   (212) 849–7175
Fax:  (212) 849–7100

Email: *sascharand@quinnemanuel.com*

*Attorney for Plaintiff Federal Housing Finance Agency*