```
UNITED STATES DISTRICT COURT              11 Civ. 6188 (DLC)
SOUTHERN DISTRICT OF NEW YORK             11 Civ. 6189 (DLC)
------------------------------------X     11 Civ. 6190 (DLC)
                                    :     11 Civ. 6192 (DLC)
                                    :     11 Civ. 6193 (DLC)
FEDERAL HOUSING FINANCE AGENCY,     :     11 Civ. 6195 (DLC)
                                    :     11 Civ. 6196 (DLC)
                    Plaintiff,      :     11 Civ. 6198 (DLC)
                                    :     11 Civ. 6200 (DLC)
         -v-                        :     11 Civ. 6201 (DLC)
                                    :     11 Civ. 6202 (DLC)
                                    :     11 Civ. 6203 (DLC)
JPMORGAN CHASE & CO., et al.,       :     11 Civ. 6739 (DLC)
                    Defendants;     :     11 Civ. 7010 (DLC)
                                    :     11 Civ. 7048 (DLC)
                                    :
And other FHFA cases.               :              ORDER
                                    :
                                    :        Also filed in
------------------------------------X     11 Civ. 5201 (DLC)
```

DENISE COTE, District Judge:

On October 10 the plaintiff submitted an expert report regarding its proposed methodology for sampling of mortgage loans in the above-captioned actions (the "October 10 Report"). As set forth at a conference with the parties on October 15, it is hereby

ORDERED that any defendant that intends to challenge the admissibility of the October 10 Report pursuant to <u>Daubert v. Merrell Dow Pharmaceuticals</u>, 509 U.S. 579 (1993), shall so notify the plaintiff no later than **October 19**.

IT IS FURTHER ORDERED that the following schedule shall govern the briefing of any motion to exclude the October 10 Report on <u>Daubert</u> grounds:

- Motion served by **October 26, 2012**.
- Opposition served by **November 9, 2012**.
- Reply served by **November 16, 2012**.

IT IS FURTHER ORDERED that any defendant that fails to file a motion in accordance with the schedule provided by this Order will be deemed to have waived any Daubert objection that might fairly be asserted in response to the information contained in the October 10 report.

SO ORDERED:

Dated:   New York, New York
         October 18, 2012

                              _____
                                      DENISE COTE
                              United States District Judge