UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>UBS AMERICAS INC., et al.,<br><br>　　　　　　　Defendants,<br><br>and other FHFA cases. | 11 Civ. 5201 (DLC)<br>11 Civ. 6188 (DLC)<br>11 Civ. 6189 (DLC)<br>11 Civ. 6190 (DLC)<br>11 Civ. 6192 (DLC)<br>11 Civ. 6193 (DLC)<br>11 Civ. 6195 (DLC)<br>11 Civ. 6196 (DLC)<br>11 Civ. 6198 (DLC)<br>11 Civ. 6200 (DLC)<br>11 Civ. 6201 (DLC)<br>11 Civ. 6202 (DLC)<br>11 Civ. 6203 (DLC)<br>11 Civ. 6739 (DLC)<br>11 Civ. 7010 (DLC)<br>11 Civ. 7048 (DLC)<br><br>**[PROPOSED] ORDER** |

WHEREAS, by Order dated September 11, 2012, the United States Court of Appeals for the Second Circuit granted an interim stay of all proceedings in the above-captioned action, pending a final decision by a motions panel on the UBS Defendants' motion to stay proceedings (the "Motion");

WHEREAS, by Order dated October 1, 2012, a motions panel of the Second Circuit denied the Motion and, consequently, the interim stay expired;

WHEREAS, the interim stay lasted for a period of 20 days;

WHEREAS, prior to the imposition of the interim stay, the parties to the above-captioned actions were proceeding under this Court's Pretrial Scheduling Order, dated June 14, 2012 (the "Scheduling Order");

WHEREAS, as was the case before the interim stay, the parties reserve the right to seek relief from the deadlines prescribed by the Scheduling Order and any adjusted deadlines thereto;

WHEREAS, the parties submitted a proposed schedule to adjust certain deadlines prescribed by the Scheduling Order in light of the stay;

WHEREAS, the Court approved most of these dates, but asked that replies in the *UBS* matter be filed no later than August 30, 2013;

WHEREAS, the *UBS* Defendants and FHFA have agreed on a revised briefing schedule that conforms with the Court's guidance;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

(1) Summary judgment motions in the *UBS* matter that were to be filed by July 12, 2013, under the Scheduling Order, are now to be filed by July 23, 2013;

(2) Oppositions to summary judgment motions in the *UBS* matter that were to be filed by August 9, 2013, under the Scheduling Order, are now to be filed by August 20, 2013;

(3) The August 30, 2013 deadline prescribed by the Scheduling Order for replies to summary judgment motions in the *UBS* matter will remain unchanged.

SO ORDERED:

_____
Honorable Denise L. Cote
United States District Judge

Dated: October 18, 2012