UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X    11 Civ. 5201 (DLC)
                                           :   11 Civ. 6188 (DLC)
                                           :   11 Civ. 6189 (DLC)
FEDERAL HOUSING FINANCE AGENCY,            :   11 Civ. 6190 (DLC)
                                           :   11 Civ. 6192 (DLC)
                     Plaintiff,            :   11 Civ. 6193 (DLC)
                                           :   11 Civ. 6195 (DLC)
          -v-                              :   11 Civ. 6196 (DLC)
                                           :   11 Civ. 6198 (DLC)
                                           :   11 Civ. 6200 (DLC)
UBS AMERICAS INC., et al.,                 :   11 Civ. 6201 (DLC)
                     Defendants;           :   11 Civ. 6202 (DLC)
                                           :   11 Civ. 6203 (DLC)
                                           :   11 Civ. 6739 (DLC)
And other FHFA cases.                      :   11 Civ. 7010 (DLC)
                                           :   11 Civ. 7048 (DLC)
                                           :
------------------------------------------X       ORDER


DENISE COTE, District Judge:

    On October 12, the plaintiff and defendant Royal Bank of
Scotland ("RBS") submitted separate proposals for the
coordination of discovery in FHFA v. Royal Bank of Scotland PLC,
et al., No. 3:11-cv-01383 (AWT) (D. Conn.), and the above-
captioned cases. As discussed at a conference with the parties
on October 15, it is hereby

    ORDERED that no later than **noon** on **Monday, October 22**, the
plaintiff and RBS shall jointly submit to this Court and the
District Court in Connecticut a proposed coordination order that


USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/12

clearly indicates any areas of disagreement between the parties.

Dated:     New York, New York
           October 18, 2012

                                    _____
                                          DENISE COTE
                                    United States District Judge