DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/12

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X    11 Civ. 5201  (DLC)
                                            :   11 Civ. 6188  (DLC)
                                            :   11 Civ. 6189  (DLC)
FEDERAL HOUSING FINANCE AGENCY,             :   11 Civ. 6190  (DLC)
                                            :   11 Civ. 6192  (DLC)
                    Plaintiff,              :   11 Civ. 6193  (DLC)
                                            :   11 Civ. 6195  (DLC)
         -v-                                :   11 Civ. 6196  (DLC)
                                            :   11 Civ. 6198  (DLC)
                                            :   11 Civ. 6200  (DLC)
UBS AMERICAS INC., et al.,                  :   11 Civ. 6201  (DLC)
                    Defendants;             :   11 Civ. 6202  (DLC)
                                            :   11 Civ. 6203  (DLC)
                                            :   11 Civ. 6739  (DLC)
And other FHFA cases.                       :   11 Civ. 7010  (DLC)
                                            :   11 Civ. 7048  (DLC)
                                            :
-------------------------------------------X            ORDER
```

DENISE COTE, District Judge:

The parties are engaged in meet-and-confer discussions regarding certain discovery issues raised in the plaintiff's letter to the Court of October 18.  It is hereby

ORDERED that the Court will hold a conference to address any outstanding disputes at **10:30 AM** on **October 30, 2012** (the "October 30 Conference").

IT IS FURTHERED ORDERED that no later than **10:00 AM** on **October 29**, the parties shall submit any materials they wish the Court to consider in advance of the October 30 Conference.

IT IS FURTHER ORDERED that after reviewing any submissions, the parties shall confer and make a recommendation to the Court

no later than **4:30 PM** on **October 29** whether the October 30 Conference should be conducted in-person or telephonically.

Dated:  New York, New York
        October 19, 2012

                                    _____
                                           DENISE COTE
                                    United States District Judge