UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
                                                                     :
                                                                     :
FEDERAL HOUSING FINANCE AGENCY, etc.,                                :
                                                                     :   11 Civ. 6188 (DLC)
            Plaintiff,                                               :
    v.                                                               :
                                                                     :
JPMORGAN CHASE & CO., et al.,                                        :
                                                                     :
            Defendants.                                              :
-------------------------------------------------------------------- x
                                                                     :
                                                                     :
FEDERAL HOUSING FINANCE AGENCY, etc.,                                :
                                                                     :   11 Civ. 6189 (DLC)
            Plaintiff,                                               :
    v.                                                               :
                                                                     :
HSBC NORTH AMERICA HOLDINGS, INC., et al.,                           :
                                                                     :
            Defendants.                                              :
-------------------------------------------------------------------- x
                                                                     :
                                                                     :
FEDERAL HOUSING FINANCE AGENCY, etc.,                                :
                                                                     :   11 Civ. 6190 (DLC)
            Plaintiff,                                               :
    v.                                                               :
                                                                     :
BARCLAYS BANK PLC, et al.,                                           :
                                                                     :
            Defendants.                                              :
-------------------------------------------------------------------- x
                                                                     :
                                                                     :
FEDERAL HOUSING FINANCE AGENCY, etc.,                                :
                                                                     :   11 Civ. 6192 (DLC)
            Plaintiff,                                               :
    v.                                                               :
                                                                     :
DEUTSCHE BANK AG, et al.,                                            :
                                                                     :
            Defendants.                                              :
-------------------------------------------------------------------- x

```
------------------------------------------------------------------ x
                                                    :
                                                    :
                                                    :
FEDERAL HOUSING FINANCE AGENCY, etc.,               :
                                                    :   11 Civ. 6193 (DLC)
                       Plaintiff,                   :
            v.                                      :
                                                    :
FIRST HORIZON NATIONAL CORP., et al.,               :
                                                    :
                       Defendants.                  :
                                                    :
------------------------------------------------------------------ x
                                                    :
                                                    :
FEDERAL HOUSING FINANCE AGENCY, etc.,               :
                                                    :   11 Civ. 6195 (DLC)
                       Plaintiff,                   :
            v.                                      :
                                                    :
BANK OF AMERICA CORP., et al.,                      :
                                                    :
                       Defendants.                  :
                                                    :
------------------------------------------------------------------ x
                                                    :
                                                    :
FEDERAL HOUSING FINANCE AGENCY, etc.,               :
                                                    :   11 Civ. 6196 (DLC)
                       Plaintiff,                   :
            v.                                      :
                                                    :
CITIGROUP INC., et al.,                             :
                                                    :
                       Defendants.                  :
                                                    :
------------------------------------------------------------------ x
                                                    :
                                                    :
FEDERAL HOUSING FINANCE AGENCY, etc.,               :
                                                    :   11 Civ. 6198 (DLC)
                       Plaintiff,                   :
            v.                                      :
                                                    :
GOLDMAN, SACHS & CO., et al.,                       :
                                                    :
                       Defendants.                  :
                                                    :
------------------------------------------------------------------ x
```

```
-------------------------------------------------------------------- x
                                                                     :
                                                                     :
                                                                     :
FEDERAL HOUSING FINANCE AGENCY, etc.,                                :
                                                                     :   11 Civ. 6200 (DLC)
                Plaintiff,                                           :
        v.                                                           :
                                                                     :
CREDIT SUISSE HOLDINGS (USA), INC., et al.,                          :
                                                                     :
                Defendants.                                          :
                                                                     :
-------------------------------------------------------------------- x
                                                                     :
                                                                     :
FEDERAL HOUSING FINANCE AGENCY, etc.,                                :
                                                                     :   11 Civ. 6201 (DLC)
                Plaintiff,                                           :
        v.                                                           :
                                                                     :
NOMURA HOLDING AMERICA, INC., et al.,                                :
                                                                     :
                Defendants.                                          :
                                                                     :
-------------------------------------------------------------------- x
                                                                     :
                                                                     :
FEDERAL HOUSING FINANCE AGENCY, etc.,                                :
                                                                     :   11 Civ. 6202 (DLC)
                Plaintiff,                                           :
        v.                                                           :
                                                                     :
MERRILL LYNCH & CO., INC., et al.,                                   :
                                                                     :
                Defendants.                                          :
                                                                     :
-------------------------------------------------------------------- x
                                                                     :
                                                                     :
FEDERAL HOUSING FINANCE AGENCY, etc.,                                :
                                                                     :   11 Civ. 6203 (DLC)
                Plaintiff,                                           :
        v.                                                           :
                                                                     :
SG AMERICAS, INC., et al.,                                           :
                                                                     :
                Defendants.                                          :
                                                                     :
-------------------------------------------------------------------- x
```

```
------------------------------------------------------------------ x
                                                                   :
                                                                   :
                                                                   :
FEDERAL HOUSING FINANCE AGENCY, etc.,                              :
                                                                   :  11 Civ. 6739 (DLC)
                    Plaintiff,                                     :
           v.                                                      :
                                                                   :
MORGAN STANLEY, et al.,                                            :
                                                                   :
                    Defendants.                                    :
                                                                   :
------------------------------------------------------------------ x
                                                                   :
                                                                   :
FEDERAL HOUSING FINANCE AGENCY, etc.,                              :
                                                                   :  11 Civ. 7010 (DLC)
                    Plaintiff,                                     :
           v.                                                      :
                                                                   :
ALLY FINANCIAL INC., et al.,                                       :
                                                                   :
                    Defendants.                                    :
                                                                   :
------------------------------------------------------------------ x
                                                                   :
                                                                   :
FEDERAL HOUSING FINANCE AGENCY, etc.,                              :
                                                                   :  11 Civ. 7048 (DLC)
                    Plaintiff,                                     :
           v.                                                      :
                                                                   :
GENERAL ELECTRIC COMPANY, et al.,                                  :
                                                                   :
                    Defendants.                                    :
                                                                   :
------------------------------------------------------------------ x
```

