# EXHIBIT C

## Production Requests

1.     All Loan Files, as defined in Definition 3 above. (Referring to specific securitizations issued by each subpoenaed entity.)

2.     All documents and communications relating to the loan origination guidelines or practices pursuant to which You originated any of the mortgage loans underlying or collateralizing Defendants' Securitizations that were included in the loan groups listed in the chart set forth in Definition 4 of the subpoena, including but not limited to all documents relating to the circumstances applicable to whether exceptions to such guidelines or practices might be made.

3.     All communications between You and FHFA, OFHEO, Fannie Mae or Freddie Mac during the period January 1, 2005 through December 31, 2008 concerning any of the following: (a) Defendants' Securitizations, (b) the mortgage loans underlying or collateralizing such Securitizations that were included in the loan groups listed in the chart set forth in Definition 4, or (c) Your loan origination guidelines or practices.

4.     All documents and communications concerning any OFHEO, FHFA, Fannie Mae or Freddie Mac audit, inquiry, review, scorecard, "q.c.", operational review, origination/underwriting review, on-site visit, re-underwriting, testing, survey, or examination during the period January 1, 2005 through December 31, 2008, relating to Your loan origination guidelines or practices generally in connection with loans to be included in private label securitizations, including documents sufficient to identify each individual who conducted the audit, inquiry or review.

5.     All documents concerning subpoenas or other demands or requests for documents or information made by FHFA, OFHEO, Fannie Mae or Freddie Mac for Loan Files or other information related to Defendants' Securitizations or to the mortgage loans underlying or collateralizing Defendants' Securitizations, including but not limited to all responses thereto. These materials should be produced without regard to the certificates or supporting loan groups listed in the chart set forth in Definition 4.

6.     Documents sufficient to identify each OFHEO, Fannie Mae, and Freddie Mac employee or agent who was physically present in any of Your facilities at any time from January 1, 2005 through December 31, 2008, including the dates of each such visit by each such person.