# EXHIBIT D

Case 1:11-cv-07048-DLC   Document 139-4   Filed 11/06/12   Page 1 of 2

## **Production Requests**

1. All documents requested in the FHFA Subpoena.

2. All communications between You or FHHLC and FHFA, OFHEO, Fannie Mae or Freddie Mac during the period June 30, 2005 through September 2, 2007 concerning any of the following: (a) Defendants' Securitizations, (b) the mortgage loans underlying or collateralizing the Securitizations, or (c) Your loan origination guidelines or practices generally.

3. All documents and communications concerning any OFHEO, FHFA, Fannie Mae or Freddie Mac audit, inquiry, review, scorecard, "q.c.", operational review, origination/underwriting review, on-site visit, re-underwriting, testing, survey, or examination during the period June 30, 2005 through September 2, 2007, relating to FHHLC's loan origination guidelines or practices generally in connection with loans to be included in private label securitizations including documents sufficient to identify each individual who conducted the audit, inquiry or review.

4. Documents concerning each occasion when any OFHEO, Fannie Mae, or Freddie Mac employee or agent was physically present in any of FHHLC's facilities at any time from June 30, 2005 through September 2, 2007, including the dates of each such visit by each such person.