```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X    11 Civ. 5201 (DLC)
                                     :    11 Civ. 6188 (DLC)
                                     :    11 Civ. 6189 (DLC)
FEDERAL HOUSING FINANCE AGENCY,      :    11 Civ. 6190 (DLC)
                                     :    11 Civ. 6192 (DLC)
                  Plaintiff,         :    11 Civ. 6193 (DLC)
                                     :    11 Civ. 6195 (DLC)
         -v-                         :    11 Civ. 6196 (DLC)
                                     :    11 Civ. 6198 (DLC)
                                     :    11 Civ. 6200 (DLC)
UBS AMERICAS INC., et al.,           :    11 Civ. 6201 (DLC)
                  Defendants;        :    11 Civ. 6202 (DLC)
                                     :    11 Civ. 6203 (DLC)
                                     :    11 Civ. 6739 (DLC)
And other FHFA cases.                :    11 Civ. 7010 (DLC)
                                     :    11 Civ. 7048 (DLC)
                                     :
-------------------------------------X              ORDER
```

DENISE COTE, District Judge:

Through letters of October 28 and November 8, FHFA seeks a protective order compelling the Bank of America defendants to withdraw subpoenas served on the SEC and Zuckerman Spaeder, LLP, counsel for Patricia Cook. The Bank of America defendants have opposed that application in letters of November 5 and November 8. The subpoenas seek, inter alia, discovery of FHFA documents in the hands of these third parties that this Court previously ruled, pursuant to Rules 1 and 26, Fed. R. Civ. P., would not be the subject of discovery in this case.

The Court has the authority and responsibility pursuant to the Federal Rules of Civil Procedure to enter orders that secure

the just, speedy, and inexpensive determination of litigation, to supervise discovery, and to protect all parties against oppressive and undue burden or expense.  The Court should also act to discourage activity by counsel that multiplies proceedings in a case unreasonably or vexatiously.  See <u>Myers v. Hertz Corp.</u>, 624 F.3d 537, 547 (2d Cir. 2010) (recognizing that the district court has "inherent power to manage and control pending litigation" before it (citation omitted)).  Accordingly, it is hereby

ORDERED that FHFA's October 28 application is granted.  The Bank of America defendants shall forthwith withdraw the subpoenas served on the SEC and Zuckerman Spaeder, LLP.


Dated:    New York, New York
          November 9, 2012

                                   _____
                                           DENISE COTE
                                   United States District Judge