# Exhibit A

| | |
|---|---|
| **Subject:** | FW: Preliminary list of issues for defendants' Monday's submission |

**From:** "Bennett, Edward" <EBennett@wc.com>
**Date:** November 3, 2012 10:13:45 AM PDT
**To:** Richard Schirtzer <richardschirtzer@quinnemanuel.com>
**Subject: RE: Preliminary list of issues for defendants' Monday's submission**

Richard - #1 refers to defendants' intention to ask the Court to compel production of relevant documents FHFA has refused to produce on the basis of whether they reside within the "pls" or "whole loan" businesses.

**Edward J. Bennett, Esq.**
**Williams & Connolly LLP**
(P) 202-434-5083 | (F) 202-434-5029
ebennett@wc.com | www.wc.com/ebennett

**From:** Richard Schirtzer [mailto:richardschirtzer@quinnemanuel.com]
**Sent:** Saturday, November 03, 2012 12:00 AM
**To:** Bennett, Edward
**Subject:** Re: Preliminary list of issues for defendants' Monday's submission

Ted, can you explain what you mean by #1?

Sent from my iPad

On Nov 2, 2012, at 8:46 PM, "Bennett, Edward" <EBennett@wc.com> wrote:

> Christine – these are the issues defendants are considering raising in Monday's 10 a.m. submission.  Of course, we may add others, or not press some of these, depending on events over the weekend, including what FHFA includes on its list.  You asked me tonight to identify which defendants are pressing which issues.  Because of the hour, and because the final positions of the parties are still coming to rest, I am unable to do so with certainty at this point.  It should be clear from the Monday submission, however.
>
> 1. FHFA's business segment limitation
> 2. Custodian issues:
>     a. FHFA's refusal to add 10 key Fannie custodians:
>         i. Andrew BonSalle
>         ii. Rick Sorkin
>         iii. Tom Lund
>         iv. Bhanu Frueh
>         v. Timothy Judge
>         vi. Clinton Lively
>         vii. Jessica Yam
>         viii. Robert Ives
>         ix. Merritt Connell
>         x. David Benson

    b. FHFA's refusal to search Freddie CRO David Andrukonis' documents from January 1, 2004 until his firing in June 2005
3. Defendants' October 26, 2012 request re: FHFA's search terms
4. FHFA's refusal to search for documents related to the GSEs' sales of the at-issue Securitizations to third-parties
5. FHFA's refusal to provide information that would allow defendants to assess the appropriateness of FHFA's post-securitization custodians
6. Status report regarding ongoing discussions concerning expert discovery
7. Proposed modifications to the schedule


**Edward J. Bennett, Esq.**
**Williams & Connolly LLP**
(P) 202-434-5083 | (F) 202-434-5029
ebennett@wc.com | www.wc.com/ebennett

---

**From:** Bennett, Edward
**Sent:** Friday, November 02, 2012 2:11 PM
**To:** Bennett, Edward; 'Christine Chung'; 'Shane, Penny'; 'Julia Beskin'; 'richardschirtzer@quinnemanuel.com'; Ahmad, N. Mahmood
**Cc:** 'Shane, Penny'; 'alexander.drylewski'; 'allie.cheatham'; 'amichaelson@bsfllp.com'; 'aturner'; 'battle'; 'bkarp'; 'Braff, David H.'; 'Brian.weinstein'; 'Bryan.Levine@skadden.com'; Stewart, Beth; 'camaratac'; 'Castleman, David A.'; 'CGrusauskas'; 'Clark, Bruce E.'; 'Daniel.schwartz'; 'Davidoff, Amanda Flug'; Blatt, David; 'Dehoney, David R.'; 'djames'; 'dmarshall'; 'DPotter'; 'dwoll'; 'dzinman@rkollp.com'; 'Edelman, Theodore'; 'edlinr'; 'Frawley, Brian T.'; 'Fritsch, Joshua J.'; 'george.zimmerman'; 'greg.danilow'; 'jane.morril'; 'jay.kasner'; 'JBurns@KRAMERLEVIN.com'; 'jconnolly@rkollp.com'; 'jhaims'; McNichols, John; Smallwood, Jesse; 'jsneider@bsfllp.com'; 'Klapper, Richard H.'; 'Kleysteuber, Rudy'; 'ldearcy'; 'leftonr'; 'lipps'; 'lmoskowitz@cravath.com'; 'michael.firestone@weil.com'; 'mreynolds'; 'nbinder@rkollp.com'; 'Nelles, Sharon L.'; 'nicholas.george'; 'pamela.chepiga'; 'patrick.fitzmaurice'; 'Razza, Jordan T.'; 'rclary'; 'RMBS-LIT@mayerbrown.com'; 'robert.fumerton'; 'rouhandeh'; 'sandra.hauser'; 'sbuerge'; Cady, Steven; 'scott.musoff'; 'Scott, Jeffrey T.'; 'Sedlak, Jonathan M.'; 'seth.goodchild@weil.com'; 'Sollors, David M.'; 'Tomaino Jr., Michael T.'; 'trice'; 'vernon.broderick@weil.com'; 'Harsch, Bradley A.'; 'High, Tracy Richelle'; 'mbloom@cravath.com'; 'mkasowitz'; 'htorres'; 'cjohnson'; 'MHanin'; 'kleung'; 'JDElicio'; 'ASKlein'; 'CBecker'; 'HBrownstein'; 'ncohen'; 'Philippe Selendy'; 'Andrew Dunlap'; 'Sascha Rand'; 'Manisha Sheth'; 'Adam Abensohn'; 'FHFA-QE'
**Subject:** FHFA RMBS Litigation - follow up on document production

