# Exhibit B

**Subject:** FW: Preliminary list of issues for defendants' Monday's submission

**From:** Richard Schirtzer <richardschirtzer@quinnemanuel.com>
**Date:** November 3, 2012 10:53:27 AM PDT
**To:** Edward Bennett <EBennett@wc.com>
**Cc:** Beth Stewart <BStewart@wc.com>
**Subject: Fwd: Preliminary list of issues for defendants' Monday's submission**

Ted, thanks for the earlier clarification.  Is the basis anything besides defendants' interpretation of the wall policies?  Also, do defendants' complaints about whole loans include bulk transactions or any other products?

Sent from my iPad

Begin forwarded message:

> **From:** "Stewart, Beth" <BStewart@wc.com>
> **Date:** November 3, 2012 10:45:24 AM PDT
> **To:** Richard Schirtzer <richardschirtzer@quinnemanuel.com>
> **Subject: Re: Preliminary list of issues for defendants' Monday's submission**
>
> I will defer to him on that one. I will be out of the country next week so I am not in the weeds. But I wanted to make sure someone was in touch with you.
>
> ---
>
> **From**: Richard Schirtzer [mailto:richardschirtzer@quinnemanuel.com]
> **Sent**: Saturday, November 03, 2012 01:39 PM
> **To**: Stewart, Beth
> **Subject**:  Re: Preliminary list of issues for defendants' Monday's submission
>
> Yes, Ted just told me you will be challenging the refusal to produce documents re the whole loan business if they didn't make it over to PLS.  Is this challenge limited to the wall policies or are there other grounds?
>
> Sent from my iPad
>
> On Nov 3, 2012, at 10:21 AM, "Stewart, Beth" <BStewart@wc.com> wrote:
>
>> Sorry, just saw this. Did you get an answer from Ted?
>>
>> ---
>>
>> **From**: Richard Schirtzer [mailto:richardschirtzer@quinnemanuel.com]
>> **Sent**: Saturday, November 03, 2012 12:35 AM
>> **To**: Stewart, Beth
>> **Subject**: Fwd: Preliminary list of issues for defendants' Monday's submission

Beth, can you answer this? Ted appears to be offline.

Sent from my iPad

Begin forwarded message:

> **From:** Richard Schirtzer <richardschirtzer@quinnemanuel.com>
> **Date:** November 2, 2012 9:00:29 PM PDT
> **To:** "Bennett, Edward" <EBennett@wc.com>
> **Subject: Re: Preliminary list of issues for defendants' Monday's submission**
>
> Ted, can you explain what you mean by #1?
>
> Sent from my iPad
>
> On Nov 2, 2012, at 8:46 PM, "Bennett, Edward" <EBennett@wc.com> wrote:
>
>> Christine – these are the issues defendants are considering raising in Monday's 10 a.m. submission. Of course, we may add others, or not press some of these, depending on events over the weekend, including what FHFA includes on its list. You asked me tonight to identify which defendants are pressing which issues. Because of the hour, and because the final positions of the parties are still coming to rest, I am unable to do so with certainty at this point. It should be clear from the Monday submission, however.
>>
>> 1. FHFA's business segment limitation
>> 2. Custodian issues:
>>    a. FHFA's refusal to add 10 key Fannie custodians:
>>       i. Andrew BonSalle
>>       ii. Rick Sorkin
>>       iii. Tom Lund
>>       iv. Bhanu Frueh
>>       v. Timothy Judge
>>       vi. Clinton Lively
>>       vii. Jessica Yam
>>       viii. Robert Ives
>>       ix. Merritt Connell
>>       x. David Benson

TO BE FILED UNDER SEAL IF DOCKETED

   b. FHFA's refusal to search Freddie CRO David Andrukonis' documents from January 1, 2004 until his firing in June 2005
3. Defendants' October 26, 2012 request re: FHFA's search terms
4. FHFA's refusal to search for documents related to the GSEs' sales of the at-issue Securitizations to third-parties
5. FHFA's refusal to provide information that would allow defendants to assess the appropriateness of FHFA's post-securitization custodians
6. Status report regarding ongoing discussions concerning expert discovery
7. Proposed modifications to the schedule


