UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

FEDERAL HOUSING FINANCE AGENCY, etc.,

        Plaintiff,

   v.

JPMORGAN CHASE & CO., et al.,

        Defendants.

11 Civ. 6188 (DLC)

------------------------------------------------------------------ X

FEDERAL HOUSING FINANCE AGENCY, etc.,

        Plaintiff,

   v.

HSBC NORTH AMERICA HOLDINGS, INC., et al.,

        Defendants.

11 Civ. 6189 (DLC)

------------------------------------------------------------------ X

FEDERAL HOUSING FINANCE AGENCY, etc.,

        Plaintiff,

   v.

BARCLAYS BANK PLC, et al.,

        Defendants.

11 Civ. 6190 (DLC)

------------------------------------------------------------------ X

FEDERAL HOUSING FINANCE AGENCY, etc.,

        Plaintiff,

   v.

DEUTSCHE BANK AG, et al.,

        Defendants.

11 Civ. 6192 (DLC)

------------------------------------------------------------------ X

```
---------------------------------------------------------- x
                                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,                      :
                                                           :  11 Civ. 6193 (DLC)
                    Plaintiff,                             :
         v.                                                :
                                                           :
FIRST HORIZON NATIONAL CORP., et al.,                      :
                                                           :
                    Defendants.                            :
---------------------------------------------------------- x
                                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,                      :
                                                           :  11 Civ. 6195 (DLC)
                    Plaintiff,                             :
         v.                                                :
                                                           :
BANK OF AMERICA CORP., et al.,                             :
                                                           :
                    Defendants.                            :
---------------------------------------------------------- x
                                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,                      :
                                                           :  11 Civ. 6196 (DLC)
                    Plaintiff,                             :
         v.                                                :
                                                           :
CITIGROUP INC., et al.,                                    :
                                                           :
                    Defendants.                            :
---------------------------------------------------------- x
                                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,                      :
                                                           :  11 Civ. 6198 (DLC)
                    Plaintiff,                             :
         v.                                                :
                                                           :
GOLDMAN, SACHS & CO., et al.,                              :
                                                           :
                    Defendants.                            :
---------------------------------------------------------- x
```

```
------------------------------------------------------------- x
                                                              :
FEDERAL HOUSING FINANCE AGENCY, etc.,                         :
                                                              :
                      Plaintiff,                              :   11 Civ. 6200 (DLC)
            v.                                                :
                                                              :
CREDIT SUISSE HOLDINGS (USA), INC., et al.,                   :
                                                              :
                      Defendants.                             :
                                                              :
------------------------------------------------------------- x
                                                              :
FEDERAL HOUSING FINANCE AGENCY, etc.,                         :
                                                              :
                      Plaintiff,                              :   11 Civ. 6201 (DLC)
            v.                                                :
                                                              :
NOMURA HOLDING AMERICA, INC., et al.,                         :
                                                              :
                      Defendants.                             :
                                                              :
------------------------------------------------------------- x
                                                              :
FEDERAL HOUSING FINANCE AGENCY, etc.,                         :
                                                              :
                      Plaintiff,                              :   11 Civ. 6202 (DLC)
            v.                                                :
                                                              :
MERRILL LYNCH & CO., INC., et al.,                            :
                                                              :
                      Defendants.                             :
                                                              :
------------------------------------------------------------- x
                                                              :
FEDERAL HOUSING FINANCE AGENCY, etc.,                         :
                                                              :
                      Plaintiff,                              :   11 Civ. 6203 (DLC)
            v.                                                :
                                                              :
SG AMERICAS, INC., et al.,                                    :
                                                              :
                      Defendants.                             :
                                                              :
------------------------------------------------------------- x
```

```
------------------------------------------------------------ x
                                                             :
                                                             :
                                                             :
FEDERAL HOUSING FINANCE AGENCY, etc.,                        :
                                                             :  11 Civ. 6739 (DLC)
                    Plaintiff,                               :
            v.                                               :
                                                             :
MORGAN STANLEY, et al.,                                      :
                                                             :
                    Defendants.                              :
                                                             :
------------------------------------------------------------ x
                                                             :
                                                             :
FEDERAL HOUSING FINANCE AGENCY, etc.,                        :
                                                             :
                                                             :  11 Civ. 7010 (DLC)
                    Plaintiff,                               :
            v.                                               :
                                                             :
ALLY FINANCIAL INC., et al.,                                 :
                                                             :
                    Defendants.                              :
                                                             :
------------------------------------------------------------ x
                                                             :
                                                             :
FEDERAL HOUSING FINANCE AGENCY, etc.,                        :
                                                             :
                                                             :  11 Civ. 7048 (DLC)
                    Plaintiff,                               :
            v.                                               :
                                                             :
GENERAL ELECTRIC COMPANY, et al.,                            :
                                                             :
                    Defendants.                              :
                                                             :
------------------------------------------------------------ x
```

**DECLARATION OF LAUREN A. MOSKOWITZ IN FURTHER SUPPORT OF DEFENDANTS' PRELIMINARY *DAUBERT* MOTION TO EXCLUDE THE OCTOBER 10, 2012 EXPERT REPORT OF CHARLES D. COWAN, Ph.D.**

I, Lauren A. Moskowitz, declare as follows:

1. I am an associate at the law firm of Cravath, Swaine & Moore LLP, counsel to the Credit Suisse Defendants in certain of the above-captioned proceedings.

2. I submit this declaration in further support of Defendants' Preliminary *Daubert* Motion to Exclude the October 10, 2012 Expert Report of Charles D. Cowan, Ph.D.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpted pages from the Offering Documents for Bear Stearns Alt-A Trust, Mortgage Pass-Through Certificates, Series 2006-4.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpted pages from the Offering Documents for Home Equity Mortgage Pass-Through Certificates, Series 2006-6.

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpted pages from the Offering Documents for Mortgage Pass-Through Certificates, Series 2006-AA1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 16, 2012.

_____
Lauren A. Moskowitz

1