# EXHIBIT B

8201 GREENSBORO DRIVE, SUITE 717
MCLEAN, VA 22102
703.288.3380

4256 NORTH RAVENSWOOD AVENUE
CHICAGO, IL 60610
773.360.8794

4123 BROADWAY, SUITE 130
OAKLAND, CA 94611
510.479.3088




425 COMMERCE DRIVE, SUITE 125
FORT WASHINGTON, PA 19034
215.646.1299

535 5TH AVENUE, FOURTH FLOOR
NEW YORK, NY 10017
646.532.6767

1170 PEACHTREE STREET
ATLANTA, GA 30309
404.347.4221
WWW.LDISCOVERY.COM

July 20, 2012

**VIA FEDEX**

Counsel Listed in Appendix A

Re: FHFA v. UBS Americas, Inc., et al., 11 Civ. 5201 (DLC)
FHFA v. JPMorgan Chase & Co., et al., 11 Civ. 6188 (DLC)
FHFA v. HSBC North America Holdings, Inc., et al., 11 Civ. 6189 (DLC)
FHFA v. Barclays Bank PLC, et al., 11 Civ. 6190 (DLC)
FHFA v. Deutsche Bank AG, et al., 11 Civ. 6192 (DLC)
FHFA v. First Horizon National Corp., et al., 11 Civ. 6193 (DLC)
FHFA v. Bank of America Corp., et al., 11 Civ. 6195 (DLC)
FHFA v. Citigroup Inc., et al., 11 Civ. 6196 (DLC)
FHFA v. Goldman, Sachs & Co., et al., 11 Civ. 6198 (DLC)
FHFA v. Credit Suisse Holdings (USA), Inc., et al., 11 CIV. 6200 (DLC)
FHFA v. Nomura Holding America, Inc., et al., 11. Civ. 6201(DLC)
FHFA v. Merrill Lynch & Co., Inc., et al., 11 Civ. 6202 (DLC)
FHFA v. SG Americas, Inc., et al., 11 Civ. 6203 (DLC)
FHFA v. Morgan Stanley, et al., 11 Civ. 6739 (DLC)
FHFA v. Ally Financial Inc., et al., 11 Civ. 7010 (DLC)
FHFA v. General Electric Company, et al., 11 Civ. 7048 (DLC)

Dear Counsel:

On behalf of Plaintiff FHFA please find enclosed a disk containing FHFA's production of loan lists bearing Bates numbers FHFA00000595-FHFA00000596. The disk has been encrypted with TrueCrypt encryption. We will provide the password for the disk under separate cover.

Please note that the production contains documents designated as "Highly Confidential" pursuant to the Protective Order entered by the Court on May 30, 2012 in the above referenced actions

Best Regards,

/c/ Leonard Deutchman
Leonard Deutchman, Esq.
General Counsel & VP

Enclosure as stated

## APPENDIX A

| | |
|---|---|
| 1 | Jay B. Kasner<br>Scott D. Musoff<br>George Zimmerman<br>Robert Fumerton<br>Alexander Drylewski<br>Skadden, Arps, Slate, Meagher & Flom LLP (NYC)<br>Four Times Square<br>42nd floor<br>New York, NY 10036 |
| 2 | David Allen Castleman<br>Penny Shane<br>Sharon L. Nelles<br>Jonathan Michael Sedlak<br>Sullivan & Cromwell<br>125 Broad Street<br>New York, New York 10004 |
| 3 | Susanna Michele Buergel<br>Brad Scott Karp<br>Caitlin Elizabeth Grusauskas<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019 |
| 4 | Richard W Clary<br>Michael T Reynolds<br>Lauren A. Moskowitz |

| | |
|---|---|
| | M. Silverstein<br><br>Cravath, Swaine & Moore LLP<br><br>825 Eighth Avenue<br><br>New York, NY 10019 |
| 5 | Richard Howard Klapper<br><br>William Kleysteuber, IV<br><br>Theodore Edelman<br><br>Jordan Toumey Razza<br><br>Michael Thomas Tomaino, Jr<br><br>Sullivan & Cromwell<br><br>125 Broad Street<br><br>New York, New York 10004 |
| 6 | David W. Woll<br><br>Thomas C. Rice<br><br>Alan Craig Turner<br><br>Simpson Thacher & Bartlett LLP<br><br>425 Lexington Avenue<br><br>New York, NY 10017-3954 |
| 7 | Richard A. Edlin<br>Ronald D. Lefton<br><br>Candace Camarata<br><br>Grennberg Traurig, LLP<br><br>200 Park Avenue<br><br>New York, NY 10166 |
| 8 | Pamela Rogers Chepiga<br><br>Josephine A. Cheatham |

| | |
|---|---|
| | Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| 9 | Joel C. Haims<br>LaShann M. DeArcy<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| 10 | Sandra D. Hauser<br>Patrick E. Fitzmaurice<br>SNR Denton US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| 11 | Dani R. James<br>Jade A. Burns<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| 12 | Richard A. Spehr<br>Michael O. Ware<br>S. Christopher Provenzano<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019 |
| 13 | Damien J. Marshall<br>Andrew Michaelson |

| | |
|---|---|
| | Jaime Sneider<br>Boies, Schiller & Flexner LLP<br>575 Lexington Avenue<br>7th Floor<br>New York, NY 10022 |
| 14 | Jeff Scott<br>David Braff<br>Joshua John Fritsch<br>Brian T. Frawley<br>Sullivan & Cromwell<br>125 Broad Street<br>New York, New York 10004 |
| 15 | Bruce E. Clark<br>David M. Sollors<br>David R. Dehoney<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 |
| 16 | Amanda F. Davidoff<br>Sullivan & Cromwell LLP<br>1701 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006 |
| 17 | David Blatt<br>John McNichols<br>Steven M. Cady<br>Edward J. Bennett |

| | |
|---|---|
| | Jesse T. Smallwood<br>Beth A. Stewart<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W<br>Washington, D.C. 20005 |
| 18 | Daniel Zinman<br>Neil S. Binder<br>Jon Connolly<br>Richards Kibbe & Orbe LLP<br>One World Financial Center<br>New York, NY 10281 |
| 19 | James P. Rouhandeh<br>Nicholas Norman George<br>Jane Marion Morril<br>Daniel Jacob Schwartz<br>Brian Stryker Weinstein<br>Davis Polk & Wardwell L.L.P.<br>450 Lexington Avenue<br>New York, NY 10017 |
| 20 | Greg A. Danilow<br>Vernon Speede Broderick<br>Weil, Gotshal & Manges LLP (NYC)<br>767 Fifth Avenue, 25th Fl.<br>New York, NY 10153 |