```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X    11 Civ. 5201 (DLC)
                                        :    11 Civ. 6188 (DLC)
                                        :    11 Civ. 6189 (DLC)
FEDERAL HOUSING FINANCE AGENCY,         :    11 Civ. 6190 (DLC)
                                        :    11 Civ. 6192 (DLC)
                  Plaintiff,            :    11 Civ. 6193 (DLC)
                                        :    11 Civ. 6195 (DLC)
         -v-                            :    11 Civ. 6196 (DLC)
                                        :    11 Civ. 6198 (DLC)
                                        :    11 Civ. 6200 (DLC)
UBS AMERICAS INC., et al.,              :    11 Civ. 6201 (DLC)
                  Defendants;           :    11 Civ. 6202 (DLC)
                                        :    11 Civ. 6203 (DLC)
                                        :    11 Civ. 6739 (DLC)
And other FHFA cases.                   :    11 Civ. 7010 (DLC)
                                        :    11 Civ. 7048 (DLC)
                                        :
----------------------------------------X    REVISED PRETRIAL
                                             SCHEDULING ORDER
```

IT IS HEREBY ORDERED that the following consolidated schedule shall govern the further conduct of pretrial proceedings in these cases:

### 2012

12/17/12   In FHFA v. UBS, 11 Civ. 5201 (DLC) ("UBS"), substantially all of the applicable guidelines and applicable loan file documents in the sample identified by FHFA shall be produced and shall be identified and stipulated pursuant to paragraph 1 of the November 26 Expert Scheduling Order.

### 2013

1/28/13    Depositions begin in all cases.

1/31/13    In Tranche 2 cases -- 11 Civ. 6188 ("Chase") and 11 Civ. 6202 ("Merrill") -- substantially all of the applicable guidelines and applicable loan file documents in the samples identified by FHFA shall be produced and shall be identified and stipulated

pursuant to paragraph 1 of the November 26 Expert Scheduling Order.

FHFA and Defendants in the Tranche 3 and Tranche 4 cases shall advise the Court of whether the parties believe it shall be effective to extend the provisions of the November 26 Expert Scheduling Order to those tranches.

| | |
|---|---|
| 5/3/13 | In UBS, the parties shall serve their re-underwriting expert reports. |
| 6/4/13 | In UBS, the parties shall serve any rebuttal re-underwriting expert reports and any additional expert reports on any issue for which they bear the burden of proof. |
| 6/12/13 | In UBS, the parties shall serve any rebuttal non-re-underwriting expert reports and any expert report on any issues for which they do not have the burden of proof. |
| 8/5/13 | In Tranche 2 cases, the parties shall serve their re-underwriting expert reports. |
| 8/16/13 | All fact and expert discovery in UBS must be completed. |
| 9/6/13 | Deadline to file any summary judgment motion in UBS.<br><br>**9/27/13**   Opposition due.<br>**10/11/13**  Any reply due. |
| 10/7/13 | In Tranche 2 cases, the parties shall serve any rebuttal re-underwriting expert reports. |
| 10/25/13 | In Tranche 2 cases, the parties shall serve their non-re-underwriting expert reports on any issue for which they bear the burden of proof. |
| 12/2/13 | In Tranche 2 cases, the parties shall serve any rebuttal non-re-underwriting expert reports. |

|  |  |  |
|---|---|---|
|  | 12/6/13 | All fact discovery in all remaining cases must be completed. |
|  | 12/6/13 | The Joint Pretrial Order must be filed in UBS. As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. |

          12/13/13  Opposition to any motion in limine due.
          12/20/13  Any reply due.

### 2014

|  |  |  |
|---|---|---|
|  | 1/6/14 | All expert discovery must be completed in Tranche 2 cases. |
| Tr.1 | 1/13/14 | The trial in UBS will begin at 9:30 a.m. |
|  | 1/24/14 | Deadline to file any summary judgment motion in cases other than UBS. |

          3/21/14    Opposition due.
          4/11/14    Any reply due.

|  |  |  |
|---|---|---|
|  | 5/2/14 | Joint Pretrial Orders must be filed in Tranche 2 cases. |

          5/9/14     Opposition to any motion in limine due.
          5/16/14    Any reply due.

|  |  |  |
|---|---|---|
| Tr.2 | 6/2/14 | Trials will begin in Chase and Merrill. In the event Chase settles before trial, a Tranche 3 case will also go to trial on 6/2/14 or shortly thereafter. |
|  | 8/1/14 | Joint Pretrial Orders must be filed in Tranche 3 cases: 11 Civ. 6192 ("Deutsche Bank"); 11 Civ. 6198 ("Goldman Sachs"); and 11 Civ. 6200 ("Credit Suisse"). |

          8/15/14    Opposition to any motion in limine due.

|       |         |                                                                                      |
|-------|---------|--------------------------------------------------------------------------------------|
|       | 8/22/14 | Any reply due.                                                                       |
| Tr.3  | 9/29/14 | Trials will begin in <u>Deutsche Bank</u>, <u>Goldman Sachs</u> and <u>Credit Suisse</u>. |

### **2015**

|      |        |                                                                                   |
|------|--------|-----------------------------------------------------------------------------------|
| Tr.4 | 1/2015 | Tranche 4 trials begin.  Tranche 4 will contain all remaining cases that have not settled. |

SO ORDERED:

Dated:   New York, New York
         November 26, 2012

                              _____
                                        DENISE COTE
                              United States District Judge