November 19, 2012


VIA ELECTRONIC MAIL AND HAND DELIVERY

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:    *FHFA Actions* (DLC) (S.D.N.Y)
       *FHFA v. Royal Bank of Scotland PLC, et al.*, 3:11-cv-01383 (AWT) (D. Conn.)

Dear Judge Cote:

      We write on behalf of Plaintiff Federal Housing Finance Agency ("FHFA") and each of the Defendants ("Defendants") to the above-captioned actions ("Actions") to update the Court on the status of the parties' discussions regarding a deposition protocol governing the depositions in each of the Actions.

      The parties have been working in good faith to negotiate a deposition protocol, and have reached agreement on most of the provisions of such a protocol, but have been unable to reach agreement on several issues.  Accordingly, Plaintiff and Defendants attach a proposed deposition protocol that reflects the remaining areas of dispute by presenting Plaintiff's and Defendants' differing proposals on specific provisions in brackets.

      Thank you for Your Honor's consideration of this submission.

1

Respectfully submitted,

/s/ Philippe Z. Selendy
Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. UBS Americas, Inc., FHFA v. JPMorgan Chase & Co., FHFA v. Deutsche Bank AG, FHFA v. Citigroup Inc., FHFA v. Goldman, Sachs & Co., and FHFA v. Royal Bank of Scotland PLC, et al.*

/s/ Richard A. Schirtzer
Richard A. Schirtzer
(richardschirtzer@quinnemanuel.com)
Adam Abensohn
(adamabensohn@quinnemanuel.com)
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. HSBC North America Holdings, Inc. and FHFA v. Nomura Holding America, Inc.*

/s/ Christine H. Chung
Christine H. Chung
(christinechung@quinnemanuel.com)
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. First Horizon National Corp., FHFA v. Bank of America Corp., and FHFA v. Credit Suisse Holdings (USA), Inc.*

/s/ Manisha M. Sheth
Manisha M. Sheth
(manishasheth@quinnemanuel.com)
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. UBS Americas, Inc., FHFA v. JPMorgan Chase & Co., FHFA v. Barclays Bank PLC, FHFA v. Citigroup Inc., and FHFA v. Merrill Lynch & Co., Inc.*

/s/ Sascha N. Rand
Sascha N. Rand
(sascharand@quinnemanuel.com)
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. Goldman, Sachs & Co., FHFA v. Deutsche Bank AG, FHFA v. JPMorgan Chase & Co., and FHFA v. Royal Bank of Scotland PLC, et al.*

/s/ Kanchana Wangkeo Leung
Kanchana Wangkeo Leung
(kleung@kasowitz.com)
KASOWITZ, BENSON, TORRES &
    FRIEDMAN, LLP
1633 Broadway
New York, NY 10019

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. Ally Financial Inc., FHFA v. General Electric Company, FHFA v. Morgan Stanley, and FHFA v. SG Americas, Inc.*

| | |
|---|---|
| /s/ Jay B. Kasner | /s/Thomas C. Rice |
| Jay B. Kasner | Thomas C. Rice (*pro hac vice*) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (trice@stblaw.com) |
| | SIMPSON THACHER & BARTLETT LLP |
| *Attorneys for Defendants UBS Americas Inc., UBS Real Estate Securities Inc., UBS Securities LLC, Mortgage Asset Securitization Transactions, Inc., David Martin, Per Dyrvik, Hugh Corcoran and Peter Slagowitz and Liaison Counsel for all Defendants* | 425 Lexington Avenue |
| | New York, New York 10017 |
| | Telephone: (212) 455-2000 |
| | Facsimile: (212) 455-2502 |
| | |
| | *Attorneys for Defendants in FHFA v. Royal Bank of Scotland PLC, et al.* |

cc:  All Counsel of Record (via email)