LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

EDWARD J. BENNETT
(202) 434-5083
ebennett@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

November 19, 2012

**VIA ELECTRONIC MAIL**

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:   *FHFA Actions*

Dear Judge Cote:

I write to address FHFA's contention in its letter of today that it has produced "over 14,000 custodial documents for Shayan Salahuddin."

In their Stipulation regarding electronic discovery, the parties agreed to identify, in a metadata field titled, "Source", the custodian from whose files a document was produced. Attached is a screenshot, created this morning, of the results of a search for Mr. Salahuddin's name in the Source metadata provided by FHFA to Defendants. It lists 12 documents.[1]

I shared a draft of this letter with counsel for FHFA and asked for some proof supporting FHFA's contention regarding its production of Mr. Salahuddin's documents. In a response received moments ago, FHFA indicated its number was based on internal metadata it has withheld from Defendants (but intends to produce in the future).

Respectfully submitted,

Edward J. Bennett

---

[1] Today's number reflects that additional productions have been loaded since Thursday's hearing, when the count was only 8.



| PRODBEG | PRODEND | SOURCE | PRODBEG |
|---|---|---|---|
| FHFA05467287 | FHFA05467287 | Salahuddin, Shayan | FHFA05467287 |
| FHFA05467288 | FHFA05467290 | Salahuddin, Shayan | FHFA05467288 |
| FHFA05467291 | FHFA05467291 | Salahuddin, Shayan | FHFA05467288 |
| FHFA05467292 | FHFA05467292 | Salahuddin, Shayan | FHFA05467292 |
| FHFA05467293 | FHFA05467293 | Salahuddin, Shayan | FHFA05467293 |
| FHFA05467294 | FHFA05467294 | Salahuddin, Shayan | FHFA05467294 |
| FHFA05467295 | FHFA05467296 | Salahuddin, Shayan | FHFA05467295 |
| FHFA05467297 | FHFA05467297 | Salahuddin, Shayan | FHFA05467297 |
| FHFA08075217 | FHFA08075219 | Salahuddin, Shayan | FHFA08075217 |
| FHFA08075220 | FHFA08075221 | Salahuddin, Shayan | FHFA08075220 |
| FHFA08075222 | FHFA08075222 | Salahuddin, Shayan | FHFA08075222 |
| FHFA08075223 | FHFA08075224 | Salahuddin, Shayan | FHFA08075223 |