# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

November 19, 2012

<u>By E-Mail and Hand</u>

Hon. Denise L. Cote,
   United States District Judge,
      Daniel Patrick Moynihan United States Courthouse,
         500 Pearl Street, Room 1610,
            New York, New York  10007-1312.

           Re:    *FHFA* v. *JPMorgan Chase & Co., et al.*, 11 Civ. 6188 (DLC);
                   *FHFA* v. *Goldman, Sachs & Co., et al.*, 11 Civ. 6198 (DLC);
                   <u>*FHFA* v. *Ally Financial Inc., et al.*, 11 Civ. 7010 (DLC).</u>

Dear Judge Cote:

        We write on behalf of Goldman, Sachs & Co. and certain affiliated entities (collectively, "Goldman Sachs"), defendants in one or more of the above-referenced actions, with respect to the letter submitted this morning by Plaintiff Federal Housing Finance Agency ("FHFA") purporting to identify an "impasse" with Goldman Sachs regarding the redaction of material from transcripts of testimony in other RMBS cases and investigations that does not relate to the relevant Securitizations or to RMBS generally.

        FHFA submitted its letter before the noon deadline for the parties to state their final positions.  Had FHFA waited until that deadline, it would have learned that—despite FHFA's prior agreement on this issue with Goldman Sachs on October 17, a ruling by Magistrate Judge Freeman in another RMBS case that endorsed Goldman Sachs' position, and FHFA's statement on October 18 that FHFA was *not* at an impasse with Goldman Sachs on this issue—Goldman Sachs has agreed not to redact transcripts in view of the Court's statements during the November 6 hearing, the positions taken by other Defendants, and FHFA's agreement not to redact its own transcripts.

Hon. Denise L. Cote -2-

                              Respectfully Submitted,

                              Richard H. Klapper

cc: Counsel for All Parties