```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X   11 Civ. 5201 (DLC)
                                        :   11 Civ. 6188 (DLC)
                                        :   11 Civ. 6189 (DLC)
FEDERAL HOUSING FINANCE AGENCY,         :   11 Civ. 6190 (DLC)
                                        :   11 Civ. 6192 (DLC)
                 Plaintiff,             :   11 Civ. 6193 (DLC)
                                        :   11 Civ. 6195 (DLC)
       -v-                              :   11 Civ. 6196 (DLC)
                                        :   11 Civ. 6198 (DLC)
                                        :   11 Civ. 6200 (DLC)
UBS AMERICAS INC., et al.,              :   11 Civ. 6201 (DLC)
                 Defendants;            :   11 Civ. 6202 (DLC)
                                        :   11 Civ. 6203 (DLC)
                                        :   11 Civ. 6739 (DLC)
And other FHFA cases.                   :   11 Civ. 7010 (DLC)
                                        :   11 Civ. 7048 (DLC)
                                        :
----------------------------------------X        ORDER
```

DENISE COTE, District Judge:

In a series of letters dated December 7, defendants raise several issues related to discovery in this litigation and request a conference. It is hereby

ORDERED that a conference will be held to address the issues raised in these letters and any outstanding discovery issues on **Friday, December 14** at **2:00 PM** in Courtroom 15B, United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that no later than **10:00 AM** on **Thursday, December 13**, defendants may submit any underlying documents that support their applications and the plaintiff shall submit its responsive letters and any supporting materials. Any submissions must comply with Rule 2C of this Court's Individual Rules of Practice in Civil Cases.

Dated:   New York, New York
         December 10, 2012

                                   _____
                                        DENISE COTE
                                   United States District Judge