```
UNITED STATES DISTRICT COURT                    (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:  11 Civ. 5201 (DLC) (JCF)
                                        :  11 Civ. 6188 (DLC) (JCF)
                                        :  11 Civ. 6189 (DLC) (JCF)
FEDERAL HOUSING FINANCE AGENCY,         :  11 Civ. 6190 (DLC) (JCF)
                                        :  11 Civ. 6192 (DLC) (JCF)
                    Plaintiff,          :  11 Civ. 6193 (DLC) (JCF)
                                        :  11 Civ. 6195 (DLC) (JCF)
     - against -                        :  11 Civ. 6196 (DLC) (JCF)
                                        :  11 Civ. 6198 (DLC) (JCF)
                                        :  11 Civ. 6200 (DLC) (JCF)
UBS AMERICAS INC., et al.,              :  11 Civ. 6201 (DLC) (JCF)
                                        :  11 Civ. 6202 (DLC) (JCF)
                    Defendants;         :  11 Civ. 6203 (DLC) (JCF)
                                        :  11 Civ. 6739 (DLC) (JCF)
                                        :  11 Civ. 7010 (DLC) (JCF)
And other FHFA cases.                   :  11 Civ. 7048 (DLC) (JCF)
                                        :
- - - - - - - - - - - - - - - - - - - -:       O R D E R
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

(handwritten notation: "Docket in all cases")

These cases having been referred to me to oversee settlement discussions, it is hereby ORDERED that a conference will be held to address the framework for these settlement discussions on Friday, January 11, 2013, at 2:00 PM in Courtroom 18D, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

/s/ James C. Francis IV
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:    New York, New York
          December 12, 2012