UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
FEDERAL HOUSING FINANCE AGENCY, etc.,

            Plaintiff,

    v.

UBS AMERICAS, INC., et al.,

            Defendants.
------------------------------------------------------------ x

FEDERAL HOUSING FINANCE AGENCY, etc.,

            Plaintiff,

    v.

JPMORGAN CHASE & CO., et al.,

            Defendants.
------------------------------------------------------------ x

FEDERAL HOUSING FINANCE AGENCY, etc.,

            Plaintiff,

    v.

HSBC NORTH AMERICA HOLDINGS, INC., et al.,

            Defendants.
------------------------------------------------------------ x

FEDERAL HOUSING FINANCE AGENCY, etc.,

            Plaintiff,

    v.

DEUTSCHE BANK AG, et al.,

            Defendants.

**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S VIRGINIA SECURITIES ACT CLAIMS**

11 Civ. 5201 (DLC)

11 Civ. 6188 (DLC)

11 Civ. 6189 (DLC)

11 Civ. 6192 (DLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/13

```
-------------------------------------------------- x
                                                   :
FEDERAL HOUSING FINANCE AGENCY, etc.,              :
                                                   :
                Plaintiff,                         :   11 Civ. 6195 (DLC)
        v.                                         :
                                                   :
BANK OF AMERICA CORP., et al.,                     :
                                                   :
                Defendants.                        :
-------------------------------------------------- x
                                                   :
FEDERAL HOUSING FINANCE AGENCY, etc.,              :
                                                   :
                Plaintiff,                         :   11 Civ. 6196 (DLC)
        v.                                         :
                                                   :
CITIGROUP INC., et al.,                            :
                                                   :
                Defendants.                        :
-------------------------------------------------- x
                                                   :
FEDERAL HOUSING FINANCE AGENCY, etc.,              :
                                                   :
                Plaintiff,                         :   11 Civ. 6198 (DLC)
        v.                                         :
                                                   :
GOLDMAN, SACHS & CO., et al.,                      :
                                                   :
                Defendants.                        :
-------------------------------------------------- x
                                                   :
FEDERAL HOUSING FINANCE AGENCY, etc.,              :
                                                   :
                Plaintiff,                         :   11 Civ. 6200 (DLC)
        v.                                         :
                                                   :
CREDIT SUISSE HOLDINGS (USA), INC., et al.,        :
                                                   :
                Defendants.                        :
```

```
----------------------------------------------------------------x
                                                                :
FEDERAL HOUSING FINANCE AGENCY, etc.,                           :
                                                                :   11 Civ. 6202(DLC)
                     Plaintiff,                                 :
            v.                                                  :
                                                                :
MERRILL LYNCH & CO., INC., et al.,                              :
                                                                :
                     Defendants.                                :
----------------------------------------------------------------x
                                                                :
FEDERAL HOUSING FINANCE AGENCY, etc.,                           :
                                                                :   11 Civ. 6739 (DLC)
                     Plaintiff,                                 :
            v.                                                  :
                                                                :
MORGAN STANLEY, et al.,                                         :
                                                                :
                     Defendants.                                :
----------------------------------------------------------------x
```

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, in *Federal Housing Finance Agency v. Barclays Bank PLC* ("*Barclays*"), No. 11-cv-6190 (DLC), this Court issued an opinion and order dated November 19, 2012 dismissing claims brought by plaintiff Federal Housing Finance Agency ("Plaintiff") under the Virginia Securities Act ("VSA") as to certain defendants, and denying defendants' motion to dismiss in all other respects;

WHEREAS the Court held in *Barclays* that "parties, including depositors, who do not pass title to a plaintiff are not liable under Section 13.1-522(A)(ii) of the [VSA]," and, on this basis, dismissed the claims by FHFA under Section 13.1-522(A)(ii) of the VSA against depositor SABR;

WHEREAS, the Court in *Barclays* also dismissed the derivative control-person claims under Section 13.1-522(C) of the VSA against the individual defendants Michael Wade, John Carroll, and Paul Menefee, where such claims were based solely on allegations of these individual defendants' control over depositor SABR;

