# Exhibit 1

Case 1:11-cv-07010-DLC   Document 379-1   Filed 02/05/13   Page 1 of 3

# TRANCHE 2:  Merrill Lynch



# TRANCHE 2: Merrill Lynch (cont'd)

