# Exhibit 2

| Securitization | No. of Loan Files Identified | No. of Loan Files Over 100 Pages | No. of Loan Files Outstanding | Third Parties | Status of Third-Party Subpoenas |
|---|---|---|---|---|---|
| ARSI 2005-W4 | 61 | 61 | 39 | Argent<br><br>American Home Mortgage (servicer)<br>Ameriquest (servicer) | Argent: produced in UBS, recently made a production to BOA that FHFA has not yet received.<br><br>American Home Mortgage: 3 of 5 productions specific to Merrill Lynch, 3 of 50 including Homeward Residential.<br>Ameriquest: no productions. |
| ARSI 2006-M1 | 0 | 0 | 100 | Argent<br>AMC<br><br>American Home Mortgage (servicer)<br>Ameriquest (servicer)<br>Homeward Residential (servicer) | Argent: produced in UBS, recently made a production to BOA that FHFA has not yet received.<br>AMC: need to determine if Ameriquest's production to BOA included AMC loan files.<br>American Home Mortgage: 3 of 5 productions specific to Merrill Lynch.<br>Ameriquest: no productions.<br>Homeward Residential: 0 of 45 productions specific to Merrill Lynch. |
| CBASS 2006-CB8 | 6 | 0 | 94 | Accredited<br>Aegis<br>Ameriquest<br>First Consolidated Mortgage<br>Gateway Funding Diversified Mortgage Services<br>Mortgage Solutions Management<br>New Century<br>OwnIT<br>Quick Loan Funding<br>ResMae<br>Union Street<br>Wilmington Finance Inc.<br>WMC Mortgage<br><br>Ocwen (servicer) | Accredited: production forthcoming.<br>Aegis: produced around 1/14, possibly not yet processed.<br>Ameriquest: produced to BOA.<br>First Consolidated: could not subpoena.<br>Gateway Funding: production forthcoming.<br>Mortgage Solutions: unresponsive.<br>New Century: produced in other cases, production may be forthcoming.<br>OwnIT: service by FHFA unsuccessful.<br>Quick Loan Funding: service by FHFA unsuccessful.<br>ResMae: partially produced, many loans missing.<br>Union Street: not subpoenaed by FHFA, subpoenaed by BOA.<br>Wilmington: partially produced.<br>WMC: produced on 1/25, not yet processed.<br><br>Ocwen: 0 of 3 productions specific to Merrill Lynch. |
| FFMER 2007-1 | 100 | 100 | 0 | N/A | N/A |
| FFMER 2007-2 | 100 | 100 | 0 | N/A | N/A |
| FFMER 2007-3 | 100 | 100 | 0 | N/A | N/A |
| FFMER 2007-4 | 100 | 100 | 0 | N/A | N/A |
| FFMER 2007-5 | 100 | 100 | 0 | N/A | N/A |
| FFMER 2007-H1 | 100 | 100 | 0 | N/A | N/A |
| FFML 2005-FF12 | 100 | 100 | 0 | N/A | N/A |
| FFML 2006-FF18 | 100 | 100 | 0 | N/A | N/A |
| FFML 2007-FF1 | 100 | 100 | 0 | N/A | N/A |
| FFML 2007-FF2 | 80 | 80 | 20 | First Franklin<br><br>Bank of America (servicer) | First Franklin: party production received, some loans missing, counsel assured remainder will be produced by 2/8.<br><br>Bank of America: 0 of 5 productions specific to Merrill Lynch. |
| FMIC 2006-3 | 0 | 0 | 100 | Cannot determine (possibly Fieldstone)<br><br>JPMorgan Chase (servicer)<br>Litton (servicer)<br>Ocwen (servicer) | Fieldstone: no records.<br><br>JPMorgan Chase: 0 of 64 productions specific to Merrill Lynch.<br>Litton: no productions.<br>Ocwen: 0 of 3 productions specific to Merrill Lynch. |
| INDX 2005-AR33 | 0 | 0 | 100 | IndyMac (OneWest)<br><br>IndyMac (servicer)<br>OneWest (servicer) | IndyMac: FDIC appointed receiver. Parties working with OneWest.<br><br>IndyMac: no productions.<br>OneWest: 0 of 1 productions specific to Merrill Lynch. |
