```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    11 Civ. 5201 (DLC)
                                        :    11 Civ. 6188 (DLC)
FEDERAL HOUSING FINANCE AGENCY,         :    11 Civ. 6189 (DLC)
                                        :    11 Civ. 6190 (DLC)
                    Plaintiff,          :    11 Civ. 6192 (DLC)
                                        :    11 Civ. 6193 (DLC)
          -v-                           :    11 Civ. 6195 (DLC)
                                        :    11 Civ. 6196 (DLC)
                                        :    11 Civ. 6198 (DLC)
UBS AMERICAS INC., et al.,              :    11 Civ. 6200 (DLC)
                    Defendants;         :    11 Civ. 6201 (DLC)
                                        :    11 Civ. 6202 (DLC)
                                        :    11 Civ. 6203 (DLC)
And other FHFA cases.                   :    11 Civ. 6739 (DLC)
                                        :    11 Civ. 7010 (DLC)
                                        :
----------------------------------------X         ORDER
```

DENISE COTE, District Judge:

In a series of letters beginning February 1, the parties raise several issues related to discovery in this litigation and request a conference. It is hereby

ORDERED that a conference will be held to address the issues raised in these letters and any outstanding discovery issues on **Thursday, February 7** at **9:30 AM** in Courtroom 15B, United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         February 5, 2013

                                    _____
                                          DENISE COTE
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/13