February 6, 2013

Honorable Denise L. Cote,
    Daniel Patrick Moynihan U.S. Courthouse,
        500 Pearl Street, Room 1610,
            New York, NY 10007-1312

        Re:    <u>FHFA v. UBS, et al., No. 11-cv-5201</u>

Your Honor:

        The undersigned Defendants in the above-referenced actions write to join in Ally Securities, LLC's ("Ally Securities") February 5, 2013 application for a conference with the Court concerning FHFA's inadequate response to Interrogatory No. 1 of Defendants' First Set of Interrogatories. FHFA initially responded to the interrogatory by identifying 31 individuals at Fannie Mae and 42 individuals at Freddie Mac who "may have" participated in the purchase of one or more of the 449 securities at issue. (<u>Exhibit A</u>, Plaintiff's Third Amended Responses to Defendants' First Set of Interrogatories.) FHFA also points to its production of "trade tickets" that FHFA says will identify the individual who executed the purchase of each Certificate. Neither response is adequate.

        Defendants are entitled to know the names of the individuals who actually participated in each of the deals at issue, not just those whom FHFA contends "may have" had a role. FHFA's reference to "trade tickets" does not suffice because, as FHFA has acknowledged, the traders named on the tickets were not the individuals who (a) read and relied on the offering documents, (b) performed any due diligence, or (c) authorized the purchases. Certainly, Defendants, many of whom have been accused of committing fraud, are entitled to know the identity of any individuals who were purportedly induced to make a purchasing decision by any alleged misstatement. *Water Street Leasehold LLC* v. *Deloitte & Touche LLP*, 796 N.Y.S.2d 598, 599-600 (App. Div. 2005); *see also Meyercord* v. *Curry*, 832 N.Y.S.2d 29, 31 (App. Div. 2007). If FHFA cannot prove such reliance, the fraud claims cannot survive. Additionally, this information is critical to Section 11 claims; proving that the individuals who worked on the deals had knowledge of the misstatements and omissions plaintiffs now allege is a Section 11 defense.

        FHFA wrongly calls answering the interrogatory too burdensome because, according to FHFA, it would have to conduct numerous interviews to ascertain who worked on the Securitizations and what they did. At the same time, FHFA says Defendants should seek this information by deposition, but without exceeding the 20 deposition limit that applies to fact witnesses for Fannie Mae, Freddie Mac and FHFA itself, and without resort to a unified 30(b)(6) deposition. FHFA's inconsistent stances, the expedited discovery schedule and the limited number of depositions make it impossible for Defendants to obtain this necessary discovery by other ordinary means.

    Defendants accordingly join in Ally Securities' request for a conference and for an order compelling FHFA to provide adequate responses to Interrogatory No. 1. These Defendants request that the Court compel FHFA to provide those responses for Certificates allegedly purchased by Fannie Mae and Freddie Mac.

Dated: February 6, 2013
  New York, New York

             Respectfully submitted,
             /s/ Penny Shane
             Penny Shane (*shanep@sullcrom.com*)
             Sharon L. Nelles (*nelless@sullcrom.com*)
             Jonathan M. Sedlak (*sedlakj@sullcrom.com*)
             Yavar Bathaee (*bathaeey@sullcrom.com*)
             SULLIVAN & CROMWELL LLP
             125 Broad Street
             New York, New York  10004-2498
             Telephone:  (212) 558-4000
             Facsimile:  (212) 558-3588

             *Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Mortgage Acquisition Corporation, J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I, EMC Mortgage LLC, Bear Stearns & Co., Inc., Structured Asset Mortgage Investments II Inc., Bear Stearns Asset Backed Securities I LLC, WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, Long Beach Securities Corporation, David M. Duzyk, Louis Schioppo, Jr., Christine E. Cole, Edwin F. McMichael, William A. King, Brian Bernard, Joseph T. Jurkowski, Jr., Kim Lutthans, Katherine Garniewski, Richard Careaga, David Beck, Diane Novak, Rolland Jurgens, Thomas G. Lehmann, Stephen Fortunato, Donald Wilhelm, Marc K. Malone, Michael L. Parker, David H. Zielke, Thomas W. Casey, John F. Robinson, Suzanne Krahling, Larry Breitbarth, Art Den Heyer and Stephen Lobo*

/s/ David J. Woll
Thomas C. Rice (trice@stblaw.com)
David J. Woll (dwoll@stblaw com)
Alan C. Turner (aturner@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY  10017-3954

*Attorneys for Defendants Deutsche Bank AG, Taunus Corporation, Deutsche Bank Securities Inc , DB Structured Products, Inc., Ace Securities Corp., and Mortgage IT Securities Corp.*

/s/ Robert A. Fumerton
Jay B. Kasner (jay.kasner@skadden.com)
Scott Musoff (scott.musoff@skadden.com)
Robert A. Fumerton
(robert.fumerton@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY  10036

*Attorneys for Defendants UBS Americas Inc., UBS Real Estate Securities Inc., UBS Securities LLC, Mortgage Asset Securitization Transactions, Inc., David Martin, Per Dyrvik, Hugh Corcoran and Peter Slagowitz*

