UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>     Plaintiff,<br><br>   -v-<br><br>UBS AMERICAS, INC., *et al*.<br><br>     Defendants. | Case No. 11 CIV. 5201 (DLC)<br><br>**<u>DEFENDANTS' STATUS REPORT ON OUTSTANDING DISCOVERY ISSUES</u>** |
| Other Cases Brought By This Plaintiff:<br><br>11 Civ. 6188 (DLC)<br>11 Civ. 6189 (DLC)<br>11 Civ. 6190 (DLC)<br>11 Civ. 6192 (DLC)<br>11 Civ. 6193 (DLC)<br>11 Civ. 6195 (DLC)<br>11 Civ. 6196 (DLC)<br>11 Civ. 6198 (DLC)<br>11 Civ. 6200 (DLC)<br>11 Civ. 6201 (DLC)<br>11 Civ. 6202 (DLC)<br>11 Civ. 6203 (DLC)<br>11 Civ. 6739 (DLC)<br>11 Civ. 7010 (DLC) | (*Counsel listed on signature pages*) |

In anticipation of the conference on February 14, 2013, in which the Court may wish to address certain issues that remained undecided following the February 7, 2013 conference, Defendants submit this Status Report on Outstanding Discovery Issues.

I.  Status of Parties' Document Production

   a. As of February 13, 2013, the parties have produced approximately the following quantity of documents:

|  | Number of Non-Loan File Documents | Number of Pages of Non-Loan File Documents |
|---|---|---|
| Defendants | 11,322,629 | 129,640,294 |
| FHFA | 1,466,905 | 15,469,447 |

   b. As of February 13, 2013, no party has notified any other that its document production is complete. On January 25, 2013, Plaintiff stated that its document production is "substantially complete," but Plaintiff has declined to state the volume of outstanding production, or identify an anticipated completion date. Certain defendants have notified Plaintiff that their productions are "substantially complete."

   c. As set out below and as will be more fully described in Defendants' submissions, Plaintiff has not produced certain particularly important categories of documents, and has declined to state when or whether they will be produced. Some of these documents remain the subject of further discussion among the parties. Unresolved disputes over those documents are being brought to the Court's attention promptly when the parties' discussions conclude.

II. Disputes on Which Defendants Seek Relief

    a. The destruction of pre-September 2007 emails at Freddie Mac. *See*, *e.g.*, Letter dated February 13, 2013 from Robert Fumerton to Judge Cote; Letter dated February 6, 2013 from Penny Shane to Judge Cote.

    b. Plaintiff's responses to Defendants' Interrogatory No. 1, seeking identification of certain GSE personnel on a securitization by securitization basis. *See*, *e.g.*, Letter dated February 5, 2013 from Robert Kopecky to Judge Cote; Letter dated February 6, 2013 from Penny Shane to Judge Cote; Letter dated February 6, 2013 from Kanchana Leung to Judge Cote.

    c. Plaintiff's refusal to produce documents reflecting GSEs' analyses of the causes of their losses. *See*, *e.g.*, Letter dated February 4, 2013 from Richard Klapper to Judge Cote; Letter dated February 6, 2013 from Philippe Selendy to Judge Cote.

    d. Plaintiff's refusal to produce documents sufficient to show GSE defect, pull-through and waiver rates. *See*, *e.g.*, Letter dated February 4, 2013 from Richard Klapper to Judge Cote; Letter dated February 6, 2013 from Philippe Selendy to Judge Cote.

    e. Plaintiff's refusal to produce documents sufficient to show certain GSE due diligence policies. *See*, *e.g.*, Letter dated February 13, 2013 from Richard Klapper to Judge Cote.

      f. Plaintiff's refusal to produce reviews and assessments of due diligence providers. *See, e.g.*, Letter dated February 13, 2013 from Richard Klapper to Judge Cote.

      g. Plaintiff's refusal to complete the search for and production of third-party reports provided to Fannie Mae at the time of each Securitization. *See, e.g.,* Letter dated February 13, 2013 from Penny Shane to Judge Cote.

      h. Plaintiff's refusal to produce a witness to testify at all on certain topics within Defendants' 30(b)(6) Deposition Notice.

