UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
FEDERAL HOUSING FINANCE AGENCY,

                Plaintiff,

     -v-

UBS AMERICAS INC., et al.,
                Defendants;

And other FHFA cases.
------------------------------------------X

11 Civ. 5201 (DLC)
11 Civ. 6188 (DLC)
11 Civ. 6189 (DLC)
11 Civ. 6190 (DLC)
11 Civ. 6192 (DLC)
11 Civ. 6193 (DLC)
11 Civ. 6195 (DLC)
11 Civ. 6196 (DLC)
11 Civ. 6198 (DLC)
11 Civ. 6200 (DLC)
11 Civ. 6201 (DLC)
11 Civ. 6202 (DLC)
11 Civ. 6203 (DLC)
11 Civ. 6739 (DLC)
11 Civ. 7010 (DLC)

ORDER

DENISE COTE, District Judge:

    In a series of letters beginning February 1, the parties raised several issues related to discovery in this litigation and requested a conference. Conferences were held on February 7 and 14, but certain issues remain outstanding. It is hereby

    ORDERED that a conference will be held to address these issues on **Thursday, February 21** at **9:30 AM** in Courtroom 15B, United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
            February 19, 2013

                                    DENISE COTE
                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/13