# Exhibit E

(Redacted)

(separator page)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL HOUSING FINANCE AGENCY,
AS CONSERVATOR FOR THE FEDERAL
NATIONAL MORTGAGE ASSOCIATION
AND THE FEDERAL HOME LOAN
MORTGAGE CORPORATION,

        Plaintiff,

-against-

GOLDMAN, SACHS & CO., GS
MORTGAGE SECURITIES CORP.,
GOLDMAN SACHS MORTGAGE
COMPANY, THE GOLDMAN SACHS
GROUP, INC., GOLDMAN SACHS REAL
ESTATE FUNDING CORP., PETER C.
ABERG, HOWARD S. ALTARESCU,
ROBERT J. CHRISTIE, KEVIN GASVODA,
MICHELLE GILL, DAVID J. ROSENBLUM,
JONATHAN S. SOBEL, DANIEL L.
SPARKS, AND MARK WEISS,

        Defendants.

11 CIV. 6198 (DLC)

**AMENDED COMPLAINT**

**JURY TRIAL DEMANDED**



June 13, 2012

selling these positions and new issues." U.S. Senate Permanent Subcommittee on Investigations, *Hearing on Wall Street and the Financial Crisis: The Role of Investment Banks*, Ex. 76 (Apr. 27, 2010).

81. The push to securitize large volumes of mortgage loans contributed to the absence of controls needed to prevent the inclusion of untrue statements of material facts and omissions of material facts in the Registration Statements. In particular, Defendants failed to conduct adequate diligence or otherwise to ensure the accuracy of the statements in the Registration Statements pertaining to the Securitizations.

82. For instance, Goldman retained third-party due diligence providers such as Clayton Holdings, Inc. ("Clayton") and The Bohan Group, Inc. ("Bohan") to analyze the loans it was considering placing in its securitizations, but waived a significant number of loans into the securitizations that these firms had recommended for exclusion, and did so without taking adequate steps to ensure that these loans had in fact been underwritten in accordance with applicable guidelines or had compensating factors that excused the loans' non-compliance with those guidelines. On January 27, 2008, Clayton revealed that it had entered into an agreement with the New York Attorney General (the "NYAG") to provide documents and testimony regarding its due diligence reports, including copies of the actual reports provided to its clients. According to The New York Times, as reported on January 27, 2008, Clayton told the NYAG "that starting in 2005, it saw a significant deterioration of lending standards and a parallel jump in lending expectations" and "some investment banks directed Clayton to halve the sample of loans it evaluated in each portfolio."

83. Goldman Sachs was negligent in allowing into the Securitizations a substantial number of mortgage loans that, as reported to Goldman by third-party due diligence