# EXHIBIT E

*Amended*
Confidential—Subject to Court Order

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
                                                :  **DEFENDANTS' SUBMISSION**
FEDERAL HOUSING FINANCE AGENCY, etc.,  :  **FOR JULY 31, 2012 HEARING**
Plaintiff,  :
v.  :
UBS AMERICAS, INC., et al.,  :
Defendants.  :  11 Civ. 5201 (DLC)
 :
 :
 :
------------------------------------------------------------------ x
 :
FEDERAL HOUSING FINANCE AGENCY, etc.,  :
Plaintiff,  :
v.  :  11 Civ. 6188 (DLC)
JPMORGAN CHASE & CO., et al.,  :
Defendants.  :
 :
 :
 :
------------------------------------------------------------------ x
 :
FEDERAL HOUSING FINANCE AGENCY, etc.,  :
Plaintiff,  :
v.  :  11 Civ. 6189 (DLC)
HSBC NORTH AMERICA HOLDINGS, INC., et al.,  :
Defendants.  :
 :
 :
 :
------------------------------------------------------------------ x
 :
FEDERAL HOUSING FINANCE AGENCY, etc.,  :
Plaintiff,  :
v.  :  11 Civ. 6190 (DLC)
BARCLAYS BANK PLC, et al.,  :
Defendants.  :
 :
 :
 :
------------------------------------------------------------------ x

```
------------------------------------------------------------------ x
                                                                   :
FEDERAL HOUSING FINANCE AGENCY, etc.,                              :
Plaintiff,                                                         :
v.                                                                 :   11 Civ. 6192 (DLC)
DEUTSCHE BANK AG, et al.,                                          :
Defendants.                                                        :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
------------------------------------------------------------------ x
                                                                   :
FEDERAL HOUSING FINANCE AGENCY, etc.,                              :
Plaintiff,                                                         :
v.                                                                 :   11 Civ. 6193 (DLC)
FIRST HORIZON NATIONAL CORP., et al.,                              :
Defendants.                                                        :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
------------------------------------------------------------------ x
                                                                   :
FEDERAL HOUSING FINANCE AGENCY, etc.,                              :
Plaintiff,                                                         :
v.                                                                 :   11 Civ. 6195 (DLC)
BANK OF AMERICA CORP., et al.,                                     :
Defendants.                                                        :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
------------------------------------------------------------------ x
                                                                   :
FEDERAL HOUSING FINANCE AGENCY, etc.,                              :
Plaintiff,                                                         :
v.                                                                 :   11 Civ. 6196 (DLC)
CITIGROUP INC., et al.,                                            :
Defendants.                                                        :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
------------------------------------------------------------------ x
```

```
------------------------------------------------------------ x
                                                             :
FEDERAL HOUSING FINANCE AGENCY, etc.,                        :
Plaintiff,                                                   :
v.                                                           :  11 Civ. 6198 (DLC)
GOLDMAN, SACHS & CO., et al.,                                :
Defendants.                                                  :
                                                             :
                                                             :
                                                             :
                                                             :
                                                             :
                                                             :
------------------------------------------------------------ x
                                                             :
FEDERAL HOUSING FINANCE AGENCY, etc.,                        :
Plaintiff,                                                   :
v.                                                           :  11 Civ. 6200 (DLC)
CREDIT SUISSE HOLDINGS (USA), INC., et al.,                  :
Defendants.                                                  :
                                                             :
                                                             :
                                                             :
                                                             :
                                                             :
                                                             :
------------------------------------------------------------ x
                                                             :
FEDERAL HOUSING FINANCE AGENCY, etc.,                        :
Plaintiff,                                                   :
v.                                                           :  11 Civ. 6201 (DLC)
NOMURA HOLDING AMERICA, INC., et al.,                        :
Defendants.                                                  :
                                                             :
                                                             :
                                                             :
                                                             :
                                                             :
------------------------------------------------------------ x
                                                             :
FEDERAL HOUSING FINANCE AGENCY, etc.,                        :
Plaintiff,                                                   :
v.                                                           :  11 Civ. 6202 (DLC)
MERRILL LYNCH & CO., INC., et al.,                           :
Defendants.                                                  :
                                                             :
                                                             :
                                                             :
                                                             :
                                                             :
------------------------------------------------------------ x
```

```
------------------------------------------------------------------ x
                                                                   :
FEDERAL HOUSING FINANCE AGENCY, etc.,                              :
Plaintiff,                                                         :
v.                                                                 :   11 Civ. 6203 (DLC)
SG AMERICAS, INC., et al.,                                         :
Defendants.                                                        :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
------------------------------------------------------------------ x
                                                                   :
FEDERAL HOUSING FINANCE AGENCY, etc.,                              :
Plaintiff,                                                         :
v.                                                                 :   11 Civ. 6739 (DLC)
MORGAN STANLEY, et al.,                                            :
Defendants.                                                        :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
------------------------------------------------------------------ x
                                                                   :
FEDERAL HOUSING FINANCE AGENCY, etc.,                              :
Plaintiff,                                                         :
v.                                                                 :   11 Civ. 7010 (DLC)
ALLY FINANCIAL INC., et al.,                                       :
Defendants.                                                        :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
------------------------------------------------------------------ x
                                                                   :
FEDERAL HOUSING FINANCE AGENCY, etc.,                              :
Plaintiff,                                                         :
v.                                                                 :   11 Civ. 7048 (DLC)
GENERAL ELECTRIC COMPANY, et al.,                                  :
Defendants.                                                        :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
------------------------------------------------------------------ x
```

