# Exhibit A

quinn emanuel trial lawyers | new york
51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL: (212) 849-7000 FAX: (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7551**

WRITER'S INTERNET ADDRESS
**andrewdunlap@quinnemanuel.com**

January 25, 2013

<u>VIA ELECTRONIC MAIL</u>

Robert Fumerton, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Re:     *FHFA v. UBS Americas, Inc., et al.*, 11 Civ. 5201 (S.D.N.Y.) (DLC)

Dear Robert:

We write in response to your request that the Federal Housing Finance Agency ("FHFA") agree to begin rolling production of privilege logs and that it identify when its document production will be complete.

FHFA agrees that rolling production of privilege logs should begin soon, and would be ready to begin that production next week.  As we have previously informed you, however, because FHFA will be producing a single privilege log in all of the coordinated actions before Judge Cote, the timing and parameters of privilege log production must be determined for all of those cases, not simply for UBS.  Accordingly, FHFA is sending a proposal regarding privilege log production to your colleague Jay Kasner, in his capacity as liaison counsel for all Defendants.

FHFA has substantially completed its document production, but is not currently able to estimate when that production will be fully complete; we are continuing to work on identifying a

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000 FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000 FAX +49 621 43298 6100
MOSCOW | Paveletskaya Plaza, Paveletskaya Square, 2/3, 115054 Moscow, Russia | TEL +7 499 277 1000 FAX +7 499 277 1001
HAMBURG | An der Alster 3, 20099 Hamburg, Germany | TEL +49 40 89728 7000 FAX +49 40 89728 7100

2

completion date, and will update you.

Very truly yours,


*/s/ Andrew R. Dunlap*

Andrew R. Dunlap


cc: Jay Kasner, Esq.
    Scott Musoff, Esq.
    Joseph Sacca, Esq.
    Alexander Drylewski, Esq.
    Sean McGrane, Esq.
    Marley Brumme, Esq.