**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100





WRITER'S DIRECT DIAL NO.
(212) 849-7260

WRITER'S INTERNET ADDRESS
philippeselendy@quinnemanuel.com

April 15, 2013

**VIA EMAIL**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:     *FHFA v. Goldman Sachs & Co., et al.*, 11 Civ. 6198 (DLC)
            Also filed in: 11 Civ. 5201 (DLC)

Dear Judge Cote:

      Pursuant to this Court's Order of April 1, 2013, we write on behalf of the Federal Housing Finance Agency ("FHFA") to report on the production of Loan Files in the *Goldman* action.[1]

      There are a total of 4,000 Sample Loans at issue in the *Goldman* action; as of today, FHFA has been able to identify produced Loan Files for 3,071 (or 77%) of those Sample Loans.[2]

      In response to FHFA's request, on April 5, 2013, Goldman provided a list of 672 Sample Loans for which Goldman had not been able to collect a Loan File from either an originator or servicer. Goldman identified those 672 Sample Loans as serviced by the following servicers:

| Servicer(s) | Sample Loans | Securitization(s) |
|---|---|---|
| Bank of America | 12 | GSAA 2005-11 |

---

[1] Unless otherwise defined herein, the defined terms in this letter have the meanings as defined in the Supplemental Expert Scheduling Order for Tranches 3 and 4 of February 27, 2013, and the Expert Scheduling Order of November 26, 2012.

[2] The number of Sample Loans for which Loan Files have been produced in the Action as identified in this report reflect all Loan Files received, processed, and matched to Sample Loans by FHFA's vendor as of April 15, 2013. FHFA has completed its production of Loan Files related to the Securitizations at issue in the coordinated cases; FHFA received these Loan Files from third parties via conservator subpoenas or the exercise of contractual rights. As FHFA has also previously informed Defendants, if FHFA receives additional Loan Files in response to conservator subpoenas or contractual requests, it will promptly produce them to Defendants—as it did last month with the 108 Loan Files discussed in footnote 1 of Goldman's report to the Court of today.

**Honorable Denise L. Cote**                                              April 15, 2013

| Servicer(s) | Sample Loans | Securitization(s) |
|---|---|---|
| Bank of America; Homeward Residential; Nationstar; Ocwen | 9 | GSR 2007-OA1 |
| Bank of America; Homeward Residential; Ocwen; PNC | 1 | GSAA 2006-11 |
| Bank of America; JPMorgan Chase | 18 | GSAA 2006-5 |
| Ocwen | 326 | GSAA 2006-2<br>GSAMP 2005-HE-5<br>GSAMP 2005-HE-6<br>GSAMP 2006-HE-7<br>GSAMP 2006-HE-8<br>GSAMP 2007-HE-1<br>GSAMP 2007-HE-2 |
| Ocwen; Bank of America; Homeward Residential; One West | 4 | GSR 2006-OA1 |
| Ocwen; Bank of America; PNC; Wells Fargo | 26 | GSAA 2007-6 |
| Ocwen; JP Morgan Chase; Bank of America; Wells Fargo | 6 | GSAA 2006-8 |
| Ocwen; One West; Nationstar | 9 | GSR 2007-OA2 |
| Ocwen; Select Portfolio Servicing | 197 | GSAMP 2006-HE-3<br>GSAMP 2006-HE-4<br>GSAMP 2006-HE-5 |
| Wells Fargo; Bank of America | 59 | GSAA 2005-14 |
| Wells Fargo; Ocwen; Bank of America | 5 | GSAA 2006-4 |

As indicated, 583 of these 672 Sample Loans are in Securitizations that are serviced entirely or partially by Ocwen; in a meet-and-confer session held last week, Goldman stated that it expected to receive additional productions of loan files from the servicer Ocwen on April 12 and April 15, 2013. Goldman also stated that it expected to receive a production this week from PNC, which is listed as servicer for Securitizations including 27 Sample Loans.

Goldman represented to FHFA that it had not exhausted its efforts to seek production of the outstanding Sample Loans. Specifically, Goldman stated that it continues to have discussions with servicers who have represented that they have completed production to confirm that the servicers do not actually possess any additional Sample Loans. Goldman also represented to FHFA that Goldman has been able to identify all Loan Files relating to the Securitizations at issue in this case produced by servicers to date and, thus, that Goldman is not in possession of any servicer productions that might contain unidentified Loan Files relating to Sample Loans.

FHFA is available to discuss this report at the Court's convenience.

Very truly yours,

/s/ Philippe Z. Selendy

Philippe Z. Selendy

cc: All counsel of record