**Tranche 3 and Ally Pretrial Schedule**

September 24, 2013

<u>Via Electronic Mail</u>

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:   *FHFA v. Deutsche Bank AG, et al.*, 11 Civ. 6192 (DLC); *FHFA v. Goldman Sachs & Co., et al.*, 11 Civ. 6198 (DLC); *FHFA v. Credit Suisse Holdings (USA), Inc., et al.*, 11 Civ. 6200 (DLC); and *FHFA v. Ally Financial, Inc., et al.*, 11 Civ. 7010 (DLC).

Dear Judge Cote:

    We write on behalf of Plaintiff Federal Housing Finance Agency ("FHFA"), and with the consent of certain of the defendants in the above-captioned actions, to jointly request that the Court enter the enclosed Stipulation and [Proposed] Order adjusting the pretrial schedule in the Tranche 3 cases and the [Proposed] Order adjusting the pretrial schedule in the *Ally* case.

    FHFA has reached agreement with the Tranche 3 and certain Ally defendants concerning revised expert discovery and summary judgment dates, and expert topic disclosure dates.[1] The agreed-upon dates and expert disclosure protocol are set forth in Exhibit 1 to the attached Stipulation and [Proposed] Order Regarding the Revised Pretrial Schedule for Tranche 3 and Exhibit 1 to the attached [Proposed] Order Regarding the Revised Pretrial Schedule in *Ally*. The parties' agreed-upon dates maintain the Court's August 4, 2014 summary judgment submittal date in the Tranche 3 and *Ally* cases. Aug. 14, 2013 Hr'g Tr. at 37:3-5. They further preserve the Court's September 2, 2014 and September 29, 2014 pretrial order and trial dates in the Tranche 3 cases. *Id.* at 36:23-37:2.

    The parties are available to discuss this scheduling proposal at the Court's request. Thank you for Your Honor's consideration of this submission.

---

[1] Defendants Ally Financial, Inc., GMAC Mortgage Group, Inc., Ally Securities, LLC, and Credit Suisse Securities (USA) LLC do not object to this proposed schedule or proposed order. The remaining co-defendants in the *Ally* action have not taken a position.

1

**The Honorable Denise L. Cote** September 24, 2013

Respectfully submitted,

/s/ Philippe Z. Selendy
Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. Deutsche Bank AG, and FHFA v. Goldman, Sachs & Co.*

/s/ Christine H. Chung
Christine H. Chung
(christinechung@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. Credit Suisse Holdings (USA), Inc.*

/s/ Kanchana Wangkeo Leung
Kanchana Wangkeo Leung
(kleung@kasowitz.com)
KASOWITZ, BENSON, TORRES &
 FRIEDMAN, LLP
1633 Broadway
New York, New York 10019
(212) 506-1805

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. Ally Financial Inc.*

cc:   All Counsel of Record