**Production and Stipulation of Loan Files and Guidelines in Tranche 3 and 4**

September 27, 2013

**VIA ECF**

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re: *FHFA v. Deutsche Bank AG, et al.*, 11 Civ. 6192, *FHFA v. Goldman Sachs & Co., et al.*, 11 Civ. 6198, and *FHFA v. Credit Suisse Holdings (USA), Inc., et al.*, 11 Civ. 6200 (collectively, the "Tranche 3 Actions"); *FHFA v. HSBC North America Holdings, Inc., et al.*, 11 Civ. 6189, *FHFA v. Barclays Bank PLC, et al.*, 11 Civ. 6190, *FHFA v. First Horizon National Corp., et al.*, 11 Civ. 6193, *FHFA v. Bank of America Corp., et al.*, 11 Civ. 6195, *FHFA v. Nomura Holding America, Inc., et al.*, 11 Civ. 6201, *FHFA v. SG Americas, Inc., et al.*, 11 Civ. 6203, *FHFA v. Morgan Stanley, et al.*, 11 Civ. 6739, and *FHFA v. Ally Financial, Inc., et al.*, 11 Civ. 7010 (collectively, the "Tranche 4 Actions")

Dear Judge Cote:

On behalf of Plaintiff Federal Housing Finance Agency ("FHFA"), we write to update the Court on the status of the production, identification, and stipulation of Loan Files and Guidelines in the Tranche 3 and 4 Actions, pursuant to the Supplemental Expert Scheduling Order dated February 27, 2013 (the "Supplemental ESO").[1]

**Status of Sample Loan File Production**

The status of Sample Loan File production to date in the Tranche 3 and 4 Actions is as follows:[2]

| Action | Tranche | Securitiz-ations | Original Sample Loans | Supp. Sample Loans | Total Sample Loans | Total Loan Files Produced and Identified |
|---|---|---|---|---|---|---|
| Credit Suisse | 3 | 43 | 4,900 | 624 | 5,524 | 4,979 |
| Deutsche Bank | 3 | 40 | 4,700 | 800 | 5,500 | 5,030 |
| Goldman Sachs | 3 | 40 | 4,000 | 1,012 | 5,012 | 4,307 |
| Morgan Stanley | 4 | 33 | 3,400 | 704 | 4,104 | 3,502 |
| BOA | 4 | 23 | 3,000 | 376 | 3,376 | 3,324 |

---

[1] Capitalized terms used in this status report are intended to have the same meaning as defined in the Supplemental ESO.

[2] These numbers reflect the Sample Loan Files received, processed, and matched by FHFA's vendor as of September 25, 2013.

| Action | Tranche | Securitiz-ations | Original Sample Loans | Supp. Sample Loans | Total Sample Loans | Total Loan Files Produced and Identified |
|---|---|---|---|---|---|---|
| Ally | 4 | 21 | 2,100 | 8 | 2,108 | 2,108 |
| HSBC | 4 | 17 | 1,800 | 0 | 1,800 | 1,800 |
| Barclays | 4 | 8 | 800 | 108 | 908 | 799 |
| Nomura | 4 | 7 | 700 | 96 | 796 | 789 |
| First Horizon | 4 | 5 | 500 | 0 | 500 | 494 |
| SG Americas | 4 | 3 | 400 | 0 | 400 | 400 |
| **Totals** | **N/A** | **240** | **26,300** | **3,728** | **30,028** | **27,532** |

As reflected in the table above, more than 27,500 out of approximately 30,000 Sample Loan Files—roughly 92 percent—have been identified and produced in the Tranche 3 and 4 Actions. With the exception of approximately 400 new supplemental Sample Loans, FHFA believes that it has exhausted its efforts to locate the remaining Sample Loan Files. For the approximately 400 supplemental Sample Loan Files, the parties have coordinated to request expedited productions from third parties, or at least manifests identifying Sample Loan Files in the possession of third parties. Third party servicers and originators have been cooperative and FHFA does not anticipate any unreasonable delay in production.

