UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL HOUSING FINANCE AGENCY, etc.,

        Plaintiff,

        v.

HSBC NORTH AMERICA HOLDINGS, INC., et al.,

        Defendants.

11 Civ. 6189 (DLC)

**DEFENDANTS' NOTICE OF MOTION TO CERTIFY A DETERMINATIVE QUESTION OF LAW TO THE SUPREME COURT OF VIRGINIA**

---

FEDERAL HOUSING FINANCE AGENCY, etc.,

        Plaintiff,

        v.

BARCLAYS BANK PLC, et al.,

        Defendants.

11 Civ. 6190 (DLC)

---

FEDERAL HOUSING FINANCE AGENCY, etc.,

        Plaintiff,

        v.

DEUTSCHE BANK AG, et al.,

        Defendants.

11 Civ. 6192 (DLC)

---

```
-------------------------------------------------------------------- x
                                                                     :
FEDERAL HOUSING FINANCE AGENCY, etc.,                                :
                                                                     :
                              Plaintiff,                             :   11 Civ. 6195 (DLC)
                                                                     :
                 v.                                                  :
                                                                     :
BANK OF AMERICA CORP., et al.,                                       :
                                                                     :
                              Defendants.                            :
                                                                     :
-------------------------------------------------------------------- x
                                                                     :
FEDERAL HOUSING FINANCE AGENCY, etc.,                                :
                                                                     :
                              Plaintiff,                             :   11 Civ. 6198 (DLC)
                                                                     :
                 v.                                                  :
                                                                     :
GOLDMAN, SACHS & CO., et al.,                                        :
                                                                     :
                              Defendants.                            :
                                                                     :
-------------------------------------------------------------------- x
                                                                     :
FEDERAL HOUSING FINANCE AGENCY, etc.,                                :
                                                                     :
                              Plaintiff,                             :   11 Civ. 6200 (DLC)
                                                                     :
                 v.                                                  :
                                                                     :
CREDIT SUISSE HOLDINGS (USA), INC., et al.,                          :
                                                                     :
                              Defendants.                            :
                                                                     :
-------------------------------------------------------------------- x
```

```
------------------------------------------------------------------ x
                                                                   :
FEDERAL HOUSING FINANCE AGENCY, etc.,                              :
                                                                   :
                        Plaintiff,                                 :     11 Civ. 6201 (DLC)
                                                                   :
              v.                                                   :
                                                                   :
NOMURA HOLDING AMERICA, INC., et al.,                              :
                                                                   :
                        Defendants.                                :
                                                                   :
------------------------------------------------------------------ x
                                                                   :
FEDERAL HOUSING FINANCE AGENCY, etc.,                              :
                                                                   :
                        Plaintiff,                                 :     11 Civ. 6202 (DLC)
                                                                   :
              v.                                                   :
                                                                   :
MERRILL LYNCH & CO., INC., et al.,                                 :
                                                                   :
                        Defendants.                                :
                                                                   :
------------------------------------------------------------------ x
                                                                   :
FEDERAL HOUSING FINANCE AGENCY, etc.,                              :
                                                                   :
                        Plaintiff,                                 :     11 Civ. 6203 (DLC)
                                                                   :
              v.                                                   :
                                                                   :
SG AMERICAS, INC., et al.,                                         :
                                                                   :
                        Defendants.                                :
                                                                   :
------------------------------------------------------------------ x
```

```
------------------------------------------------------------------ x
                                                                   :
FEDERAL HOUSING FINANCE AGENCY, etc.,                              :
                                                                   :
                        Plaintiff,                                 :   11 Civ. 6739 (DLC)
                                                                   :
                v.                                                 :
                                                                   :
MORGAN STANLEY, et al.,                                            :
                                                                   :
                        Defendants.                                :
                                                                   :
------------------------------------------------------------------ x
                                                                   :
FEDERAL HOUSING FINANCE AGENCY, etc.,                              :
                                                                   :
                        Plaintiff,                                 :   11 Civ. 7010 (DLC)
                                                                   :
                v.                                                 :
                                                                   :
ALLY FINANCIAL INC., et al.,                                       :
                                                                   :
                        Defendants.                                :
------------------------------------------------------------------ x
```

**DEFENDANTS' NOTICE OF MOTION TO CERTIFY A DETERMINATIVE QUESTION OF LAW TO THE SUPREME COURT OF VIRGINIA**

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Defendants' Motion to Certify a Determinative Question of Law to the Supreme Court of Virginia, and the accompanying Declaration of Beth A. Stewart, dated November 1, 2013, the Defendants in the above-captioned actions, by their undersigned counsel, hereby move this Court, before the Honorable Denise L. Cote, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order, certifying a dispositive issue of law to the Supreme Court of Virginia.

