# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

By E-Mail

November 14, 2013

Hon. Denise L. Cote,
   United States District Judge,
      Daniel Patrick Moynihan United States Courthouse,
         500 Pearl Street, Room 1610,
           New York, New York 10007-1312.

      Re:   *FHFA Actions*, No. 11-cv-5201, *et al.* (S.D.N.Y.) (DLC)

Dear Judge Cote:

      Pursuant to Rule 3.F of Your Honor's Individual Practices, I write to inform Your Honor that the Section 11 Individual Defendants' Motion for Partial Judgment on the Pleadings (e.g., 11-cv-6198 ECF No. 465) was fully briefed on September 6, 2013. Sixty days from that date elapsed on Tuesday, November 5, 2013.

                          Respectfully Submitted,

                          Richard H. Klapper

cc: Counsel for All Parties