# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

December 11, 2013

<u>Via E-mail</u>

Hon. Denise L. Cote,
   United States District Judge,
      Daniel Patrick Moynihan U.S. Courthouse,
         500 Pearl Street, Room 1610
           New York, New York 10007-1312.

        Re:    <u>FHFA Actions</u>, No. 11-cv-5201, et al. (S.D.N.Y.) (DLC)

Dear Judge Cote:

      On behalf of Defendants in the above-captioned Actions, I write in accordance with the Court's request during the hearing of December 9, 2013 that we provide to counsel for FHFA Exhibits 16 and 17 in Exhibit 108 to the November 15, 2013 Declaration of Bradley A. Harsch so that FHFA may report to the Court concerning production of the reports reflected by those exhibits. For the Court's information, Exhibits 16 and 17 are located on pages 24 and 25, respectively, of the enclosed document.

                                  Respectfully,

                                    Richard H. Klapper

cc:    Counsel for All Parties.

(Enclosure)