**NOTICE OF DEFENDANTS' PRELIMINARY *DAUBERT* MOTION TO EXCLUDE
THE OCTOBER 10, 2012 EXPERT REPORT OF CHARLES D. COWAN, Ph.D.**

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Defendants' Preliminary *Daubert* Motion to Exclude the October 10, 2012 Expert Report of Charles D. Cowan, Ph.D., the accompanying Declaration of Lauren A. Moskowitz, dated October 26, 2012, with attached exhibits, and the accompanying Declaration of Arnold Barnett, Ph.D., with attached exhibits, Defendants in the above-captioned actions, by their undersigned counsel, hereby move this Court, at the United States Courthouse, 500 Pearl Street, New York, New York, before the Honorable Denise L. Cote, for an order pursuant to Rule 702 of the Federal Rules of Evidence to exclude the October 10, 2012 Expert Report of Charles D. Cowan from use in the above-captioned actions, and granting such other and further relief as the Court deems just and proper.

October 26, 2012

*/s/ Thomas C. Rice*

Thomas C. Rice (trice@stblaw.com)
David J. Woll (dwoll@stblaw.com)
Alan C. Turner (aturner@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954

*Attorneys for Defendants Deutsche Bank AG, Taunus Corporation, Deutsche Bank Securities Inc., DB Structured Products, Inc., Ace Securities Corp., Mortgage IT Securities Corp.*

*/s/ Jay B. Kasner*

Jay B. Kasner (jay.kasner@skadden.com)
Scott Musoff (scott.musoff@skadden.com)
Robert A. Fumerton (robert.fumerton@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

*Attorneys for Defendant UBS Securities LLC*

*/s/ John Conlon*

Mark S. Hanchet (mhanchet@mayerbrown.com)
John M. Conlon (jconlon@mayerbrown.com)
Michael O. Ware (mware@mayerbrown.com)
MAYER BROWN LLP
1675 Broadway
New York, NY 10019

*Attorneys for Defendants HSBC North America Holdings Inc., HSBC USA Inc., HSBC Markets (USA) Inc., HSBC Bank USA, NA., HSI Asset Securitization Corporation, HSBC Securities (USA) Inc., Neal Leonard, Gerard Mattia, Todd White, Norman Chaleff, and Jon Voigtman*

*/s/ Brad S. Karp*

Brad S. Karp (bkarp@paulweiss.com)
Bruce Birenboim (bbirenboim@paulweiss.com)
Susanna M. Buergel (sbuergel@paulweiss.com)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064

*Attorneys for Citigroup Inc., Citigroup Mortgage Loan Trust Inc., Citigroup Global Markets Realty Corp., Citigroup Global Markets Inc., Susan Mills, Randall Costa, Scott Freidenrich, Richard A. Isenberg, Mark I. Tsesarsky, Peter Patricola, Jeffrey Perlowitz and Evelyn Echevarria*

2

*/s/ James P. Rouhandeh*
James P. Rouhandeh
Brian S. Weinstein
Daniel J. Schwartz
Nicholas N. George
Jane M. Morril
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017

*Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co. Incorporated (n/k/a Morgan Stanley & Co. LLC), Morgan Stanley Mortgage Capital Holdings LLC (successor-in-interest to Morgan Stanley Mortgage Capital Inc.), Morgan Stanley ABS Capital I Inc., Morgan Stanley Capital I Inc., Saxon Capital, Inc., Saxon Funding Management LLC, Saxon Asset Securities Company, Gail P. McDonnell, Howard Hubler, David R. Warren, and Steven S. Stern*

*/s/ Bruce E. Clark*
Bruce E. Clark (clarkb@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

Amanda F. Davidoff (davidoffa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, DC 20006

*Attorneys for Defendants First Horizon National Corporation, First Tennessee Bank National Association, FTN Financial Securities Corporation, First Horizon Asset Securities, Inc., Gerald L. Baker, Peter F. Makowiecki, Charles G. Burkett, and Thomas Wageman*

*/s/ Penny Shane*
Penny Shane (shanep@sullcrom.com)
Sharon L. Nelles (nelless@sullcrom.com)
Jonathan M. Sedlak (sedlakj@sullcrom.com)
David A. Castleman (castlemand@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Mortgage Acquisition Corporation, J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I, Bear Stearns & Co., Inc., EMC Mortgage LLC, Structured Asset Mortgage Investments II Inc., Bear Stearns Asset Backed Securities I LLC, WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, Long Beach Securities Corporation and certain of the Individual Defendants*

*/s/ David H. Braff*
David H. Braff (braffd@sullcrom.com)
Brian T. Frawley (frawleyb@sullcrom.com)
Jeffrey T. Scott (scottj@sullcrom.com)
Joshua Fritsch (fritschj@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

*Attorneys for Barclays Capital Inc., Barclays Bank PLC, Securitized Asset Backed Receivables LLC, Paul Menefee, John Carroll, and Michael Wade*

3

*David Blatt* /cam

David Blatt (dblatt@wc.com)
John McNichols (jmcnichols@wc.com)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005

*Attorneys for Bank of America Corporation; Bank of America, N.A.; Asset Backed Funding Corp.; Banc of America Funding Corp.; Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Mortgage Capital Inc., First Franklin Financial Corp., Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Government Securities, Inc., Merrill Lynch, Pierce, Fenner & Smith Inc.*

*Richard Klapper* /cam

Richard H. Klapper (klapperr@sullcrom.com)
Theodore Edelman (edelmant@sullcrom.com)
Michael T. Tomaino, Jr. (tomainom@sullcrom.com)
Tracy Richelle High (hight@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

*Attorneys for Goldman, Sachs & Co, GS Mortgage Securities Corp., Goldman Sachs Mortgage Company, The Goldman Sachs Group, Inc., Goldman Sachs Real Estate Funding Corp., Peter C. Aberg, Howard S. Altarescu, Robert J. Christie, Kevin Gasvoda, Michelle Gill, David J. Rosenblum, Jonathan S. Sobel, Daniel L. Sparks, Mark Weiss*

*Richard Clary* /cam

Richard W. Clary (rclary@cravath.com)
Richard J. Stark (rstark@cravath.com)
Michael T. Reynolds (mreynolds@cravath.com)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

*Attorneys for Credit Suisse Securities (USA) LLC, Credit Suisse Holdings (USA), Inc., Credit Suisse (USA), Inc., DLJ Mortgage Capital, Inc., Credit Suisse First Boston Mortgage Securities Corporation, Asset Backed Securities Corporation, Credit Suisse First Boston Mortgage Acceptance Corporation, Andrew A. Kimura, Jeffrey A. Altabef, Eveleyn Echevarria, Michael A. Marriott, Zev Kindler, John P. Graham, Thomas E. Siegler, Thomas Zingalli, Carlos Onis, Steven L. Kantor, Joseph M. Donovan, Juliana Johnson, and Greg Richter*

*Bruce Clark* /cam

Bruce E. Clark (clarkb@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

Amanda F. Davidoff (davidoffa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, DC 20006

*Attorneys for Defendants Nomura Securities International, Inc., Nomura Holding America Inc., Nomura Asset Acceptance Corporation, Nomura Home Equity Loan, Inc., Nomura Credit & Capital, Inc., David Findlay, John McCarthy, John P. Graham, Nathan Gorin, and N. Dante LaRocca*

4

*/s/ Scott Musoff*
Jay B. Kasner (jay.kasner@skadden.com)
Scott Musoff (scott.musoff@skadden.com)
George Zimmerman
(george.zimmerman@skadden.com)
Robert A. Fumerton
(robert.fumerton@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Four Times Square
New York, NY 10036