Christine & Richard: Please see the attached correspondence.
Thanks
Ted

**Edward J. Bennett, Esq.**
**Williams & Connolly LLP**
(P) 202-434-5083 | (F) 202-434-5029
ebennett@wc.com | www.wc.com/ebennett

---

**From:** Bennett, Edward
**Sent:** Saturday, October 13, 2012 2:31 PM
**To:** Christine Chung; Shane, Penny; Julia Beskin; 'richardschirtzer@quinnemanuel.com'
**Cc:** Shane, Penny; alexander.drylewski; allie.cheatham; amichaelson@bsfllp.com; aturner; battle; bkarp; Braff, David H.; Brian.weinstein; Bryan.Levine@skadden.com;

Stewart, Beth; camaratac; Castleman, David A.; CGrusauskas; Clark, Bruce E.; Daniel.schwartz; Davidoff, Amanda Flug; Blatt, David; Dehoney, David R.; djames; dmarshall; DPotter; dwoll; dzinman@rkollp.com; Edelman, Theodore; edlinr; Frawley, Brian T.; Fritsch, Joshua J.; george.zimmerman; greg.danilow; jane.morril; jay.kasner; JBurns@KRAMERLEVIN.com; jconnolly@rkollp.com; jhaims; McNichols, John; Smallwood, Jesse; jsneider@bsfllp.com; Klapper, Richard H.; Kleysteuber, Rudy; ldearcy; leftonr; lipps; lmoskowitz@cravath.com; michael.firestone@weil.com; mreynolds; nbinder@rkollp.com; Nelles, Sharon L.; nicholas.george; pamela.chepiga; patrick.fitzmaurice; Razza, Jordan T.; rclary; RMBS-LIT@mayerbrown.com; robert.fumerton; rouhandeh; sandra.hauser; sbuerge; Cady, Steven; scott.musoff; Scott, Jeffrey T.; Sedlak, Jonathan M.; seth.goodchild@weil.com; Sollors, David M.; Tomaino Jr., Michael T.; trice; vernon.broderick@weil.com; Harsch, Bradley A.; High, Tracy Richelle; mbloom@cravath.com; mkasowitz; htorres; cjohnson; MHanin; kleung; JDElicio; ASKlein; CBecker; HBrownstein; ncohen; Philippe Selendy; Andrew Dunlap; Sascha Rand; Manisha Sheth; Adam Abensohn; FHFA-QE
**Subject:** Documents relating to the GSEs' derivatives and hedging transactions

Christine and Richard – please see the attached correspondence.
All the best
Ted

**Edward J. Bennett, Esq.**
**Williams & Connolly LLP**
(P) 202-434-5083 | (F) 202-434-5029
ebennett@wc.com | www.wc.com/ebennett

---

NOTICE:

This message is intended for the use of the individual or entity
to which it is addressed and may contain information that is
privileged,
confidential and exempt from disclosure under applicable law. If
the reader
of this message is not the intended recipient or the employee or
agent
responsible for delivering this message to the intended
recipient, you are
hereby notified that any dissemination, distribution or copying
of this
communication is strictly prohibited. If you have received this
communication
in error, please notify us immediately by reply or by telephone
(call us collect at (202) 434-5000) and immediately delete this
message
and all its attachments.

---

NOTICE:

This message is intended for the use of the individual or entity
to which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the reader
of this message is not the intended recipient or the employee or agent
responsible for delivering this message to the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this communication
in error, please notify us immediately by reply or by telephone

(call us collect at (202) 434-5000) and immediately delete this message and all its attachments.

TO BE FILED UNDER SEAL IF DOCKETED