**Edward J. Bennett, Esq.**
**Williams & Connolly LLP**
(P) 202-434-5083 | (F) 202-434-5029
ebennett@wc.com |
www.wc.com/ebennett

---

**From:** Bennett, Edward
**Sent:** Friday, November 02, 2012 2:11 PM
**To:** Bennett, Edward; 'Christine Chung'; 'Shane, Penny'; 'Julia Beskin'; 'richardschirtzer@quinnemanuel.com'; Ahmad, N. Mahmood
**Cc:** 'Shane, Penny'; 'alexander.drylewski'; 'allie.cheatham'; 'amichaelson@bsfllp.com'; 'aturner'; 'battle'; 'bkarp'; 'Braff, David H.'; 'Brian.weinstein'; 'Bryan.Levine@skadden.com'; Stewart, Beth; 'camaratac'; 'Castleman, David A.'; 'CGrusauskas'; 'Clark, Bruce E.'; 'Daniel.schwartz'; 'Davidoff, Amanda Flug'; Blatt, David; 'Dehoney, David R.'; 'djames'; 'dmarshall'; 'DPotter'; 'dwoll'; 'dzinman@rkollp.com'; 'Edelman, Theodore'; 'edlinr'; 'Frawley, Brian T.'; 'Fritsch, Joshua J.'; 'george.zimmerman'; 'greg.danilow'; 'jane.morril'; 'jay.kasner'; 'JBurns@KRAMERLEVIN.com'; 'jconnolly@rkollp.com'; 'jhaims'; McNichols, John; Smallwood, Jesse;

3
TO BE FILED UNDER SEAL IF DOCKETED

'jsneider@bsfllp.com'; 'Klapper, Richard H.'; 'Kleysteuber, Rudy'; 'ldearcy'; 'leftonr'; 'lipps'; 'lmoskowitz@cravath.com'; 'michael.firestone@weil.com'; 'mreynolds'; 'nbinder@rkollp.com'; 'Nelles, Sharon L.'; 'nicholas.george'; 'pamela.chepiga'; 'patrick.fitzmaurice'; 'Razza, Jordan T.'; 'rclary'; 'RMBS-LIT@mayerbrown.com'; 'robert.fumerton'; 'rouhandeh'; 'sandra.hauser'; 'sbuerge'; Cady, Steven; 'scott.musoff'; 'Scott, Jeffrey T.'; 'Sedlak, Jonathan M.'; 'seth.goodchild@weil.com'; 'Sollors, David M.'; 'Tomaino Jr., Michael T.'; 'trice'; 'vernon.broderick@weil.com'; 'Harsch, Bradley A.'; 'High, Tracy Richelle'; 'mbloom@cravath.com'; 'mkasowitz'; 'htorres'; 'cjohnson'; 'MHanin'; 'kleung'; 'JDElicio'; 'ASKlein'; 'CBecker'; 'HBrownstein'; 'ncohen'; 'Philippe Selendy'; 'Andrew Dunlap'; 'Sascha Rand'; 'Manisha Sheth'; 'Adam Abensohn'; 'FHFA-QE'
**Subject:** FHFA RMBS Litigation - follow up on document production

Christine & Richard: Please see the attached correspondence.
Thanks
Ted

**Edward J. Bennett, Esq.**
**Williams & Connolly LLP**
(P) 202-434-5083 | (F) 202-434-5029
ebennett@wc.com|
www.wc.com/ebennett