WHEREAS, the Court in *Barclays* otherwise upheld Plaintiff's claims under the VSA, including specifically Plaintiff's claims under the VSA against Barclays Capital, the defendant alleged to have passed title to Freddie Mac, and Plaintiff's claims under the VSA against Barclays Bank for its alleged control over Barclays Capital;

WHEREAS, Column 1 of the attached chart, incorporated herein by reference, identifies actions in which FHFA asserts claims under the VSA, including claims against depositor defendants under Section 13.1-522(A)(ii) and control person claims against individual defendants under Section 13.1-522(C);

WHEREAS, Column 2 of the attached chart identifies defendants in the above-captioned actions who are not alleged to have passed title of any of the RMBS certificates at issue to the Federal Home Loan Mortgage Corporation ("Freddie Mac"), and thus, in accordance with the Court's holding in *Barclays*, may not be held liable as primary violators under Section 13.1-522(A)(ii) of the VSA;

WHEREAS, Column 3 of the attached chart identifies defendants in the above-captioned actions whose control-person liability under Section 13.1-522(C) of the VSA is predicated solely upon their alleged control over a defendant who may not be held liable as a primary violator under Section 13.1-522(A)(ii) of the VSA;

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff's claims under Section 13.1-522(A)(ii) of the VSA are dismissed as to the defendants identified in Column 2 of the

attached chart and Plaintiff's derivative control-person claims under Section 13.1-522(C) of the VSA are dismissed as to the individual defendants identified in Column 3 of the attached chart.

Dated: January 8, 2013
    New York, New York

STIPULATED AND AGREED.

*So ordered.*

*[signature]*
*January 8, 2013*

/s/ Philippe Z. Selendy
Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorneys for Plaintiff Federal Housing Finance Agency in FHFA v. UBS Americas, Inc., FHFA v. JPMorgan Chase & Co., FHFA v. Deutsche Bank AG, FHFA v. Citigroup Inc., and FHFA v. Goldman, Sachs & Co.*

/s/ Adam Abensohn
Richard A. Schirtzer
(richardschirtzer@quinnemanuel.com)
Adam Abensohn
(adamabensohn@quinnemanuel.com)
QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorneys for Plaintiff Federal Housing Finance Agency in FHFA v. HSBC North America Holdings, Inc.
and FHFA v. Nomura Holding America, Inc.*

/s/ Kanchana Wangkeo Leung
Marc E. Kasowitz (mkasowitz@kasowitz.com)
Hector Torres (htorres@kasowitz.com)
Christopher P. Johnson
(cjohnson@kasowitz.com)
Michael Hanin (mhanin@kasowitz.com)
Kanchana Wangkeo Leung
(kleung@kasowitz.com)
KASOWITZ, BENSON, TORRES &
   FRIEDMAN LLP
1633 Broadway
New York, New York 10019

*Attorneys for Plaintiff Federal Housing Finance Agency in FHFA v. Ally Financial Inc., FHFA v. General Electric Company, FHFA v. Morgan Stanley, and FHFA v. SG Americas, Inc.*

/s/ Manisha M. Sheth
Manisha M. Sheth
(manishasheth@quinnemanuel.com)
QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorneys for Plaintiff Federal Housing Finance Agency in FHFA v. UBS Americas, Inc., FHFA v. JPMorgan Chase & Co., FHFA v. Barclays Bank PLC, FHFA v. Citigroup Inc., and FHFA v. Merrill Lynch & Co., Inc.*

/s/ Thomas C. Rice
Thomas C. Rice (trice@stblaw.com)
David J. Woll (dwoll@stblaw com)
Alan C. Turner (aturner@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954

*Attorneys for Defendants Deutsche Bank AG, Taunus Corporation, Deutsche Bank Securities Inc , DB Structured Products, Inc., Ace Securities Corp., and Mortgage IT Securities Corp.*

/s/ Jay B. Kasner
Jay B. Kasner (jay.kasner@skadden.com)
Scott Musoff (scott.musoff@skadden.com)
Robert A. Fumerton
(robert.fumerton@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