| INDX 2006-AR5 | 0 | 0 | 100 | IndyMac (OneWest)<br><br>IndyMac (servicer)<br>OneWest (servicer) | IndyMac: FDIC appointed receiver. Parties working with OneWest.<br><br>IndyMac: no productions.<br>OneWest: 0 of 1 productions specific to Merrill Lynch. |
| INDX 2006-AR7 | 1 | 0 | 99 | IndyMac (OneWest)<br><br>IndyMac (servicer)<br>OneWest (servicer) | IndyMac: FDIC appointed receiver. Parties working with OneWest.<br><br>IndyMac: no productions.<br>OneWest: 0 of 1 productions specific to Merrill Lynch. |
| INDX 2007-FLX4 | 0 | 0 | 100 | IndyMac (OneWest)<br><br>IndyMac (servicer)<br>OneWest (servicer) | IndyMac: FDIC appointed receiver. Parties working with OneWest.<br><br>IndyMac: no productions.<br>OneWest: 0 of 1 productions specific to Merrill Lynch. |
| INDX 2007-FLX5 | 0 | 0 | 100 | IndyMac (OneWest)<br><br>IndyMac (servicer)<br>OneWest (servicer) | IndyMac: FDIC appointed receiver. Parties working with OneWest.<br><br>IndyMac: no productions.<br>OneWest: 0 of 1 productions specific to Merrill Lynch. |

| Deal | Col2 | Col3 | Col4 | Originator/Servicer | Status |
|---|---|---|---|---|---|
| INDX 2007-FLX6 | 0 | 0 | 100 | IndyMac (OneWest)<br>IndyMac (servicer)<br>OneWest (servicer) | IndyMac: FDIC appointed receiver. Parties working with OneWest.<br>IndyMac: no productions.<br>OneWest: 0 of 1 productions specific to Merrill Lynch. |
| MANA 2007-A1 | 0 | 0 | 100 | American Home Mortgage<br>Ameriquest<br>FNBA<br>Greenpoint<br>OwnIT<br>Quicken<br>SBMC<br><br>Bank of America (servicer)<br>Central Mortgage (servicer)<br>Citi (servicer)<br>Countrywide (servicer)<br>Greenpoint (servicer)<br>PHH (servicer)<br>Wells Fargo (servicer)<br>Wilshire (servicer) | American Home Mortgage: partially produced, more may be forthcoming.<br>Ameriquest: produced to BOA.<br>FNBA: FDIC was appointed receiver.<br>Greenpoint: produced, possibly not processed.<br>OwnIT: service by FHFA unsuccessful.<br>Quicken: production in process.<br>SBMC: not subpoenaed by FHFA, subpoenaed by BOA.<br><br>Bank of America: 0 of 5 productions specific to Merrill Lynch.<br>Central Mortgage: no productions.<br>Citi: 0 of 8 productions specific to Merrill Lynch.<br>Countrywide: no productions.<br>Greenpoint: 0 of 1 productions specific to Merrill Lynch.<br>PHH: 0 of 3 productions specific to Merrill Lynch.<br>Wells Fargo: 0 of 1 productions specific to Merrill Lynch.<br>Wilshire: not yet served. |
| MANA 2007-A2 | 73 | 39 | 127 | American Home Mortgage<br>Everbank<br>FNBA<br>GMAC<br>Greenpoint<br>Opteum<br>OwnIT<br>Silver State<br><br>Bank of America (servicer)<br>Central Mortgage (servicer)<br>Citi (servicer)<br>Countrywide (servicer)<br>GMAC (servicer)<br>Greenpoint (servicer)<br>National City (servicer)<br>PHH (servicer)<br>PNC Bank (servicer)<br>Residential Funding (servicer)<br>Wells Fargo (servicer)<br>Wilshire (servicer) | American Home Mortgage: partially produced, more may be forthcoming, requires new subpoena for supplemental loans.<br>Everbank: produced, requires new subpoena for supplemental loans.<br>FNBA: FDIC was appointed receiver.<br>GMAC: ResCap bankruptcy.<br>Greenpoint: produced, possibly not processed.<br>Opteum: unresponsive.<br>OwnIT: service by FHFA unsuccessful.<br>Silver State: service by FHFA unsuccessful.<br><br>Bank of America: 0 of 5 productions specific to Merrill Lynch.<br>Central Mortgage: no productions.<br>Citi: 0 of 8 productions specific to Merrill Lynch.<br>Countrywide: no productions.<br>GMAC: issued and then withdrawn.<br>Greenpoint: 0 of 1 productions specific to Merrill Lynch.<br>National City: 12 of 15 productions specific to Merrill Lynch.<br>PHH: 0 of 3 productions specific to Merrill Lynch.<br>PNC Bank: 30 of 143 productions specific to Merrill Lynch.<br>Residential Funding: not yet served.<br>Wells Fargo: 0 of 1 productions specific to Merrill Lynch.<br>Wilshire: not yet served. |