/s/ Mark R. Hanchet
Mark R. Hanchet (mhanchet@mayerbrown.com)
John M. Conlon (jconlon@mayerbrown.com)
Michael O. Ware (mware@mayerbrown.com)
MAYER BROWN LLP
1675 Broadway
New York, NY  10019

*Attorneys for Defendants HSBC North America Holdings Inc., HSBC USA Inc., HSBC Markets (USA) Inc., HSBC Bank USA, NA., HSI Asset Securitization Corporation, and HSBC Securities (USA) Inc.*

/s/ David Blatt
David Blatt (dblatt@wc.com)
John McNichols (jmcnichols@wc.com)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., Asset Backed Funding Corp., Banc of America Funding Corp., Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Mortgage Capital Inc., First Franklin Financial Corp., Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Government Securities, Inc., Merrill Lynch, and Pierce, Fenner & Smith Inc.*

| | |
|---|---|
| /s/ Bruce Clark | /s/ David H. Braff |
| Bruce Clark (clarkb@sullcrom.com)<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY  10004<br><br>Amanda F. Davidoff<br>(davidoffa@sullcrom.com)<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, N.W.<br>Washington, DC  20006<br><br>*Attorneys for Defendants First Horizon National Corporation, First Tennessee Bank National Association, FTN Financial Securities Corporation, First Horizon Asset Securities, Inc., Gerald L. Baker, Peter F. Makowiecki, Charles G. Burkett, and Thomas J. Wageman* | David H. Braff (braffd@sullcrom.com)<br>Brian T. Frawley (frawleyb@sullcrom.com)<br>Jeffrey T. Scott (scottj@sullcrom.com)<br>Joshua Fritsch (fritschj@sullcrom.com)<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY  10004<br><br>*Attorneys for Defendants Barclays Capital Inc., Barclays Bank PLC, Securitized Asset Backed Receivables LLC, Paul Menefee, John Carroll, and Michael Wade* |
| /s/ Richard H. Klapper | /s/ Bruce E. Clark |
| Richard H. Klapper (klapperr@sullcrom.com)<br>Theodore Edelman (edelmant@sullcrom.com)<br>Michael T. Tomaino, Jr.<br>(tomainom@sullcrom.com)<br>Tracy Richelle High (hight@sullcrom.com)<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY  10004<br><br>*Attorneys for Defendants Goldman, Sachs & Co, GS Mortgage Securities Corp., Goldman Sachs Mortgage Company, The Goldman Sachs Group, Inc., Goldman Sachs Real Estate Funding Corp., Peter C. Aberg, Howard S. Altarescu, Robert J. Christie, Kevin Gasvoda, Michelle Gill, David J. Rosenblum, Jonathan S. Sobel, Daniel L. Sparks, and Mark Weiss* | Bruce E. Clark (clarkb@sullcrom.com)<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY  10004<br><br>Amanda F. Davidoff<br>(davidoffa@sullcrom.com)<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, N.W.<br>Washington, DC  20006<br><br>*Attorneys for Defendants Nomura Securities International, Inc., Nomura Holding America Inc., Nomura Asset Acceptance Corporation, Nomura Home Equity Loan, Inc., Nomura Credit & Capital, Inc., David Findlay, John McCarthy, John P. Graham, Nathan Gorin, and N. Dante Larocca* |

/s/ Jay B. Kasner
Jay B. Kasner (jay.kasner@skadden.com)
Scott Musoff (scott.musoff@skadden.com)
George Zimmerman
(george.zimmerman@skadden.com)
Robert A. Fumerton
(robert.fumerton@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Four Times Square
New York, NY  10036

*Attorneys for Defendants SG Americas, Inc., SG Americas Securities Holdings, LLC, SG Americas Securities, LLC, SG Mortgage Finance Corp., and SG Mortgage Securities, LLC, Arnaud Denis, Abner Figueroa, Tony Tusi, and Orlando Figueroa*

/s/ Richard W. Clary
Richard W. Clary (rclary@cravath.com)
Richard J. Stark (rstark@cravath.com)
Michael Reynolds (mreynolds@cravath.com)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019

*Attorneys for Defendants Credit Suisse Securities (USA) LLC, Credit Suisse Holdings (USA), Inc., Credit Suisse (USA), Inc., DLJ Mortgage Capital, Inc., Credit Suisse First Boston Mortgage Securities Corporation, Asset Backed Securities Corporation, Credit Suisse First Boston Mortgage Acceptance Corporation, Andrew A. Kimura, Jeffrey A. Altabef, Evelyn Echevarria, Michael A. Marriott, Zev Kindler, Thomas E. Siegler, Thomas Zingalli, Carlos Onis, Steven L. Kantor, Joseph M. Donovan, Juliana Johnson, and Greg Richter*

/s/ Brad S. Karp
Brad S. Karp (bkarp@paulweiss.com)
Susanna M. Buergel (sbuergel@paulweiss.com)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064

*Attorneys for Defendants Citigroup Inc., Citigroup Mortgage Loan Trust Inc., Citigroup Global Markets Realty Corp., Citigroup Global Markets Inc., Susan Mills, Randall Costa, Scott Freidenrich, Richard A. Isenberg, Mark I. Tsesarsky, Peter Patricola, Jeffrey Perlowitz and Evelyn Echevarria*