III. Disputes That Defendants Understand Plaintiff Will Raise

      a. Certain Defendants' responses to Plaintiff's requests for additional or newly compiled information about loans that Defendants subjected to review. *See*, *e.g.*, Letter dated February 12, 2013 from Richard Klapper to Judge Cote; Letter dated February 12, 2013 from Christine Chung to Judge Cote.

IV. Issues Raised by Agreement But Fully Resolved

      a. Schedule for certain interim disclosures regarding alleged underwriting defects in Tranche 1 and 2 cases. *See* Stipulations and Proposed Orders Regarding the Disclosure of Findings, Rebuttal Findings, and Alternative Sets in the Absence of Stipulations as to Loan Files and Applicable Guidelines, dated February 12, 2013.

V. Issues Raised by Agreement But Not Fully Resolved

      a. Expert discovery schedule for Tranche 3 and 4 cases. *See*, *e.g.*, Letter dated February 12, 2013 from David Woll to Judge Cote; Letter dated

        February 12, 2013 from Philippe Selendy to Judge Cote; Letter dated February 1, 2013 from David Woll to Judge Cote.

VI. Certain Issues About Which Defendants Continue to Confer But May Require Guidance or Rulings in the Near Future

    a. Issues related to Rule 30(b)(6) depositions of the GSEs.

    b. Issues related to Plaintiff's production of certain documents, and potential privilege assertions.

/s/_____
Thomas C. Rice (trice@stblaw.com)
David J. Woll (dwoll@stblaw.com)
Alan C. Turner (aturner@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY  10017-3954

*Attorneys for Defendants Deutsche Bank AG, Taunus Corporation, Deutsche Bank Securities Inc , DB Structured Products, Inc., Ace Securities Corp., and Mortgage IT Securities Corp.*

/s/_____
Mark R. Hanchet (mhanchet@mayerbrown.com)
John M. Conlon (jconlon@mayerbrown.com)
Michael O. Ware (mware@mayerbrown.com)
MAYER BROWN LLP
1675 Broadway
New York, NY  10019

*Attorneys for Defendants HSBC North America Holdings Inc., HSBC USA Inc., HSBC Markets (USA) Inc., HSBC Bank USA, NA., HSI Asset Securitization Corporation, and HSBC Securities (USA) Inc.*

/s/_____
Jay B. Kasner (jay.kasner@skadden.com)
Scott Musoff (scott.musoff@skadden.com)
Robert A. Fumerton (robert.fumerton@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY  10036

*Attorneys for Defendants UBS Americas Inc., UBS Real Estate Securities Inc., UBS Securities LLC, Mortgage Asset Securitization Transactions, Inc., David Martin, Per Dyrvik, Hugh Corcoran and Peter Slagowitz*

/s/_____
Brad S. Karp (bkarp@paulweiss.com)
Susanna M. Buergel (sbuergel@paulweiss.com)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064

*Attorneys for Defendants Citigroup Inc., Citigroup Mortgage Loan Trust Inc., Citigroup Global Markets Realty Corp., Citigroup Global Markets Inc., Susan Mills, Randall Costa, Scott Freidenrich, Richard A. Isenberg, Mark I. Tsesarsky, Peter Patricola, Jeffrey Perlowitz and Evelyn Echevarria*

/s/
James P. Rouhandeh
(rouhandeh@davispolk.com)
Brian S. Weinstein
(brian.weinstein@davispolk.com)
Daniel J. Schwartz
(daniel.schwartz@davispolk.com)
Nicholas N. George
(nicholas.george@davispolk.com)
Jane M. Morril
(jane.morril@davispolk.com)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York  10017

*Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co. Incorporated (n/k/a Morgan Stanley & Co. LLC), Morgan Stanley Mortgage Capital Holdings LLC (successor-in-interest to Morgan Stanley Mortgage Capital Inc.), Morgan Stanley ABS Capital I Inc., Morgan Stanley Capital I Inc., Saxon Capital, Inc., Saxon Funding Management LLC, Saxon Asset Securities Company, Gail P. McDonnell, Howard Hubler, Craig S. Phillips, Alexander C. Frank, David R. Warren, John E. Westerfield, and Steven S. Stern*

/s/
Penny Shane (shanep@sullcrom.com)
Sharon L. Nelles (nelless@sullcrom.com)
Jonathan M. Sedlak (sedlakj@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Mortgage Acquisition Corporation, J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I, Bear Stearns & Co., Inc., EMC Mortgage LLC, Structured Asset Mortgage Investments II Inc., Bear Stearns Asset Backed Securities I LLC, WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, Long Beach Securities Corporation David M. Duzyk, Louis Schioppo,Jr., Christine E. Cole, Edwin F. McMichael, William A. King, Brian Bernard, Joseph Jurkowski, Jr., Kim Lutthans, Katherine Garniewski, Richard Careaga, David Beck, Diane Novak, Rolland Jurgens, Thomas G. Lehmann, Stephen Fortunato, Donald Wilhelm, Marc K. Malone, Michael L. Parker, David H. Zielke, Thomas W. Casey, John F. Robinson, Suzanne Krahling, Larry Breitbarth, Art Den Heyer and Stephen Lobo.*

/s/ 
Bruce Clark (clarkb@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004

Amanda F. Davidoff (davidoffa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, DC  20006

*Attorneys for Defendants First Horizon National Corporation, First Tennessee Bank National Association, FTN Financial Securities Corporation, First Horizon Asset Securities, Inc., Gerald L. Baker, Peter F. Makowiecki, Charles G. Burkett, and Thomas J. Wageman*

/s/ 
David H. Braff (braffd@sullcrom.com)
Brian T. Frawley (frawleyb@sullcrom.com)
Jeffrey T. Scott (scottj@sullcrom.com)
Joshua Fritsch (fritschj@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004

*Attorneys for Defendants Barclays Capital Inc., Barclays Bank PLC, Securitized Asset Backed Receivables LLC, Paul Menefee, John Carroll, and Michael Wade*

/s/ 
David Blatt (dblatt@wc.com)
John McNichols (jmcnichols@wc.com)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., Asset Backed Funding Corp., Banc of America Funding Corp., Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Mortgage Capital Inc., First Franklin Financial Corp., Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Government Securities, Inc., Merrill Lynch, and Pierce, Fenner & Smith Inc.*

/s/ 
Richard W. Clary (rclary@cravath.com)
Richard J. Stark (rstark@cravath.com)
Michael Reynolds (mreynolds@cravath.com)
Lauren A. Moskowitz (lmoskowitz@cravath.com)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019

*Attorneys for Defendants Credit Suisse Securities (USA) LLC, Credit Suisse Holdings (USA), Inc., Credit Suisse (USA), Inc., DLJ Mortgage Capital, Inc., Credit Suisse First Boston Mortgage Securities Corporation, Asset Backed Securities Corporation, Credit Suisse First Boston Mortgage Acceptance Corporation, Andrew A. Kimura, Jeffrey A. Altabef, Evelyn Echevarria, Michael A. Marriott, Zev Kindler, Thomas E. Siegler, Thomas Zingalli, Carlos Onis, Steven L. Kantor, Joseph M. Donovan, Juliana Johnson, and Greg Richter*

/s/
Richard H. Klapper (klapperr@sullcrom.com)
Theodore Edelman (edelmant@sullcrom.com)
Michael T. Tomaino, Jr. (tomainom@sullcrom.com)
Tracy Richelle High (hight@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004