Plaintiff has attempted to prevent discovery of relevant information, including through its refusal to testify about most topics in Defendants' June 28 Rule 30(b)(6) notice (the "Notice"). Despite having agreed to early Rule 30(b)(6) depositions for the purpose of identifying appropriate ESI custodians (*see* June 7 Rule 26(f) Report at 6) and despite the absence of burden, Plaintiff indicated that it would seek a protective order rather than provide even the *identities* of certain individuals and the responsibility of groups other than the "private label" or "non-agency" departments of the GSEs (collectively, "PLS") with knowledge concerning, *inter alia*, the same loan originators (the "Originators") involved in the securitizations at issue (the "Securitizations"). Similarly, Plaintiff refuses to respond to Defendants' Interrogatory No. 3, which seeks the identity of employees responsible for the GSEs' direct relationships and dealings with the Originators.

Significantly, Plaintiff concedes that information concerning the Originators is discoverable—regardless of whether it pertains directly to the Securitizations—*if* it was communicated to the GSEs' PLS personnel. Plaintiff contends, however, that "the knowledge possessed by people other than (1) the specific individuals at the GSEs who were involved in the Securitizations, or (2) any employees who had an obligation to provide information to those individuals concerning the transactions in issue, is irrelevant."[1]

Fraud claimants and plaintiffs alleging D.C. blue sky claims must prove not just that a certain decision maker relied on an alleged misstatement but that the claimant's reliance was justifiable—which depends on institutional knowledge, institutional resources, and other factors. *See, e.g.*, *HSH Nordbank AG* v. *UBS AG*, 941 N.Y.S.2d 59, 66–67 (1st Dep't 2012); *Davidson Pipe Co.* v. *Laventhol & Horwath*, 120 F.R.D. 455, 460 (S.D.N.Y. 1988). The necessary inquiries into whether Plaintiff was on notice of its claims prior to September 2007, whether it can discharge its burden of demonstrating that any alleged misstatement is material, and whether a Section 11 or 12(a)(2) or Blue Sky claimant traded without knowledge of an alleged material misstatement, among others, also turn on what was known to the claimant's personnel. *N.J. Carpenters Health Fund* v. *RALI Series 2006-QO1 Trust*, 2012 WL 1481519, at *2 (2d Cir. Apr. 30, 2012) (summary order); *see also Fed. Hous. Fin. Agency* v. *UBS Americas, Inc.*, 2012 WL 1570856, at *8 (S.D.N.Y. May 4, 2012).[2]