**Status of Loan File and Guideline Stipulations**

To date, FHFA believes that it has identified a sufficient number of Sample Loan Files for 225 of the 240 Securitizations at issue in the Tranche 3 and 4 Actions, and does not anticipate needing to supplement its samples for those Securitizations. Furthermore, the parties have completed the stipulation process for 197 out of the 225 Securitizations, which are identified on Exhibit 1.

As to the remaining 28 out of 225 Securitizations, which are listed on Exhibit 2, FHFA requests an extension of the deadline for production, identification and stipulation of Loan Files and Guidelines in the *Morgan Stanley* and *Bank of America* cases until October 15, 2013 for the following reasons:

- Morgan Stanley (27 Securitizations). FHFA continues to provide Loan File and Guideline proposed matches for the 27 deals listed in Exhibit 2. The Morgan Stanley defendants have not responded to FHFA's matching proposals provided on August 12, August 15, August 28, and September 20, but has represented that it will provide FHFA with responses today. The parties, however, have agreed to meet and confer on Wednesday, October 2, 2013 and continue to work together on these issues. As a result, FHFA requires additional time to finalize the identification and stipulation process.

- Bank of America (1 Securitization). FHFA and the Bank of America defendants continue to exchange Loan File and Guideline matches for the NSTR 2007-C

>   Securitization, for which the Sample Loan Files were not obtained from third parties until late August. While FHFA proposed its initial matches on September 6, 2013, the Bank of America defendants did not respond to FHFA's Loan File and Guideline proposals until this week. As a result, FHFA requires additional time to review the Bank of America defendants' responses to FHFA's proposals prior to stipulating. Bank of America has agreed to this extension.[3]

For the remaining 15 out of 240 Securitizations, which are listed on Exhibit 3, FHFA has not yet identified a sufficient number of Sample Loan Files. On September 6 and September 16, 2013, FHFA disclosed an additional supplementation relating to these Securitizations. As discussed above, the parties are making all efforts to identify the Sample Loan Files through third-party discovery, and intend to exchange proposed stipulations thereafter. Consequently, FHFA requests an extension of the deadline for the production, identification, and stipulation of Loan Files and Guidelines for these 15 Securitizations until October 15, 2013. The Barclays, Credit Suisse, Deutsche Bank, Goldman Sachs and Morgan Stanley Defendants join this request.

Finally, pursuant to paragraph 5 of the Court's June 11, 2013 Order Amending the Supplemental Expert Scheduling Order for Tranches 3 and 4, FHFA identified the Sample Loans and Supplemental Sample Loans that it currently anticipates re-underwriting for the 197 Securitizations for which it has completed the stipulation process. However, in light of FHFA's September 6, 2013 supplementation and the parties' ongoing stipulation process, FHFA requests an extension for the 43 Securitizations listed in Exhibits 2 and 3 to identify the Sample Loans and Supplemental Sample Loans that it intends to re-underwrite. FHFA and the Bank of America, Barclays, Credit Suisse, Deutsche Bank, Goldman Sachs and Morgan Stanley Defendants have agreed to an extension until October 15, 2013.

FHFA is available to discuss the status of loan identification and matching in the Tranche 3 and 4 cases at the Court's request.

---

[3] Additionally, FHFA and the Bank of America defendants continue to review and finalize the parties' Loan File and Guideline stipulations for the remaining Securitizations in light of third party productions received subsequent to completing the initial stipulation process for those Securitizations. FHFA anticipates completing this process by October 15, 2013.

The Honorable Denise L. Cote September 27, 2013

Respectfully submitted,

/s/ Philippe Z. Selendy
Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. Deutsche Bank AG, and FHFA v. Goldman, Sachs & Co.*

/s/ Richard A. Schirtzer
Richard A. Schirtzer
(richardschirtzer@quinnemanuel.com)
Adam Abensohn
(adamabensohn@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. HSBC North America Holdings, Inc., and FHFA v. Nomura Holding America, Inc.*

/s/ Christine H. Chung
Christine H. Chung
(christinechung@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. First Horizon National Corp., FHFA v. Bank of America Corp., and FHFA v. Credit Suisse Holdings (USA), Inc.*

/s/ Manisha M. Sheth
Manisha M. Sheth
(manishasheth@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. Barclays Bank PLC*