Dated:  November 1, 2013

Respectfully submitted,

| | |
|---|---|
| /s/ James P. Rouhandeh | /s/ Thomas C. Rice |
| James P. Rouhandeh (rouhandeh@davispolk.com) | Thomas C. Rice (trice@stblaw.com) |
| Brian S. Weinstein (brian.weinstein@davispolk.com) | David J. Woll (dwoll@stblaw com) |
| Daniel J. Schwartz (daniel.schwartz@davispolk.com) | Andrew T. Frankel (afrankel@stblaw.com) |
| Nicholas N. George (nicholas.george@davispolk.com) | Alan C. Turner (aturner@stblaw.com) |
| Jane M. Morril (jane.morril@davispolk.com) | SIMPSON THACHER & BARTLETT LLP |
| DAVIS POLK & WARDWELL LLP | 425 Lexington Avenue |
| 450 Lexington Avenue | New York, NY  10017-3954 |
| New York, New York  10017 | |
| | *Attorneys for Defendants Deutsche Bank AG, Taunus Corporation, Deutsche Bank Securities Inc., DB Structured Products, Inc., ACE Securities Corp., MortgageIT Securities Corp.* |
| *Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co. Incorporated, Morgan Stanley Mortgage Capital Holdings LLC d/b/a Morgan Stanley Mortgage Capital Inc., Morgan Stanley ABS Capital I Inc., Morgan Stanley Capital I Inc., Saxon Capital, Inc., Saxon Funding Management LLC f/k/a Saxon Funding Management Inc., Saxon Asset Securities Company, Gail P. McDonnell, Howard Hubler, David R. Warren, and Steven S. Stern* | |

| | |
|---|---|
| /s/ Bruce E. Clark | /s/ David H. Braff |
| Bruce E. Clark (clarkb@sullcrom.com) | David H. Braff (braffd@sullcrom.com) |
| SULLIVAN & CROMWELL LLP | Brian T. Frawley (frawleyb@sullcrom.com) |
| 125 Broad Street | Jeffrey T. Scott (scottj@sullcrom.com) |
| New York, NY  10004 | SULLIVAN & CROMWELL LLP |
| | 125 Broad Street |
| Amanda F. Davidoff (davidoffa@sullcrom.com) | New York, NY  10004 |
| SULLIVAN & CROMWELL LLP | |
| 1701 Pennsylvania Avenue, N.W. | *Attorneys for Barclays Capital Inc., Barclays Bank PLC, Securitized Asset Backed Receivables LLC, Paul Menefee, John Carroll, and Michael Wade* |
| Washington, DC  20006 | |
| | |
| *Attorneys for Defendants First Horizon National Corporation, First Tennessee Bank National Association, FTN Financial Securities Corporation, First Horizon Asset Securities, Inc., Gerald L. Baker, Peter F. Makowiecki, Charles G. Burkett, and Thomas J. Wageman* | |

2

 /s/ David Blatt
David Blatt (dblatt@wc.com)
John McNichols (jmcnichols@wc.com)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005

*Attorneys for Bank of America Corporation; Bank of America, N.A.; Asset Backed Funding Corp.; Banc of America Funding Corp.; Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Mortgage Capital Inc., First Franklin Financial Corp., Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Government Securities, Inc., Merrill Lynch, Pierce, Fenner & Smith Inc.*

 /s/ Richard W. Clary
Richard W. Clary (rclary@cravath.com)
Richard J. Stark (rstark@cravath.com)
Michael T. Reynolds (mreynolds@cravath.com)
Lauren A. Moskowitz (lmoskowitz@cravath.com)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

*Attorneys for Credit Suisse Securities (USA) LLC, Credit Suisse Holdings (USA), Inc., Credit Suisse (USA), Inc., DLJ Mortgage Capital, Inc., Credit Suisse First Boston Mortgage Securities Corporation, Asset Backed Securities Corporation, Credit Suisse First Boston Mortgage Acceptance Corporation, Andrew A. Kimura, Jeffrey A. Altabef, Evelyn Echevarria, Michael A. Marriott, Zev Kindler, Thomas E. Siegler, Thomas Zingalli, Carlos Onis, Steven L. Kantor, Joseph M. Donovan, Juliana Johnson, and Greg Richter*