*Attorneys for SG Americas, Inc., SG Americas Securities Holdings, LLC, SG Americas Securities, LLC, SG Mortgage Finance Corp., and SG Mortgage Securities, LLC, Arnaud Denis, Abner Figueroa, Tony Tusi, and Orlando Figueroa*

*/s/ Matthew Solum*
Matthew Solum (matthew.solum@kirkland.com)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022

Robert J. Kopecky
(robert.kopecky@kirkland.com)
Devon M. Largio (devon.largio@kirkland.com)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654

Jeffrey S. Powell (jeff.powell@kirkland.com)
Patrick M. Bryan (patrick.bryan@kirkland.com)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005

*Attorneys for Ally Securities, LLC*

*/s/ Vernon Broderick*
Greg A. Danilow (greg.danilow@weil.com)
Vernon Broderick
(vernon.broderick@weil.com)
WEIL, GOTSHAL, & MANGES LLP
767 Fifth Avenue, 25th Fl.
New York, NY 10153

*Attorneys for General Electric Company, General Electric Capital Services, Inc., GE Mortgage Holding, LLC, GE-WMC Securities, LLC*

*/s/ Sandra Hauser*
Sandra D. Hauser
(sandra.hauser@snrdenton.com)
Patrick Fitzmaurice
(patrick.fitzmaurice@snrdenton.com)

SNR DENTON US LLP
1221 Avenue of the Americas
New York, New York 10020

*Attorneys for Matthew Perkins*

5

*/s/ Reginald Goeke*
Reginald R. Goeke (rgoeke@mayerbrown.com)
Catherine M. Bernard (cbernard@mayerbrown.com)
Michael O. Ware (mware@mayerbrown.com)
MAYER BROWN LLP
1675 Broadway
New York, NY 10019

*Attorneys for Ally Financial Inc. and GMAC Mortgage Group, Inc.*

*/s/ Thomas Rice*
Thomas C. Rice (trice@stblaw.com)
David J. Woll (dwoll@stblaw.com)
Alan Turner (aturner@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

*Attorneys for Defendant RBS Securities Inc.*

*/s/ Joel Haims*
Joel C. Haims (jhaims@mofo.com)
LaShann M. DeArcy (ldearcy@mofo.com)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104

*Attorneys for Tom Marano and Michael Nierenberg*

*/s/ Dani James*
Dani R. James
Jade A. Burns
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036

*Attorneys for Defendant Jeffrey L. Verschleiser*

*/s/ Robert Serio*
Robert F. Serio (RSerio@gibsondunn.com)
Aric H. Wu (AWu@gibsondunn.com)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166

*Attorneys for Citigroup Global Markets, Inc., Deutsche Bank Securities Inc., RBS Securities Inc. and UBS Securities LLC*

*/s/ Pamela Rogers Chepiga*
Pamela Rogers Chepiga
Josephine A. Cheatham
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
pamela.chepiga@allenovery.com
allie.cheatham@allenovery.com

*Attorneys for Defendant Samuel L. Molinaro, Jr*

6

*Ronald Lefton /cam*
_____
Richard A. Edlin (edlinr@gtlaw.com)
Ronald D. Lefton (leftonr@gtlaw.com)
Candace Camarata (camaratac@gtlaw.com)
GREENBERG TAURIG, LLP
200 Park Avenue
New York, New York 10166

*Attorneys for Defendant Jeffrey Mayer*

*Daniel Zinman /cam*
_____
Daniel C. Zinman (dzinman@rkollp.com)
Neil S. Binder (nbinder@rkollp.com)
RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, New York 10281

*Attorneys for Defendants George C. Carp, Robert J. Caruso, George E. Ellison, Adam D. Glassner, Daniel B. Goodwin, Juliana Johnson, Michael J. Kula, William L. Maxwell, Mark I. Ryan, Antoine Schetritt, Donald Han, Michael M. McGovern, Paul Park, Donald J. Puglisi, Brian T. Sullivan, and Matthew Whalen*

To:

Philippe Z. Selendy, Esq.
Manisha M. Sheth, Esq.
  Quinn Emanuel Urquhart & Sullivan, LLP
    51 Madison Avenue, 22nd Floor
      New York, NY 10010

Marc. E. Kasowitz, Esq.
Hector Torres, Esq.
  Kasowitz, Benson, Torres & Friedman LLP
    1633 Broadway
      New York, NY 10019

*Attorneys for Plaintiff Federal Housing Finance Agency*

7