---

**From:** Bennett, Edward
**Sent:** Saturday, October 13, 2012 2:31 PM
**To:** Christine Chung; Shane, Penny; Julia Beskin; 'richardschirtzer@quinnemanuel.com'
**Cc:** Shane, Penny; alexander.drylewski; allie.cheatham; amichaelson@bsfllp.com; aturner; battle; bkarp; Braff, David H.; Brian.weinstein; Bryan.Levine@skadden.com; Stewart, Beth; camaratac; Castleman, David A.; CGrusauskas; Clark, Bruce E.; Daniel.schwartz; Davidoff, Amanda Flug; Blatt, David; Dehoney, David R.; djames; dmarshall; DPotter; dwoll; dzinman@rkollp.com; Edelman,

4
TO BE FILED UNDER SEAL IF DOCKETED

Theodore; edlinr; Frawley, Brian T.; Fritsch, Joshua J.; george.zimmerman; greg.danilow; jane.morril; jay.kasner; JBurns@KRAMERLEVIN.com; jconnolly@rkollp.com; jhaims; McNichols, John; Smallwood, Jesse; jsneider@bsfllp.com; Klapper, Richard H.; Kleysteuber, Rudy; ldearcy; leftonr; lipps; lmoskowitz@cravath.com; michael.firestone@weil.com; mreynolds; nbinder@rkollp.com; Nelles, Sharon L.; nicholas.george; pamela.chepiga; patrick.fitzmaurice; Razza, Jordan T.; rclary; RMBS-LIT@mayerbrown.com; robert.fumerton; rouhandeh; sandra.hauser; sbuerge; Cady, Steven; scott.musoff; Scott, Jeffrey T.; Sedlak, Jonathan M.; seth.goodchild@weil.com; Sollors, David M.; Tomaino Jr., Michael T.; trice; vernon.broderick@weil.com; Harsch, Bradley A.; High, Tracy Richelle; mbloom@cravath.com; mkasowitz; htorres; cjohnson; MHanin; kleung; JDElicio; ASKlein; CBecker; HBrownstein; ncohen; Philippe Selendy; Andrew Dunlap; Sascha Rand; Manisha Sheth; Adam Abensohn; FHFA-QE
**Subject:** Documents relating to the GSEs' derivatives and hedging transactions

Christine and Richard – please see the attached correspondence.
All the best
Ted

**Edward J. Bennett, Esq.**
**Williams & Connolly LLP**
(P) 202-434-5083 | (F) 202-434-5029
ebennett@wc.com|
www.wc.com/ebennett

---

```
NOTICE:

This message is intended for
the use of the individual or
entity
to which it is addressed and
may contain information that
is privileged,
confidential and exempt from
disclosure under applicable
law. If the reader
of this message is not the
intended recipient or the
employee or agent
responsible for delivering
```

5
TO BE FILED UNDER SEAL IF DOCKETED

        this message to the intended
        recipient, you are
        hereby notified that any
        dissemination, distribution
        or copying of this
        communication is strictly
        prohibited. If you have
        received this communication
        in error, please notify us
        immediately by reply or by
        telephone
        (call us collect at (202)
        434-5000) and immediately
        delete this message
        and all its attachments.

---

NOTICE:

This message is intended for the use of the
individual or entity
to which it is addressed and may contain information
that is privileged,
confidential and exempt from disclosure under
applicable law. If the reader
of this message is not the intended recipient or the
employee or agent
responsible for delivering this message to the
intended recipient, you are
hereby notified that any dissemination, distribution
or copying of this
communication is strictly prohibited. If you have
received this communication
in error, please notify us immediately by reply or by
telephone
(call us collect at (202) 434-5000) and immediately
delete this message
and all its attachments.

---

NOTICE:

This message is intended for the use of the individual or entity
to which it is addressed and may contain information that is
privileged,
confidential and exempt from disclosure under applicable law. If
the reader
of this message is not the intended recipient or the employee or
agent
responsible for delivering this message to the intended
recipient, you are
hereby notified that any dissemination, distribution or copying
of this
communication is strictly prohibited. If you have received this
communication
in error, please notify us immediately by reply or by telephone
(call us collect at (202) 434-5000) and immediately delete this
message
and all its attachments.

TO BE FILED UNDER SEAL IF DOCKETED