*Attorneys for Defendants UBS Americas Inc., UBS Real Estate Securities Inc., UBS Securities LLC, Mortgage Asset Securitization Transactions, Inc., David Martin, Per Dyrvik, Hugh Corcoran and Peter Slagowitz*

/s/ Mark S. Hanchet
Mark S. Hanchet(mhanchet@mayerbrown.com)
John M. Conlon (jconlon@mayerbrown.com)
Michael O. Ware (mware@mayerbrown.com)
MAYER BROWN LLP
1675 Broadway
New York, NY 10019

*Attorneys for Defendants HSBC North America Holdings Inc., HSBC USA Inc., HSBC Markets (USA) Inc., HSBC Bank USA, NA., HSI Asset Securitization Corporation, HSBC Securities (USA) Inc., Neal Leonard, Gerard Mattia, Todd White, and Jon Voigtman*

Brad S. Karp
Brad S. Karp (bkarp@paulweiss.com)
Susanna M. Buergel (sbuergel@paulweiss.com)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064

*Attorneys for Defendants Citigroup Inc., Citigroup Mortgage Loan Trust Inc., Citigroup Global Markets Realty Corp., Citigroup Global Markets Inc., Susan Mills, Randall Costa, Scott Freidenrich, Richard A. Isenberg, Mark I. Tsesarsky, Peter Patricola, Jeffrey Perlowitz and Evelyn Echevarria*

/s/ James P. Rouhandeh
James P. Rouhandeh
(rouhandeh@davispolk.com)
Brian S. Weinstein
(brian.weinstein@davispolk.com)
Daniel J. Schwartz
(daniel.schwartz@davispolk.com)
Nicholas N. George
(nicholas.george@davispolk.com)
Jane M. Morril
(jane.morril@davispolk.com)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017

*Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co. Incorporated (n/k/a Morgan Stanley & Co. LLC), Morgan Stanley Mortgage Capital Holdings LLC (successor-in-interest to Morgan Stanley Mortgage Capital Inc.), Morgan Stanley ABS Capital I Inc., Morgan Stanley Capital I Inc., Saxon Capital, Inc., Saxon Funding Management LLC, Saxon Asset Securities Company, Gail P. McDonnell, Howard Hubler, Craig S. Phillips, Alexander C. Frank, David R. Warren, John E. Westerfield, and Steven S. Stern*

/s/ Penny Shane
Penny Shane (shanep@sullcrom.com)
Sharon L. Nelles (nelless@sullcrom.com)
Jonathan M. Sedlak (sedlakj@sullcrom.com)
David A. Castleman
(castlemand@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Mortgage Acquisition Corporation, J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I, Bear Stearns & Co., Inc., EMC Mortgage LLC, Structured Asset Mortgage Investments II Inc., Bear Stearns Asset Backed Securities I LLC, WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, Long Beach Securities Corporation*

/s/ David Blatt
David Blatt (dblatt@wc.com)
John McNichols (jmcnichols@wc.com)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., Asset Backed Funding Corp., Banc of America Funding Corp., Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Mortgage Capital Inc., First Franklin Financial Corp., Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Government Securities, Inc., Merrill Lynch, and Pierce, Fenner & Smith Inc.*

/s/ Richard H. Klapper
Richard H. Klapper (klapperr@sullcrom.com)
Theodore Edelman (edelmant@sullcrom.com)
Michael T. Tomaino, Jr. (tomainom@sullcrom.com)
Tracy Richelle High (hight@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

*Attorneys for Defendants Goldman, Sachs & Co, GS Mortgage Securities Corp., Goldman Sachs Mortgage Company, The Goldman Sachs Group, Inc., Goldman Sachs Real Estate Funding Corp., Peter C. Aberg, Howard S. Altarescu, Robert J. Christie, Kevin Gasvoda, Michelle Gill, David J. Rosenblum, Jonathan S. Sobel, Daniel L. Sparks, and Mark Weiss*