| MANA 2007-A3 | 29 | 29 | 71 | Ameriquest<br>FNBA<br>Greenpoint<br>HMS<br>MLN<br>Pinnacle<br><br>Bank of America (servicer)<br>Citi (servicer)<br>Countrywide (servicer)<br>GMAC (servicer)<br>Greenpoint (servicer)<br>PHH (servicer)<br>Wells Fargo (servicer)<br>Wilshire (servicer) | Ameriquest: produced to BOA.<br>FNBA: FDIC was appointed receiver.<br>Greenpoint: produced, possibly not processed.<br>HMS: service by FHFA unsuccessful.<br>MLN: could not subpoena.<br>Pinnacle: service by FHFA unsuccessful.<br><br>Bank of America: 0 of 5 productions specific to Merrill Lynch.<br>Citi: 0 of 8 productions specific to Merrill Lynch.<br>Countrywide: no productions.<br>GMAC: issued and then withdrawn.<br>Greenpoint: 0 of 1 productions specific to Merrill Lynch.<br>PHH: 0 of 3 productions specific to Merrill Lynch.<br>Wells Fargo: 0 of 1 productions specific to Merrill Lynch.<br>Wilshire: not yet served. |
| MLMI 2005-A8 | 0 | 0 | 100 | Ameriquest<br>Greenpoint<br><br>Bank of America (servicer)<br>Countrywide (servicer)<br>Greenpoint (servicer)<br>PHH (servicer) | Ameriquest: produced to BOA.<br>Greenpoint: produced, possibly not processed.<br><br>Bank of America: 0 of 5 productions specific to Merrill Lynch.<br>Countrywide: no productions.<br>Greenpoint: 0 of 1 productions specific to Merrill Lynch.<br>PHH: 0 of 3 productions specific to Merrill Lynch. |
| MLMI 2005-AR1 | 52 | 22 | 48 | Argent<br><br>Bank of America (servicer)<br>Wilshire (servicer) | Argent: produced in UBS, recently made a production to BOA that FHFA has not yet received.<br><br>Bank of America: 0 of 5 productions specific to Merrill Lynch.<br>Wilshire: not yet served. |

| Deal | Col2 | Col3 | Col4 | Originator/Servicer | Status |
|---|---|---|---|---|---|
| MLMI 2005-HE2 | 72 | 56 | 28 | Acoustic<br>Comunity<br>First Franklin<br>Fremont<br>LDCC<br>Lime Financial<br><br>Bank of America (servicer)<br>Wilshire (servicer) | Acoustic:  unresponsive.<br>Comunity:  partially produced, some loans missing.<br>First Franklin:  party production received, some loans missing, counsel assured remainder will be produced by 2/8.<br>Fremont:  produced, being processed.<br>Lenders Direct:  unresponsive.<br>Lime Financial:  produced some documents, unable to locate 4 loans.<br><br>Bank of America:  0 of 5 productions specific to Merrill Lynch.<br>Wilshire:  not yet served. |
| MLMI 2005-HE3 | 56 | 25 | 44 | Ameriquest<br>Option One<br><br>Bank of America (servicer)<br>Wilshire (servicer) | Ameriquest:  produced to BOA.<br>Option One:  production pending confirmation that FHFA will pay costs.<br><br>Bank of America:  0 of 5 productions specific to Merrill Lynch.<br>Wilshire:  not yet served. |
| MLMI 2006-A3 | 99 | 99 | 1 | Countrywide (BOA)<br><br>Bank of America (servicer)<br>Countrywide (servicer)<br>National City (servicer)<br>PNC Bank (servicer)<br>Wells Fargo (servicer) | Countrywide:  partially produced, 1 loan missing.<br><br>Bank of America:  0 of 5 productions specific to Merrill Lynch.<br>Countrywide:  no productions.<br>National City:  12 of 15 productions specific to Merrill Lynch.<br>PNC Bank:  30 of 143 productions specific to Merrill Lynch.<br>Wells Fargo:  0 of 1 productions specific to Merrill Lynch. |