*Attorneys for Defendants Goldman, Sachs & Co, GS Mortgage Securities Corp., Goldman Sachs Mortgage Company, The Goldman Sachs Group, Inc., Goldman Sachs Real Estate Funding Corp., Peter C. Aberg, Howard S. Altarescu, Robert J. Christie, Kevin Gasvoda, Michelle Gill, David J. Rosenblum, Jonathan S. Sobel, Daniel L. Sparks, and Mark Weiss*

/s/
Bruce E. Clark (clarkb@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004

Amanda F. Davidoff (davidoffa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, DC  20006

*Attorneys for Defendants Nomura Securities International, Inc., Nomura Holding America Inc., Nomura Asset Acceptance Corporation, Nomura Home Equity Loan, Inc., Nomura Credit & Capital, Inc., David Findlay, John McCarthy, John P. Graham, Nathan Gorin, and N. Dante Larocca*

/s/
Jay B. Kasner (jay.kasner@skadden.com)
Scott Musoff (scott.musoff@skadden.com)
George Zimmerman (george.zimmerman@skadden.com)
Robert A. Fumerton (robert.fumerton@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY  10036

*Attorneys for Defendants SG Americas, Inc., SG Americas Securities Holdings, LLC, SG Americas Securities, LLC, SG Mortgage Finance Corp., and SG Mortgage Securities, LLC, Arnaud Denis, Abner Figueroa, Tony Tusi, and Orlando Figueroa*

/s/
Thomas C. Rice (trice@stblaw.com)
David J. Woll (dwoll@stblaw.com)
Alan Turner (aturner@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY  10017

*Attorneys for Defendant RBS Securities Inc.*

/s/
Matthew Solum (matthew.solum@kirkland.com)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022

Robert J. Kopecky (robert.kopecky@kirkland.com)
Devon M. Largio (devon.largio@kirkland.com)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL  60654

Jeffrey S. Powell (jeffrey.powell@kirkland.com)
Patrick M. Bryan (patrick.bryan@kirkland.com)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC  20005

*Attorneys for Defendant Ally Securities, LLC*

/s/
Richard A. Edlin (edlinr@gtlaw.com)
Ronald D. Lefton (leftonr@gtlaw.com)
Candace Camarata (camaratac@gtlaw.com)
GREENBERG TRAURIG, LLP
200 Park Avenue,
New York, NY 10166
Phone: 212-801-9200

*Attorneys for Defendant Jeffrey Mayer*

/s/
Reginald R. Goeke (rgoeke@mayerbrown.com)
Catherine A. Bernard
(cbernard@mayerbrown.com)
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006

Michael O. Ware (mware@mayerbrown.com)
MAYER BROWN LLP
1675 Broadway
New York, NY 10019

*Attorneys for Defendants Ally Financial Inc. and GMAC Mortgage Group, Inc.*

/s/
Dani R. James (djames@kramerlevin.com)
Jade A. Burns (jburns@kramerlevin.com)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036

*Attorneys for Defendant Jeffrey L. Verschleiser*

/s/
Daniel C. Zinman (dzinman@rkollp.com)
Neil S. Binder (nbinder@rkollp.com)
RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, NY 10281

*Attorneys for Defendants George C. Carp, Robert Caruso, George E. Ellison, Adam D. Glassner, Daniel B. Goodwin, Juliana Johnson, Michael J. Kula, William L. Maxwell, Mark I. Ryan, and Antoine Schetritt, Matthew Whalen, Brian Sullivan, Michael McGovern, Donald Puglisi, Paul Park, and Donald Han*

/s/
Pamela Rogers Chepiga
Josephine A. Cheatham
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
pamela.chepiga@allenovery.com
allie.cheatham@allenovery.com

*Attorneys for Defendant Samuel L. Molinaro, Jr*

/s/
Richard A. Edlin (edlinr@gtlaw.com)
Ronald D. Lefton (leftonr@gtlaw.com)
Candace Camarata (camaratac@gtlaw.com)
GREENBERG TRAURIG, LLP
200 Park Avenue,
New York, NY 10166
Phone: 212-801-9200

*Attorneys for Defendant Jeffrey Mayer*