To limit discovery to what a subset of personnel knew based on what other personnel had a duty to report to that subset, Plaintiff relies entirely on one decision predicated on one provision of the Restatement (Second) of Agency, which says that knowledge of an agent is not imputed unless the "agent has a duty to disclose to the principal." *AIG Global Sec. Lending Corp. v. Bank of Am. Secs. LLC*, 2006 WL 1206333, at *1 (S.D.N.Y. May 2, 2006) (Pitman, M.J.) (quoting Restatement (Second) of Agency § 275 (1958)). The Restatement (Second) was superseded by the Restatement (Third) of Agency, however, which reversed the test on which the *AIG* decision relied, stating that the knowledge of an agent or employee is imputed to the principal

---

[1] Plaintiff's Amended Objections and Responses to Defendants' Notice of Rule 30(b)(6) Deposition at 9, 18, 25, 29, 32, 33. This same restriction pervades Plaintiff's responses to Defendants' discovery requests, including Defendants' Interrogatories and Document Requests. A list of these and other outstanding discovery disputes accompanies this submission.

[2] Defendants would be pleased to brief the substantive law that makes GSE knowledge central to the claims and defenses in these actions, including the extensive appellate and other authority addressing these issues.

unless the agent "is subject to a <u>duty to another not to disclose</u> the fact to the principal." RESTATEMENT (THIRD) OF AGENCY § 5.03. As Comment c explains, "the fact that an organization has structured itself internally into separate departments or divisions does not defeat imputation." *Id.* § 5.03 cmt. c (2006); *accord George* v. *Equifax Mortg. Servs.*, 375 F. App'x 76, 78 (2d Cir. 2010) (knowledge acquired by employee and imputed to corporation is imputed "*to all of its departments*"). For example, under Illustration 9, where an employee in the credit department of a bank learns of a restrictive covenant applicable to a borrower but "does not communicate" that information to the loan department, which makes a loan to the borrower in violation of the covenant, "knowledge [of the covenant] will be imputed" to the bank. *Id.* § 5.03 illus. 9. Thus, whether information known by one employee was actually communicated to another employee – a condition FHFA unilaterally imposes on defendants' right to discovery – is irrelevant.

    Defendants recognize that in some cases a duty to maintain walls or other facts may bear on whether an institution had certain knowledge or intent. Here, however, Plaintiff has presented no rationale for its position other than that some "walls" aimed to limit some information flow between the GSEs' PLS and Single Family Mortgage Businesses ("Single Family"). Those so-called "walls" were not designed to block information flow and should not cut off discovery about that information. Accompanying this submission is an initial collection of documents, mostly statements by the GSEs themselves, reflecting that each GSE operated its lines of business on an "integrated," "complementary" basis, under common leadership, risk management and regulatory scrutiny. (Tabs 6 (FNM), 2, 4 (FRE).) Fannie Mae, for example, launched a "One Fannie Mae" initiative aimed at promoting "a cross-functional approach to risk management and controls." (Tabs 5 (FNM), 6 (FRE).) This initiative was led by the "Single Family Counterparty Risk Management" ("SF CPRM") division, which was charged with "managing the counterparty risk (from issuers, master servicers, servicers and originators) of private label securities purchased by Fannie Mae." (Tab 3 FNM.) Another group, the "Private Label Advisory Team" ("PLAT") at Fannie Mae provided "coordination and oversight" of the activities related to Fannie Mae's portfolio, with input from all business units, including "officer level members (or designees)" <u>from Single Family</u>. Freddie Mac likewise "established the Enterprise Risk Management Committee" "to permit management from various business areas, as well as the risk function, to meet regularly . . . specifically to monitor and oversee credit approval processes, market practices, market trends and credit risk being taken on by the Company." (Tab 4 (FRE).) In addition, as Cynthia Simantel (a former Countrywide executive) states in her declaration, the GSEs' whole loan and PLS businesses conducted coordinated reviews of originators and servicers. (Tab 9 (FNM).)[3]

    Accordingly, Defendants respectfully request that the Court compel Plaintiff to testify as to each of the topics contained on Defendants' Notice; identify personnel responsible for dealings and relationships with Originators, in response to Interrogatory No. 3; and produce documents and information relating to GSE institutional knowledge.