/s/ Michael A. Hanin
Michael A. Hanin
(mhanin@kasowitz.com)
KASOWITZ, BENSON, TORRES &
 FRIEDMAN, LLP
1633 Broadway
New York, New York 10019

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. Ally Financial Inc., FHFA v. Morgan Stanley, and FHFA v. SG Americas, Inc.*

cc: All Counsel of Record

**Production and Stipulation of Loan Files and Guidelines in Tranche 3 and 4**

**Exhibit 1**: (Securitizations for which the stipulation process has been completed and supplementation is not necessary).

| No. | Defendant | Securitization |
|---|---|---|
| 1. | Ally | RALI 2005-QO4 |
| 2. | Ally | RALI 2006-QO4 |
| 3. | Ally | RALI 2006-QO5 |
| 4. | Ally | RALI 2006-QO8 |
| 5. | Ally | RALI 2006-QO9 |
| 6. | Ally | RALI 2007-QH5 |
| 7. | Ally | RAMP 2005-EFC6 |
| 8. | Ally | RAMP 2005-EFC7 |
| 9. | Ally | RAMP 2005-NC1 |
| 10. | Ally | RAMP 2005-RS9 |
| 11. | Ally | RAMP 2006-RS1 |
| 12. | Ally | RASC 2005-EMX3 |
| 13. | Ally | RASC 2005-KS10 |
| 14. | Ally | RASC 2005-KS11 |
| 15. | Ally | RASC 2006-EMX8 |
| 16. | Ally | RASC 2006-EMX9 |
| 17. | Ally | RASC 2006-KS3 |
| 18. | Ally | RASC 2006-KS9 |
| 19. | Ally | RASC 2007-EMX1 |
| 20. | Ally | RASC 2007-KS2 |
| 21. | Ally | RASC 2007-KS3 |
| 22. | Barclays | AMSI 2005-R10 |
| 23. | Barclays | ARSI 2005-W3 |
| 24. | Barclays | ARSI 2005-W5 |
| 25. | Barclays | ARSI 2006-W2 |
| 26. | Barclays | CBASS 2007-CB2 |
| 27. | Barclays | FHLT 2005-D |
| 28. | Barclays | FHLT 2006-C |
| 29. | BoA | ABFC 2005-WMC1 |
| 30. | BoA | ABFC 2006-HE1 |
| 31. | BoA | ABFC 2006-OPT1 |
| 32. | BoA | ABFC 2006-OPT2 |
| 33. | BoA | ABFC 2006-OPT3 |
| 34. | BoA | ABFC 2007-WMC1 |
| 35. | BoA | BAFC 2006-G |
| 36. | BoA | BAFC 2006-H |
| 37. | BoA | BAFC 2007-A |
| 38. | BoA | BAFC 2007-C |

| No. | Defendant | Securitization |
|---|---|---|
| 39. | BoA | BOAA 2005-10 |
| 40. | BoA | BOAA 2005-11 |
| 41. | BoA | BOAA 2005-12 |
| 42. | BoA | BOAA 2006-1 |
| 43. | BoA | BOAA 2006-2 |
| 44. | BoA | BOAA 2006-3 |
| 45. | BoA | OOMLT 2005-5 |
| 46. | BoA | OOMLT 2007-FXD1 |
| 47. | BoA | OOMLT 2007-2 |
| 48. | BoA | OOMLT 2007-6 |
| 49. | BoA | OOMLT 2007-HL1 |
| 50. | BoA | STALT 2005-1F |
| 51. | Credit Suisse | ABSHE 2005-HE8 |
| 52. | Credit Suisse | ABSHE 2006-HE1 |
| 53. | Credit Suisse | ABSHE 2006-HE2 |
| 54. | Credit Suisse | ABSHE 2006-HE3 |
| 55. | Credit Suisse | ABSHE 2006-HE4 |
| 56. | Credit Suisse | ABSHE 2006-HE5 |
| 57. | Credit Suisse | ABSHE 2006-HE6 |
| 58. | Credit Suisse | ABSHE 2006-HE7 |
| 59. | Credit Suisse | ABSHE 2007-HE1 |
| 60. | Credit Suisse | ABSHE 2007-HE2 |
| 61. | Credit Suisse | AMSI 2005-R8 |
| 62. | Credit Suisse | AMSI 2005-R11 |
| 63. | Credit Suisse | AMSI 2006-R2 |
| 64. | Credit Suisse | ARMT 2005-10 |
| 65. | Credit Suisse | ARMT 2005-11 |
| 66. | Credit Suisse | ARMT 2005-12 |
| 67. | Credit Suisse | ARMT 2006-1 |
| 68. | Credit Suisse | CSFB 2005-11 |
| 69. | Credit Suisse | CSFB 2005-12 |
| 70. | Credit Suisse | CSMC 2006-1 |
| 71. | Credit Suisse | CSMC 2007-NC1 |
| 72. | Credit Suisse | FHLT 2005-E |
| 73. | Credit Suisse | FMIC 2007-1 |
| 74. | Credit Suisse | HEAT 2005-7 |
| 75. | Credit Suisse | HEAT 2005-8 |
| 76. | Credit Suisse | HEAT 2005-9 |
| 77. | Credit Suisse | HEAT 2006-1 |
| 78. | Credit Suisse | HEAT 2006-3 |