 /s/ Richard H. Klapper
Richard H. Klapper (klapperr@sullcrom.com)
Theodore Edelman (edelmant@sullcrom.com)
Michael T. Tomaino, Jr. (tomainom@sullcrom.com)
Tracy Richelle High (hight@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

*Attorneys for Goldman, Sachs & Co, GS Mortgage Securities Corp., Goldman Sachs Mortgage Company, The Goldman Sachs Group, Inc., Goldman Sachs Real Estate Funding Corp., Howard S. Altarescu, Kevin Gasvoda, Michelle Gill, David J. Rosenblum, Jonathan S. Sobel, Daniel L. Sparks, and Mark Weiss*

 /s/ Bruce E. Clark
Bruce E. Clark (clarkb@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

Amanda F. Davidoff (davidoffa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, DC 20006

*Attorneys for Defendants Nomura Securities International, Inc., Nomura Holding America Inc., Nomura Asset Acceptance Corporation, Nomura Home Equity Loan, Inc., Nomura Credit & Capital, Inc., David Findlay, John McCarthy, John P. Graham, Nathan Gorin and N. Dante Larocca*

3

 /s/ Scott D. Musoff
Jay B. Kasner (jay.kasner@skadden.com)
Scott D. Musoff (scott.musoff@skadden.com)
George Zimmerman (george.zimmerman@skadden.com)
Robert A. Fumerton (robert.fumerton@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

*Attorneys for SG Americas, Inc., SG Americas Securities Holdings, LLC, SG Americas Securities, LLC, SG Mortgage Finance Corp., and SG Mortgage Securities, LLC, Arnaud Denis, Abner Figueroa, Tony Tusi, and Orlando Figueroa*

 /s/ Pamela Rogers Chepiga
Pamela Rogers Chepiga (pamela.chepiga@allenovery.com)
Josephine A. Cheatham (allie.cheatham@allenovery.com)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

*Attorneys for Samuel L. Molinaro, Jr.*

 /s/ John M. Conlon
John M. Conlon (jconlon@mayerbrown.com)
Mark S. Hanchet (mhanchet@mayerbrown.com)
Michael O. Ware (mware@mayerbrown.com)
MAYER BROWN LLP
1675 Broadway
New York, NY 10019

*Attorneys for Defendants HSBC North America Holdings Inc., HSBC USA Inc., HSBC Markets (USA) Inc., HSBC Bank USA, NA., HSI Asset Securitization Corporation, HSBC Securities (USA) Inc., Neal Leonard, Gerard Mattia, John Voigtman, and Todd White*

 /s/ Thomas C. Rice
Thomas C. Rice (trice@stblaw.com)
David J. Woll (dwoll@stblaw.com)
Alan Turner (aturner@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

*Attorneys for Defendant RBS Securities Inc.*

4

 /s/ Daniel C. Zinman
Daniel C. Zinman (dzinman@rkollp.com)
H. Rowan Gaither (rgaither@rkollp.com)
Matthew M. Riccardi (mriccardi@rkollp.com)
RICHARDS KIBBE & ORBE LLP
200 Liberty Street
New York, NY  10281

*Attorneys for George C. Carp, Robert Caruso, George E. Ellison, Adam D. Glassner, Daniel B. Goodwin, Juliana Johnson, Michael J. Kula, William L. Maxwell, Mark I. Ryan, and Antoine Schetritt; Donald Han, Michael M. McGovern, Paul Park, Donald J. Puglisi, Brian T. Sullivan, and Matthew Whalen*

 /s/ Joseph M. Gillis
Joseph M. Gillis (jgillis@wiggin.com)
Timothy A. Diemand (tdiemand@wiggin.com)
WIGGIN AND DANA LLP
One City Place
185 Asylum Street
Hartford, CT 06103

 /s/ Thomas C. Rice
Thomas C. Rice (trice@stblaw.com)
David J. Woll (dwoll@stblaw.com)
Alan Turner (aturner@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY  10017

*Attorneys for Defendants in
FHFA v. The Royal Bank of Scotland Grp., PLC, et al.
(D. Conn.)*

 /s/ Dani R. James
Dani R. James (djames@kramerlevin.com)
Jade A. Burns (jburns@kramerlevin.com)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036

*Attorneys for Defendant Jeffrey L. Verschleiser*

5