/s/ Richard W. Clary
Richard W. Clary (rclary@cravath.com)
Michael Reynolds (mreynolds@cravath.com)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

*Attorneys for Defendants Credit Suisse Securities (USA) LLC, Credit Suisse Holdings (USA), Inc., Credit Suisse (USA), Inc., DLJ Mortgage Capital, Inc., Credit Suisse First Boston Mortgage Securities Corporation, Asset Backed Securities Corporation, Credit Suisse First Boston Mortgage Acceptance Corporation, Andrew A. Kimura, Jeffrey A. Altabef, Evelyn Echevarria, Michael A. Marriott, Zev Kindler, Thomas E. Siegler, Thomas Zingalli, Carlos Onis, Steven L. Kantor, Joseph M. Donovan, Juliana Johnson, and Greg Richter*

/s/ Pamela Rogers Chepiga
Pamela Rogers Chepiga (pamela.chepiga@allenovery.com)
Josephine A. Cheatham (allie.cheatham@allenovery.com)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020

*Attorneys for Samuel L. Molinaro, Jr.*

9


| | |
|---|---|
| /s/ Sandra Hauser<br>Sandra Hauser<br>SNR DENTON<br>1221 Avenue of the Americas<br>New York, New York 10020-1089<br>Telephone: (212) 768-6700<br>Facsimile: (212) 768-6800<br><br>*Attorney for Matthew Perkins* | /s/ Dani R. James<br>Dani R. James (djames@kramerlevin.com)<br>Jade A. Burns (jburns@kramerlevin.com)<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br><br>*Attorneys for Defendant Jeffrey L. Verschleiser* |
| /s/ Joel C. Haims<br>Joel C. Haims (jhaims@mofo.com)<br>LaShann M. DeArcy (ldearcy@mofo.com)<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br><br>*Attorneys for Tom Marano and Michael Nierenberg* | /s/ Richard A. Edlin<br>Richard A. Edlin (edlinr@gtlaw.com)<br>Ronald D. Lefton (leftonr@gtlaw.com)<br>Candace Camarata (camaratac@gtlaw.com)<br>GREENBERG TRAURIG, LLP<br>200 Park Avenue,<br>New York, NY 10166<br>Phone: 212-801-9200<br><br>*Attorneys for Defendant Jeffrey Mayer* |
| /s/ Theresa Trzaskoma<br>Theresa Trzaskoma<br>David Elbaum<br>Brune & Richard LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Tel: (212) 668-1900<br>Fax: (212) 668-0315<br>ttrzaskoma@bruneandrichard.com<br>delbaum@bruneandrichard.com<br><br>*Attorneys for Defendant Keith Johnson* | |

SO ORDERED this _____ day of _____, 2013.