| MLMI 2006-AF2 | 0 | 0 | 100 | American Home Mortgage<br>American Mortgage Express<br>Ameriquest<br>Comunity<br>E-Loan<br>Fidelity & Trust<br>First Financial<br>Market Street<br>MortgageIT<br>Netbank<br>NYMC<br>Quicken<br>Secured Bankers<br>Silver State<br>Weichert<br><br>ABN AMRO Mortgage Group (servicer)<br>Citi (servicer)<br>PHH (servicer)<br>Wells Fargo (servicer) | American Home Mortgage:  partially produced, more may be forthcoming.<br>American Mortgage Express:  did not subpoena.<br>Ameriquest:  produced to BOA.<br>Comunity:  partially produced, some loans missing.<br>E-Loan:  produced to BOA and Goldman.<br>Fidelity & Trust:  produced, possibly not processed.<br>First Financial:  not subpoenaed by FHFA, Credit Suisse subpoenaed First Financial Equities but not this securitization.<br>Market Street:  Netbank:  in bankruptcy, unresponsive.<br>MortgageIT:  partially produced, more may be forthcoming if loans can be identified.<br>Netbank:  in bankruptcy, unresponsive.<br>NYMC:  not subpoenaed by FHFA, BOA subpoenaed Hypotheca as successor to New York Mortgage Company.<br>Quicken:  production in process.<br>Secured Bankers:  could not subpoena.<br>Silver State:  service by FHFA unsuccessful.<br>Weichert: Mortgage Access Corp:  partially produced, 1 loan may be forthcoming if it can be identified.<br><br>ABN AMRO Mortgage Group:  not yet served.<br>Citi:  0 of 8 productions specific to Merrill Lynch.<br>PHH:  0 of 3 productions specific to Merrill Lynch.<br>Wells Fargo:  0 of 1 productions specific to Merrill Lynch. |
| MLMI 2006-AHL1 | 85 | 51 | 15 | Accredited Home Lenders<br><br>Wilshire (servicer) | Accredited:  production forthcoming.<br><br>Wilshire:  not yet served. |
| MLMI 2006-AR1 | 12 | 12 | 88 | Argent<br><br>Bank of America (servicer)<br>Wilshire (servicer) | Argent:  produced in UBS, recently made a production to BOA that FHFA has not yet received.<br><br>Bank of America:  0 of 5 productions specific to Merrill Lynch.<br>Wilshire:  not yet served. |
| MLMI 2006-FF1 | 78 | 63 | 22 | First Franklin<br><br>Bank of America (servicer) | First Franklin:  party production received, some loans missing, counsel assured remainder will be produced by 2/8.<br><br>Bank of America:  0 of 5 productions specific to Merrill Lynch. |
| MLMI 2006-FM1 | 71 | 45 | 29 | Fremont<br><br>Bank of America (servicer)<br>Wilshire (servicer) | Fremont:  produced, being processed.<br><br>Bank of America:  0 of 5 productions specific to Merrill Lynch.<br>Wilshire:  not yet served. |
| MLMI 2006-HE1 | 70 | 53 | 30 | Acoustic<br>Bayrock<br>First Horizon<br>First Street<br>NovaStar<br><br>Bank of America (servicer)<br>Wilshire (servicer) | Acoustic:  unresponsive.<br>Bayrock:  not subpoenaed by FHFA, Goldman subpoenaed Bayrock but not this securitization.<br>First Horizon:  partially produced, parties still reviewing production.<br>First Street:  not subpoenaed by FHFA, BOA and Deutsche subpoenaed First Street Financial but not this securitization.<br>NovaStar:  seeking loan files from Ocwen.<br><br>Bank of America:  0 of 5 productions specific to Merrill Lynch.<br>Wilshire:  not yet served. |