---

[3] "It is well-settled within this Circuit that [Rule 26(b)(1)] will be satisfied if there is 'any possibility' that the information sought may be relevant to the subject matter of the action." *Lyondell-Citgo Ref., LP v. Petroleos de Venez., S.A.*, 2004 WL 2698218, at *2 (S.D.N.Y. Nov. 19, 2004) (citations omitted). This well-established rule applies with even greater force here, where the GSEs systematically destroyed ESI throughout the relevant time period, as described in Tabs 1-9 (Document Retention). Plaintiff has refused to confirm that any of the custodians whose files it proposes to search even possess any ESI, and has refused to provide Defendants with information concerning the scope of any litigation holds that were issued during the relevant time period.

| | |
|---|---|
| /s/  Matthew Solum | /s/ Robert F. Serio |
| Matthew Solum | Robert F. Serio (RSerio@gibsondunn.com) |
| KIRKLAND & ELLIS LLP | Aric H. Wu (AWu@gibsondunn.com) |
| 601 Lexington Avenue | GIBSON, DUNN & CRUTCHER LLP |
| New York, NY  10022 | 200 Park Avenue |
| (212) 446-4800 | New York, NY  10166 |

Robert J. Kopecky
Devon M. Largio
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL  60654
(312) 862-2000

*Attorneys for Citigroup Inc., Citigroup Mortgage Loan Trust Inc., Citigroup Global Markets Realty Corp., Citigroup Global Markets Inc., Susan Mills, Randall Costa, Scott Freidenrich, Richard A. Isenberg, Mark I. Tsesarsky, Peter Patricola, Jeffrey Perlowitz and Evelyn Echevarria*

Jeffrey S. Powell
Patrick M. Bryan
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005
(202) 879-5000

*Attorneys for Ally Securities, LLC*

/s/ Thomas C. Rice
Thomas C. Rice (trice@stblaw.com)
David J. Woll (dwoll@stblaw com)
Alan C. Turner (aturner@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY  10017-3954

/s/ Richard A. Spehr
Richard A. Spehr (rspehr@mayerbrown.com)
Michael O. Ware (mware@mayerbrown.com)
MAYER BROWN LLP
1675 Broadway
New York, NY  10019

*Attorneys for Defendants Deutsche Bank AG, Taunus Corporation, Deutsche Bank Securities Inc , DB Structured Products, Inc., Ace Securities Corp., Mortgage IT Securities Corp.*

*Attorneys for Defendants HSBC North America Holdings Inc., HSBC USA Inc., HSBC Markets (USA) Inc., HSBC Bank USA, NA., HSI Asset Securitization Corporation*