| No. | Defendant | Securitization |
|---|---|---|
| 79. | Credit Suisse | HEAT 2006-4 |
| 80. | Credit Suisse | HEAT 2006-5 |
| 81. | Credit Suisse | HEAT 2006-6 |
| 82. | Credit Suisse | HEAT 2006-7 |
| 83. | Credit Suisse | HEAT 2006-8 |
| 84. | Credit Suisse | HEAT 2007-1 |
| 85. | Credit Suisse | HEAT 2007-2 |
| 86. | Credit Suisse | HEAT 2007-3 |
| 87. | Credit Suisse | HEMT 2006-6 |
| 88. | Credit Suisse | INABS 2006-B |
| 89. | Credit Suisse | INABS 2006-C |
| 90. | Credit Suisse | INABS 2006-E |
| 91. | Credit Suisse | NCHET 2006-1 |
| 92. | Deutsche Bank | ACE 2005-AG1 |
| 93. | Deutsche Bank | ACE 2005-HE6 |
| 94. | Deutsche Bank | ACE 2005-HE7 |
| 95. | Deutsche Bank | ACE 2005-ASAP1 |
| 96. | Deutsche Bank | ACE 2006-ASAP1 |
| 97. | Deutsche Bank | ACE 2006-ASAP2 |
| 98. | Deutsche Bank | ACE 2006-ASAP3 |
| 99. | Deutsche Bank | ACE 2006-ASAP4 |
| 100. | Deutsche Bank | ACE 2006-ASAP5 |
| 101. | Deutsche Bank | ACE 2006-ASAP6 |
| 102. | Deutsche Bank | ACE 2006-CW1 |
| 103. | Deutsche Bank | ACE 2006-FM1 |
| 104. | Deutsche Bank | ACE 2006-FM2 |
| 105. | Deutsche Bank | ACE 2006-HE1 |
| 106. | Deutsche Bank | ACE 2006-HE2 |
| 107. | Deutsche Bank | ACE 2006-HE3 |
| 108. | Deutsche Bank | ACE 2006-HE4 |
| 109. | Deutsche Bank | ACE 2006-NC1 |
| 110. | Deutsche Bank | ACE 2006-NC2 |
| 111. | Deutsche Bank | ACE 2006-NC3 |
| 112. | Deutsche Bank | ACE 2006-OP1 |
| 113. | Deutsche Bank | ACE 2006-OP2 |
| 114. | Deutsche Bank | ACE 2007-ASAP1 |
| 115. | Deutsche Bank | ACE 2007-ASAP2 |
| 116. | Deutsche Bank | ACE 2007-ASL1 |
| 117. | Deutsche Bank | ACE 2007-HE1 |
| 118. | Deutsche Bank | ACE 2007-HE2 |