_____
HON. DENISE COTE
United States District Judge
Southern District of New York

| Column 1<br>Action | Column 2<br>Alleged Primary Violator that Did Not Pass Title | Column 3<br>Alleged Control Person(s) of Entities in Column 2 |
|---|---|---|
| *FHFA v. UBS Americas Inc.*, 11-cv-5201 (DLC) | Mortgage Asset Securitization Transactions, Inc. | UBS Real Estate Securities Inc.; David Martin; Per Dyrvik; Hugh Corcoran; Peter Slagowitz |
| *FHFA v. JPMorgan Chase & Co.*, No. 11-cv-6188 (DLC) | J.P. Morgan Acceptance Corporation I; Structured Asset Mortgage Investments II Inc.; Bear Stearns Asset Backed Securities LLC; Washington Mutual Mortgage Securities Corporation; WaMu Asset Acceptance Corporation; Long Beach Securities Corporation | J.P. Morgan Acquisition Corporation; EMC Mortgage LLC; Washington Mutual Mortgage Securities Corporation; David M. Duzyk; Louis Schioppo, Jr.; Christine E. Cole; Edwin F. McMichael; William A. King; Brian Bernard; Matthew E. Perkins; Joseph T. Jurkowski, Jr.; Samuel L. Molinaro, Jr.; Thomas F. Marano; Kim Lutthans; Katherine Garniewski; Jeffrey Mayer; Jeffrey L. Verschleiser; Michael B. Nierenberg; Richard Careaga; David Beck; Diane Novak; Rolland Jurgens; Thomas G. Lehmann; Stephen Fortunato; Donald Wilhelm; Marc K. Malone; Michael L. Parker; David H. Zielke; Thomas W. Casey; John F. Robinson; Keith Johnson; Suzanne Krahling; Larry Breitbarth; Art Den Heyer; Stephen Lobo |
| *FHFA v. HSBC North America Holdings Inc.*, No. 11-cv-6189 (DLC) | HSI Asset Securitization Corporation | HSBC Bank USA, N.A.; Neal Leonard; Gerard Mattia; Todd White; Jon Voigtman |
| *FHFA v. Deutsche Bank AG*, No. 11-cv-6192 (DLC) | ACE Securities Corp.; MortgageIT Securities Corp.; DB Structured Products, Inc. | DB Structured Products, Inc.; Douglas K. Johnson; Evelyn Echevarria; Juliana C. Johnson |
| *FHFA v. Bank of America Corp.*, No. 11-cv-6195 (DLC) | Asset Backed Funding Corp.; Banc of America Funding Corp.; Banc of America Mortgage Securities, Inc. | Bank of America, National Association; George C. Carp; Robert Caruso; George E. Ellison; Adam D. Glassner; Daniel B. Goodwin; Juliana Johnson; Aashish Kamat; Michael J. Kula; James H. Luther; William L. Maxwell; Mark I. Ryan; Antoine Schetritt |
| *FHFA v. Citigroup Inc.*, No. 11-cv-6196 (DLC) | Citigroup Mortgage Loan Trust Inc. | Citigroup Global Markets Realty Corp.; Susan Mills; Randall Costa; Scott Freidenrich; Richard A. Isenberg; Mark I. Tsesarsky; Peter Patricola; Jeffrey Perlowitz; Evelyn Echevarria |
| *FHFA v. Goldman, Sachs & Co.*, No. 11-cv-6198 (DLC) | GS Mortgage Securities Corp. | Goldman Sachs Mortgage Company; |

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| Action | Alleged Primary Violator that Did Not Pass Title | Alleged Control Person(s) of Entities in Column 2 |
| | | Goldman Sachs Real Estate Funding Corp.; Peter C. Aberg; Howard S. Altarescu; Robert J. Christie; Kevin Gasvoda; Michelle Gill; David J. Rosenblum; Jonathan S. Sobel; Daniel L. Sparks; Mark Weiss |
| *FHFA v. Credit Suisse Holdings (USA), Inc.*, No. 11-cv-6200 (DLC) | Credit Suisse First Boston Mortgage Securities Corp.; Asset Backed Securities Corp.; Credit Suisse First Boston Mortgage Acceptance Corp. | DLJ Mortgage Capital, Inc.; Andrew A. Kimura; Jeffrey A. Altabef; Evelyn Echevarria; Michael A. Marriott; Zev Kindler; Thomas E. Siegler; Thomas Zingalli; Carlos Onis; Steven L. Kantor; Joseph M. Donovan; Juliana Johnson; Greg Richter |
| *FHFA v. Merrill Lynch & Co., Inc.*, No. 11-cv-6202 (DLC) | Merrill Lynch Mortgage Investors, Inc. | First Franklin Financial Corp.; Merrill Lynch Mortgage Capital Inc.; Merrill Lynch Mortgage Lending, Inc.; Matthew Whalen; Brian T. Sullivan; Michal M. McGovern; Donald J. Puglisi; Paul Park; Donald C. Han |
| *FHFA v. Morgan Stanley*, No. 11-cv-6739 (DLC) | Morgan Stanley ABS Capital I Inc.; Morgan Stanley Capital I Inc.; Saxon Asset Securities Company | Morgan Stanley Mortgage Capital Holdings LLC; Saxon Capital, Inc.; Saxon Funding Management LLC; Gail P. McDonnell; Howard Hubler; David R. Warren; Steven S. Stern |