| MLMI 2006-HE4 | 53 | 37 | 47 | First NLC<br>NovaStar<br><br>Bank of America (servicer)<br>Wilshire (servicer) | First NLC:  in bankruptcy and unresponsive, issuing new subpoena to trustee by 2/8, requesting production by 2/22.<br>NovaStar:  seeking loan files from Ocwen.<br><br>Bank of America:  0 of 5 productions specific to Merrill Lynch.<br>Wilshire:  not yet served. |

| Deal | Col2 | Col3 | Col4 | Originators/Servicers | Status |
|---|---|---|---|---|---|
| MLMI 2006-HE5 | 90 | 49 | 10 | Aegis<br>Alliance<br>Indy Mac (OneWest)<br>Meritage<br>Millennium<br><br>IndyMac (servicer)<br>OneWest (servicer) | Aegis: produced around 1/24, possibly not yet processed.<br>Alliance: FHFA is waiting on information on un-inventoried boxes of records in Hawaii.<br>IndyMac: FDIC appointed receiver. Parties working with OneWest.<br>Meritage: unresponsive.<br>Millennium: partially produced, 1 more may be forthcoming.<br><br>IndyMac: no productions.<br>OneWest: 0 of 1 productions specific to Merrill Lynch. |
| MLMI 2006-HE6 | 79 | 50 | 21 | Accredited<br>Fieldstone<br>Meritage<br>NovaStar<br><br>Bank of America (servicer)<br>Wilshire (servicer) | Accredited: production forthcoming.<br>Fieldstone: no records.<br>Meritage: unresponsive.<br>NovaStar: seeking loan files from Ocwen.<br><br>Bank of America: 0 of 5 productions specific to Merrill Lynch.<br>Wilshire: not yet served. |
| MLMI 2006-MLN1 | 11 | 11 | 89 | Mortgage Lenders Network<br><br>Bank of America (servicer)<br>Wilshire (servicer) | Mortgage Lenders Network: no records.<br><br>Bank of America: 0 of 5 productions specific to Merrill Lynch.<br>Wilshire: not yet served. |
| MLMI 2006-OPT1 | 74 | 74 | 26 | Option One<br><br>American Home Mortgage (servicer)<br>Homeward Residential (servicer)<br>Option One (servicer) | Option One: production pending confirmation that FHFA will pay costs.<br><br>American Home Mortgage: 3 of 5 productions specific to Merrill Lynch.<br>Homeward Residential: 0 of 45 productions specific to Merrill Lynch.<br>Option One: 0 of 2 productions specific to Merrill Lynch. |
| MLMI 2006-RM1 | 73 | 44 | 27 | ResMae<br><br>Bank of America (servicer)<br>Wilshire (servicer) | ResMae: partially produced, many loans missing.<br><br>Bank of America: 0 of 5 productions specific to Merrill Lynch.<br>Wilshire: not yet served. |
| MLMI 2006-RM2 | 75 | 43 | 25 | ResMae<br><br>Bank of America (servicer)<br>Wilshire (servicer) | ResMae: partially produced, many loans missing.<br><br>Bank of America: 0 of 5 productions specific to Merrill Lynch.<br>Wilshire: not yet served. |
| MLMI 2006-RM3 | 1 | 1 | 99 | ResMae<br><br>Ocwen (servicer)<br>Saxon (servicer) | ResMae: partially produced, many loans missing.<br><br>Ocwen: 0 of 3 productions specific to Merrill Lynch.<br>Saxon: 0 of 26 productions specific to Merrill Lynch. |
| MLMI 2006-RM4 | 42 | 41 | 58 | ResMae<br><br>Bank of America (servicer)<br>Wilshire (servicer) | ResMae: partially produced, many loans missing.<br><br>Bank of America: 0 of 5 productions specific to Merrill Lynch.<br>Wilshire: not yet served. |
| MLMI 2006-RM5 | 92 | 84 | 8 | ResMae<br><br>Bank of America (servicer)<br>Wilshire (servicer) | ResMae: partially produced, many loans missing.<br><br>Bank of America: 0 of 5 productions specific to Merrill Lynch.<br>Wilshire: not yet served. |
| MLMI 2006-WMC1 | 0 | 0 | 100 | WMC<br><br>Bank of America (servicer)<br>Wilshire (servicer) | WMC: produced on 1/25, not yet processed.<br><br>Bank of America: 0 of 5 productions specific to Merrill Lynch.<br>Wilshire: not yet served. |