| | |
|---|---|
| /s/ Jay B. Kasner | /s/ Brad S. Karp |
| Jay B. Kasner (jay.kasner@skadden.com) | Brad S. Karp (bkarp@paulweiss.com) |
| Thomas J. Nolan (thomas.nolan@skadden.com) | Susanna M. Buergel (sbuergel@paulweiss.com) |
| Scott Musoff (scott.musoff@skadden.com) | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Robert A. Fumerton (robert.fumerton@skadden.com) | 1285 Avenue of the Americas |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | New York, NY  10019-6064 |
| Four Times Square | |
| New York, NY  10036 | *Attorneys for Citigroup Inc., Citigroup Mortgage Loan Trust Inc., Citigroup Global Markets Realty Corp., Citigroup Global Markets Inc., Susan Mills, Randall Costa, Scott Freidenrich, Richard A. Isenberg, Mark I. Tsesarsky, Peter Patricola, Jeffrey Perlowitz and Evelyn Echevarria* |
| *Attorneys for Defendants UBS Americas Inc., UBS Real Estate Securities Inc., UBS Securities LLC, Mortgage Asset Securitization Transactions, Inc., David Martin, Per Dyrvik, Hugh Corcoran and Peter Slagowitz* | |
| /s/ James P. Rouhandeh | /s/ Penny Shane |
| James P. Rouhandeh | Penny Shane (shanep@sullcrom.com) |
| Brian S. Weinstein | Sharon L. Nelles (nelless@sullcrom.com) |
| Daniel L. Schwartz | Jonathan M. Sedlak (sedlakj@sullcrom.com) |
| Nicholas N. George | SULLIVAN & CROMWELL LLP |
| Jane M. Morril | 125 Broad Street |
| DAVIS POLK & WARDWELL LLP | New York, NY  10004 |
| 450 Lexington Avenue | |
| New York, New York  10017 | *Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Mortgage Acquisition Corporation, J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I, Bear Stearns & Co., Inc., EMC Mortgage LLC, Structured Asset Mortgage Investments II Inc., Bear Stearns Asset Backed Securities I LLC, WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, Long Beach Securities Corporation and certain of the Individual Defendants* |
| *Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co. Incorporated (n/k/a Morgan Stanley & Co. LLC), Morgan Stanley Mortgage Capital Holdings LLC (successor-in-interest to Morgan Stanley Mortgage Capital Inc.), Morgan Stanley ABS Capital I Inc., Morgan Stanley Capital I Inc., Saxon Capital, Inc., Saxon Funding Management LLC, Saxon Asset Securities Company, Gail P. McDonnell, Howard Hubler, Craig S. Phillips, Alexander C. Frank, David R. Warren, John E. Westerfield, and Steven S. Stern* | |

/s/ Bruce Clark
Bruce Clark (clarkb@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004

Amanda F. Davidoff (davidoffa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, DC  20006

*Attorneys for Defendants First Horizon National Corporation, First Tennessee Bank National Association, FTN Financial Securities Corporation, First Horizon Asset Securities, Inc., Gerald L. Baker, Peter F. Makowiecki, Charles G. Burkett, and Thomas J. Wageman*

/s/ David H. Braff
David H. Braff (braffd@sullcrom.com)
Brian T. Frawley (frawleyb@sullcrom.com)
Jeffrey T. Scott (scottj@sullcrom.com)
Joshua Fritsch (fritschj@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004

*Attorneys for Barclays Capital Inc., Barclays Bank PLC, Securitized Asset Backed Receivables LLC, Paul Menefee, John Carroll, and Michael Wade*

/s/ David Blatt
David Blatt (dblatt@wc.com)
John McNichols (jmcnichols@wc.com)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005

*Attorneys for Bank of America Corporation; Bank of America, N.A.; Asset Backed Funding Corp.; Banc of America Funding Corp.; Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Mortgage Capital Inc., First Franklin Financial Corp., Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Government Securities, Inc., Merrill Lynch, Pierce, Fenner & Smith Inc.*

/s/ Richard W. Clary
Richard W. Clary (rclary@cravath.com)
Michael T. Reynolds (mreynolds@cravath.com)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019

*Attorneys for Credit Suisse Securities (USA) LLC, Credit Suisse Holdings (USA), Inc., Credit Suisse (USA), Inc., DLJ Mortgage Capital, Inc., Credit Suisse First Boston Mortgage Securities Corporation, Asset Backed Securities Corporation, Credit Suisse First Boston Mortgage Acceptance Corporation, Andrew A. Kimura, Jeffrey A. Altabef, Eveleyn Echevarria, Michael A. Marriott, Zev Kindler, John P. Graham, Thomas E. Siegler, Thomas Zingalli, Carlos Onis, Steven L. Kantor, Joseph M. Donovan, Juliana Johnson, and Greg Richter*

/s/ Richard H. Klapper
Richard H. Klapper (klapperr@sullcrom.com)
Theodore Edelman (edelmant@sullcrom.com)
Michael T. Tomaino, Jr.
(tomainom@sullcrom.com)
Jordan T. Razza (razzaj@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004

*Attorneys for Goldman, Sachs & Co, GS Mortgage Securities Corp., Goldman Sachs Mortgage Company, The Goldman Sachs Group, Inc., Goldman Sachs Real Estate Funding Corp., Peter C. Aberg, Howard S. Altarescu, Robert J. Christie, Kevin Gasvoda, Michelle Gill, David J. Rosenblum, Jonathan S. Sobel, Daniel L. Sparks, Mark Weiss*