| No. | Defendant | Securitization |
|---|---|---|
| 119. | Deutsche Bank | ACE 2007-HE3 |
| 120. | Deutsche Bank | ACE 2007-HE4 |
| 121. | Deutsche Bank | ACE 2007-HE5 |
| 122. | Deutsche Bank | ACE 2007-WM1 |
| 123. | Deutsche Bank | ACE 2007-WM2 |
| 124. | Deutsche Bank | DBALT 2007-OA4 |
| 125. | Deutsche Bank | INDX 2005-AR31 |
| 126. | Deutsche Bank | INDX 2006-AR9 |
| 127. | Deutsche Bank | MHL 2007-1 |
| 128. | Deutsche Bank | NCHET 2006-2 |
| 129. | Deutsche Bank | NHEL 2007-1 |
| 130. | Deutsche Bank | RAST 2005-A15 |
| 131. | First Horizon | FHAMS 2005-AA10 |
| 132. | First Horizon | FHAMS 2005-AA11 |
| 133. | First Horizon | FHAMS 2005-AA12 |
| 134. | First Horizon | FHAMS 2005-AA9 |
| 135. | First Horizon | FHAMS 2006-AA1 |
| 136. | Goldman Sachs | AHMA 2006-1 |
| 137. | Goldman Sachs | ACCR 2005-4 |
| 138. | Goldman Sachs | FFML 2005-FF11 |
| 139. | Goldman Sachs | FFML 2005-FF8 |
| 140. | Goldman Sachs | FFML 2006-FF13 |
| 141. | Goldman Sachs | FHLT 2006-E |
| 142. | Goldman Sachs | GSAA 2005-11 |
| 143. | Goldman Sachs | GSAA 1005-14 |
| 144. | Goldman Sachs | GSAA 2005-15 |
| 145. | Goldman Sachs | GSAA 2006-11 |
| 146. | Goldman Sachs | GSAA 2006-2 |
| 147. | Goldman Sachs | GSAA 2006-4 |
| 148. | Goldman Sachs | GSAA 2006-5 |
| 149. | Goldman Sachs | GSAA 2006-8 |
| 150. | Goldman Sachs | GSAA 2007-6 |
| 151. | Goldman Sachs | GSAMP 2005-AHL2 |
| 152. | Goldman Sachs | GSAMP 2005-HE5 |
| 153. | Goldman Sachs | GSAMP 2005-WMC2 |
| 154. | Goldman Sachs | GSAMP 2005-WMC3 |
| 155. | Goldman Sachs | GSAMP 2006-FM1 |
| 156. | Goldman Sachs | GSAMP 2006-FM2 |
| 157. | Goldman Sachs | GSAMP 2006-FM3 |
| 158. | Goldman Sachs | GSAMP 2006-HE8 |


| No. | Defendant | Securitization |
|---|---|---|
| 159. | Goldman Sachs | GSAMP 2006-NC2 |
| 160. | Goldman Sachs | GSAMP 2007-HE1 |
| 161. | Goldman Sachs | GSAMP 2007-HE2 |
| 162. | Goldman Sachs | GSAMP 2007-FM1 |
| 163. | Goldman Sachs | GSAMP 2007-FM2 |
| 164. | Goldman Sachs | GSAMP 2007-NC1 |
| 165. | Goldman Sachs | GSR 2006-OA1 |
| 166. | Goldman Sachs | GSR 2007-AR2 |
| 167. | Goldman Sachs | GSR 2007-OA1 |
| 168. | Goldman Sachs | GSR 2007-OA2 |
| 169. | Goldman Sachs | INDX 2005-AR18 |
| 170. | Goldman Sachs | INDX 2005-AR27 |
| 171. | HSBC | FFML 2006-FF1 |
| 172. | HSBC | FFML 2006-FF11 |
| 173. | HSBC | FFML 2006-FF5 |
| 174. | HSBC | FFML 2006-FF7 |
| 175. | HSBC | FFML 2006-FF9 |
| 176. | HSBC | HASC 2005-I1 |
| 177. | HSBC | HASC 2006-HE1 |
| 178. | HSBC | HASC 2006-HE2 |
| 179. | HSBC | HASC 2006-NC1 |
| 180. | HSBC | HASC 2006-OPT1 |
| 181. | HSBC | HASC 2006-OPT2 |
| 182. | HSBC | HASC 2006-OPT3 |
| 183. | HSBC | HASC 2006-OPT4 |
| 184. | HSBC | HASC 2007-HE1 |
| 185. | HSBC | HASC 2007-HE2 |
| 186. | HSBC | HASC 2007-OPT1 |
| 187. | HSBC | HASC 2007-WF1 |
| 188. | Nomura | NAA 2005-AR6 |
| 189. | Nomura | NHELI 2006-FM1 |
| 190. | Nomura | NHELI 2006-FM2 |
| 191. | Nomura | NHELI 2006-HE3 |
| 192. | Nomura | NHELI 2007-1 |
| 193. | Nomura | NHELI 2007-2 |
| 194. | Nomura | NHELI 2007-3 |
| 195. | SocGen | SGMS 2006-FRE1 |
| 196. | SocGen | SGMS 2006-FRE2 |
| 197. | SocGen | SGMS 2006-OPT2 |