| MLMI 2006-WMC2 | 9 | 9 | 91 | WMC<br><br>Bank of America (servicer)<br>Wilshire (servicer) | WMC: produced on 1/25, not yet processed.<br><br>Bank of America: 0 of 5 productions specific to Merrill Lynch.<br>Wilshire: not yet served. |
| MLMI 2007-HE1 | 93 | 80 | 7 | Aegis<br>First NLC<br>Meritage<br>NovaStar<br>People's Choice<br><br>Bank of America (servicer)<br>Wilshire (servicer) | Aegis: produced around 1/14, possibly not yet processed.<br>First NLC: in bankruptcy and unresponsive, issuing new subpoena to trustee by 2/8, requesting production by 2/22.<br>Meritage: unresponsive.<br>NovaStar: seeking loan files from Ocwen.<br>People's Choice: partially produced, some loans missing.<br><br>Bank of America: 0 of 5 productions specific to Merrill Lynch.<br>Wilshire: not yet served. |
| MLMI 2007-HE2 | 0 | 0 | 100 | Oakmont<br>Option One<br><br>American Home Mortgage (servicer)<br>Bank of America (servicer)<br>Homeward Residential (servicer)<br>Litton (servicer)<br>Ocwen (servicer)<br>Option One (servicer)<br>Wilshire (servicer) | Oakmont: OwnIT: service by FHFA unsuccessful.<br>Option One: production pending confirmation that FHFA will pay costs.<br><br>American Home Mortgage: 3 of 5 productions specific to Merrill Lynch.<br>Bank of America: 0 of 5 productions specific to Merrill Lynch.<br>Homeward Residential: 0 of 45 productions specific to Merrill Lynch.<br>Litton: no productions.<br>Ocwen: 0 of 3 productions specific to Merrill Lynch.<br>Option One: 0 of 2 productions specific to Merrill Lynch.<br>Wilshire: not yet served. |
| MLMI 2007-MLN1 | 91 | 78 | 9 | Mortgage Lenders Network | Mortgage Lenders Network: no records. |

| | | | | Entity | Option One production depending on confirmation that FHFA will pay costs. |
|---|---|---|---|---|---|
| OOMLT 2007-1 | 66 | 66 | 34 | American Home Mortgage (servicer)<br>Homeward Residential (servicer)<br>Option One (servicer) | American Home Mortgage: 3 of 5 productions specific to Merrill Lynch.<br>Homeward Residential: 0 of 45 productions specific to Merrill Lynch.<br>Option One: 0 of 2 productions specific to Merrill Lynch. |
| OWNIT 2005-4 | 4 | 0 | 96 | OwnIT<br><br>Litton (servicer)<br>Ocwen (servicer) | OwnIT: service by FHFA unsuccessful.<br><br>Litton: no productions.<br>Ocwen: 0 of 3 productions specific to Merrill Lynch. |
| OWNIT 2005-5 | 4 | 2 | 96 | OwnIT<br><br>Litton (servicer)<br>Ocwen (servicer) | OwnIT: service by FHFA unsuccessful.<br><br>Litton: no productions.<br>Ocwen: 0 of 3 productions specific to Merrill Lynch. |
| OWNIT 2006-1 | 0 | 0 | 100 | Oakmont Mortgage<br><br>Litton (servicer)<br>Ocwen (servicer) | Oakmont: OwnIT: service by FHFA unsuccessful.<br><br>Litton: no productions.<br>Ocwen: 0 of 3 productions specific to Merrill Lynch. |
| OWNIT 2006-2 | 15 | 13 | 85 | OwnIT<br><br>Litton (servicer)<br>Ocwen (servicer) | OwnIT: service by FHFA unsuccessful.<br><br>Litton: no productions.<br>Ocwen: 0 of 3 productions specific to Merrill Lynch. |
| OWNIT 2006-3 | 12 | 11 | 88 | OwnIT<br><br>Litton (servicer)<br>Ocwen (servicer) | OwnIT: service by FHFA unsuccessful.<br><br>Litton: no productions.<br>Ocwen: 0 of 3 productions specific to Merrill Lynch. |
| OWNIT 2006-4 | 70 | 70 | 30 | OwnIT<br><br>Litton (servicer)<br>Ocwen (servicer) | OwnIT: service by FHFA unsuccessful.<br><br>Litton: no productions.<br>Ocwen: 0 of 3 productions specific to Merrill Lynch. |