/s/ Bruce Clark
Bruce Clark (clarkb@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004

Amanda F. Davidoff (davidoffa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, DC  20006

*Attorneys for Defendants Nomura Securities International, Inc., Nomura Holding America Inc., Nomura Asset Acceptance Corporation, Nomura Home Equity Loan, Inc., Nomura Credit & Capital, Inc., David Findlay, John McCarthy, John P. Graham, Nathan Gorin, and N. Dante LaRocca*

/s/ Jay B. Kasner
Jay B. Kasner (jay.kasner@skadden.com)
Scott Musoff (scott.musoff@skadden.com)
George Zimmerman
(george.zimmerman@skadden.com)
Robert A. Fumerton
(robert.fumerton@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY  10036

*Attorneys for SG Americas, Inc., SG Americas Securities Holdings, LLC, SG Americas Securities, LLC, SG Mortgage Finance Corp., and SG Mortgage Securities, LLC, Arnaud Denis, Abner Figueroa, Tony Tusi, and Orlando Figueroa*

/s/ Vernon Broderick
Greg A. Danilow (greg.danilow@weil.com)
Vernon Broderick
(vernon.broderick@weil.com)
WEIL, GOTSHAL, & MANGES LLP
767 Fifth Avenue, 25th Fl.
New York, NY  10153

*Attorneys for General Electric Company, General Electric Capital Services, Inc., GE Mortgage Holding, LLC, GE-WMC Securities, LLC*

/s/ Richard A. Spehr
Richard A. Spehr (rspehr@mayerbrown.com)
Michael O. Ware (mware@mayerbrown.com)
MAYER BROWN LLP
1675 Broadway
New York, NY  10019

*Attorneys for Ally Financial Inc. and GMAC Mortgage Group, Inc.*

/s/ Sandra D. Hauser
Sandra D. Hauser
(sandra.hauser@ snrdenton.com)
SNR DENTON US LLP
1221 Avenue of the Americas
New York, New York 10020

*Attorneys for Matthew Perkins*

/s/ Daniel C. Zinman
Daniel C. Zinman (dzinman@rkollp.com)
Neil S. Binder (nbinder@rkollp.com)
RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, NY  10281

*Attorneys for George C. Carp, Robert Caruso, George E. Ellison, Adam D. Glassner, Daniel B. Goodwin, Juliana Johnson, Michael J. Kula, William L. Maxwell, Mark I. Ryan, and Antoine Schetritt; Matthew Whalen; Brian Sullivan; Michael McGovern; Donald Puglisi; Paul Park, and Donald Han*

/s/ Thomas C. Rice
Thomas C. Rice (trice@stblaw.com)
David J. Woll (dwoll@stblaw.com)
Alan Turner (aturner@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY  10017

*Attorneys for Defendant RBS Securities Inc.*

/s/ Joel C. Haims
Joel C. Haims (jhaims@mofo.com)
LaShann M. DeArcy (ldearcy@mofo.com)
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

*Attorneys for Tom Marano and Michael Nierenberg*

/s/ Dani R. James
Dani R. James (djames@kramerlevin.com)
Jade A. Burns (jburns@kramerlevin.com)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036

*Attorneys for Defendant Jeffrey L. Verschleiser*

/s/ Ronald D. Lefton
Richard A. Edlin (edlinr@gtlaw.com)
Ronald D. Lefton (leftonr@gtlaw.com)
Candace Camarata  (camaratac@gtlaw.com)
GREENBERG TRAURIG, LLP
200 Park Avenue,
New York, NY 10166
Phone: 212-801-9200

*Attorneys for Defendant Jeffrey Mayer*

/s/ Pamela Rogers Chepiga
Pamela Rogers Chepiga
(pamela.chepiga@allenovery.com)
Josephine A. Cheatham
(allie.cheatham@allenovery.com)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020

*Attorneys for Samuel L. Molinaro, Jr.*