**Production and Stipulation of Loan Files and Guidelines in Tranche 3 and 4**

**Exhibit 2**: (Securitizations for which an extension of the stipulation process until October 15, 2013 is requested and for which supplementation is likely not necessary).

| No. | Defendant | Securitization |
|---|---|---|
| 1. | BoA | NSTR 2007-C |
| 2. | Morgan Stanley | MSAC 2006-HE3 |
| 3. | Morgan Stanley | MSAC 2006-HE5 |
| 4. | Morgan Stanley | MSAC 2006-HE6 |
| 5. | Morgan Stanley | MSAC 2006-HE8 |
| 6. | Morgan Stanley | MSAC 2006-NC3 |
| 7. | Morgan Stanley | MSAC 2006-NC4 |
| 8. | Morgan Stanley | MSAC 2007-HE1 |
| 9. | Morgan Stanley | MSAC 2007-HE5 |
| 10. | Morgan Stanley | MSAC 2007-HE7 |
| 11. | Morgan Stanley | MSAC 2007-NC1 |
| 12. | Morgan Stanley | MSAC 2006-WMC2 |
| 13. | Morgan Stanley | MSC 2006-HE2 |
| 14. | Morgan Stanley | MSC 2006-NC2 |
| 15. | Morgan Stanley | MSHEL 2005-4 |
| 16. | Morgan Stanley | MSM 2005-10 |
| 17. | Morgan Stanley | MSM 2005-7 |
| 18. | Morgan Stanley | MSM 2006-2 |
| 19. | Morgan Stanley | MSM 2007-7AX |
| 20. | Morgan Stanley | NCHET 2005-B |
| 21. | Morgan Stanley | NCHET 2005-C |
| 22. | Morgan Stanley | NCHET 2005-D |
| 23. | Morgan Stanley | SAST 2005-3 |
| 24. | Morgan Stanley | SAST 2006-1 |
| 25. | Morgan Stanley | SAST 2006-2 |
| 26. | Morgan Stanley | SAST 2007-1 |
| 27. | Morgan Stanley | SAST 2007-2 |
| 28. | Morgan Stanley | SAST 2007-3 |

**Exhibit 3**: (Securitizations for which FHFA anticipates that additional supplementation may be necessary).

| No. | Defendant | Securitization |
|---|---|---|
| 1. | Barclays | CBASS 2006-CB1 |
| 2. | Credit Suisse | AHMA 2005-1 |
| 3. | Credit Suisse | FMIC 2005-3 |
| 4. | Deutsche Bank | ACE 2007-SL1 |
| 5. | Goldman Sachs | GSAMP 2005-HE6 |
| 6. | Goldman Sachs | GSAMP 2006-HE3 |
| 7. | Goldman Sachs | GSAMP 2006-HE4 |
| 8. | Goldman Sachs | GSAMP 2006-HE5 |
| 9. | Goldman Sachs | GSAMP 2006-HE7 |
| 10. | Morgan Stanley | AMIT 2005-4 |
| 11. | Morgan Stanley | MSAC 2005-HE5 |
| 12. | Morgan Stanley | MSAC 2005-HE6 |
| 13. | Morgan Stanley | MSM 2006-16AX |
| 14. | Morgan Stanley | MSM 2007-2AX |
| 15. | Morgan Stanley | MSM 2007-5AX |