| OWNIT 2006-5 | 76 | 74 | 24 | OwnIT<br><br>Litton (servicer)<br>Ocwen (servicer) | OwnIT: service by FHFA unsuccessful.<br><br>Litton: no productions.<br>Ocwen: 0 of 3 productions specific to Merrill Lynch. |
| OWNIT 2006-6 | 85 | 85 | 15 | Oakmont<br><br>Litton (servicer)<br>Ocwen (servicer) | Oakmont: OwnIT: service by FHFA unsuccessful.<br><br>Litton: no productions.<br>Ocwen: 0 of 3 productions specific to Merrill Lynch. |
| OWNIT 2006-7 | 83 | 82 | 17 | OwnIT<br><br>Litton (servicer)<br>Ocwen (servicer) | OwnIT: service by FHFA unsuccessful.<br><br>Litton: no productions.<br>Ocwen: 0 of 3 productions specific to Merrill Lynch. |
| SURF 2005-AB3 | 77 | 52 | 23 | Choice Capital<br>First Bank Mortgage<br>Home Loan Corporation<br>MILA, Inc.<br>MortgageIT, Inc.<br>South Star Funding, LLC<br>United Pacific Mortgage<br>U.S. Bank, N.A.<br>Wilmington Finance, Inc.<br><br>Bank of America (servicer)<br>Wilshire (servicer) | Choice Capital: could not subpoena.<br>First Banc: not subpoenaed by FHFA, subpoenaed by Morgan Stanley but not for this securitization.<br>Home Loan Corp: unresponsive.<br>MILA: no records.<br>Mortgage IT: partially produced, more may be forthcoming if loans can be identified.<br>Southstar: service by FHFA unsuccessful.<br>United Pacific Mortgage: service by FHFA unsuccessful.<br>U.S. Bank: FHFA did not subpoena, UBS subpoenaed but not this securitization.<br>Wilmington: partially produced.<br><br>Bank of America: 0 of 5 productions specific to Merrill Lynch.<br>Wilshire: not yet served. |
| SURF 2005-BC3 | 84 | 66 | 16 | 1st Alliance Banc<br>Accredited Home<br>Commonwealth United<br>National City (PNC)<br>Sherwood Mortgage<br>U.S. Bank<br>United Pacific<br>Wilmington Finance<br><br>Bank of America (servicer)<br>Wilshire (servicer) | 1st Alliance Banc: could not be identified.<br>Accredited: production forthcoming.<br>Commonwealth United: could not subpoena.<br>National City: Partially produced, more may be forthcoming if loans can be identified.<br>Sherwood: could not subpoena.<br>U.S. Bank: FHFA did not subpoena, UBS subpoenaed but not this securitization.<br>United Pacific Mortgage: service by FHFA unsuccessful.<br>Wilmington: partially produced.<br><br>Bank of America: 0 of 5 productions specific to Merrill Lynch.<br>Wilshire: not yet served. |
| SURF 2005-BC4 | 83 | 61 | 17 | Home Loan Corporation<br>MILA, Inc.<br>Wilmington Finance, Inc.<br><br>Bank of America (servicer)<br>Wilshire (servicer) | Home Loan Corp: unresponsive.<br>MILA: no records.<br>Wilmington: partially produced.<br><br>Bank of America: 0 of 5 productions specific to Merrill Lynch.<br>Wilshire: not yet served. |
| SURF 2006-AB2 | 91 | 51 | 9 | FMF Capital, LLC<br>MILA, Inc.<br>MortgageIT, Inc.<br>Wilmington Finance, Inc.<br><br>Bank of America (servicer) | FMF Capital: unresponsive.<br>MILA: no records.<br>Mortgage IT: partially produced, more may be forthcoming if loans can be identified.<br>Wilmington: partially produced.<br><br>Bank of America: 0 of 5 productions specific to Merrill Lynch. |

| Deal | Col2 | Col3 | Col4 | Originators | Status |
|---|---|---|---|---|---|
| SURF 2006-AB3 | 93 | 73 | 7 | First Horizon Home Loan Corp.<br>FMF Capital, LLC<br>MLSG, Inc.<br>National City Mortgage Co. (PNC)<br>Right-Away Mortgage<br>Wilmington Finance, Inc.<br><br>Bank of America (servicer) | First Horizon: partially produced, parties still reviewing production.<br>FMF Capital: unresponsive.<br>MLSG: could not subpoena.<br>National City: Partially produced, more may be forthcoming if loans can be identified.<br>Right-Away Mortgage: could not subpoena.<br>Wilmington: partially produced.<br><br>Bank of America: 0 of 5 productions specific to Merrill Lynch. |
| SURF 2006-BC1 | 90 | 70 | 10 | Flexpoint Funding<br>MILA, Inc.<br>MLSG, Inc.<br>National City Mortgage Co. (PNC)<br>Wilmington Finance, Inc.<br><br>Bank of America (servicer) | Flexpoint Funding: did not subpoena.<br>MILA: no records.<br>MLSG: could not subpoena.<br>National City: Partially produced, more may be forthcoming if loans can be identified.<br>Wilmington: partially produced.<br><br>Bank of America: 0 of 5 productions specific to Merrill Lynch. |
| SURF 2006-BC2 | 78 | 75 | 22 | FMF Capital, LLC<br>Home Loan Corporation<br>MILA, Inc.<br>MLSG, Inc.<br>MortgageIT, Inc.<br>National City Mortgage Co. (PNC)<br>Wilmington Finance, Inc.<br><br>Bank of America (servicer) | FMF Capital: unresponsive.<br>Home Loan Corp: unresponsive.<br>MILA: no records.<br>MLSG: could not subpoena.<br>Mortgage IT: partially produced, more may be forthcoming if loans can be identified.<br>National City: Partially produced, more may be forthcoming if loans can be identified.<br>Wilmington: partially produced.<br><br>Bank of America: 0 of 5 productions specific to Merrill Lynch. |
| SURF 2006-BC3 | 95 | 61 | 5 | FMF Capital, LLC<br>Wilmington Finance, Inc.<br><br>Bank of America (servicer) | FMF Capital: unresponsive.<br>Wilmington: partially produced.<br><br>Bank of America: 0 of 5 productions specific to Merrill Lynch. |
| SURF 2006-BC4 | 92 | 83 | 8 | FMF Capital, LLC<br>Home Loan Corporation<br>National City Mortgage Co. (PNC)<br>Wilmington Finance, Inc.<br><br>Bank of America (servicer) | FMF Capital: unresponsive.<br>Home Loan Corp: unresponsive.<br>National City: Partially produced, more may be forthcoming if loans can be identified.<br>Wilmington: partially produced.<br><br>Bank of America: 0 of 5 productions specific to Merrill Lynch. |
| SURF 2006-BC5 | 95 | 67 | 5 | National City Mortgage Co. (PNC)<br>Wilmington Finance, Inc.<br><br>Bank of America (servicer) | National City: Partially produced, more may be forthcoming if loans can be identified.<br>Wilmington: partially produced.<br><br>Bank of America: 0 of 5 productions specific to Merrill Lynch. |
| SURF 2007-AB1 | 94 | 72 | 6 | First Greensboro Home Equity, Inc.<br>Mandalay Mortgage LLC<br>National City Mortgage Co. (PNC)<br>Wilmington Finance, Inc.<br><br>Bank of America (servicer) | First Greensboro: could not subpoena.<br>Mandalay: service by FHFA unsuccessful.<br>National City: Partially produced, more may be forthcoming if loans can be identified.<br>Wilmington: partially produced.<br><br>Bank of America: 0 of 5 productions specific to Merrill Lynch. |
| SURF 2007-BC1 | 97 | 88 | 3 | FMF Capital, LLC<br>National City Mortgage Co. (PNC)<br>Opteum Financial Services, LLC<br><br>Bank of America (servicer) | FMF Capital: unresponsive.<br>National City: Partially produced, more may be forthcoming if loans can be identified.<br>Opteum: unresponsive.<br><br>Bank of America: 0 of 5 productions specific to Merrill Lynch. |
| SURF 2007-BC2 | 98 | 75 | 2 | Wilmington Finance, Inc.<br><br>Bank of America (servicer) | Wilmington: partially produced.<br><br>Bank of America: 0 of 5 productions specific to Merrill Lynch. |