**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7175**

WRITER'S INTERNET ADDRESS
**sascharand@quinnemanuel.com**

December 27, 2013

<u>VIA ECF</u>

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:   <u>FHFA v. Goldman, Sachs & Co., et al.</u>, 11 Civ. 6198 (DLC)

Dear Judge Cote:

      We write on behalf of Plaintiff Federal Housing Finance Agency ("FHFA"), and with the consent of Goldman Sachs Defendants, regarding the identification and stipulation of Loan Files and Guidelines in the above-captioned action, pursuant to Paragraph 2 of the Supplemental Expert Scheduling Order dated February 27, 2013 ("Supplemental ESO"). Enclosed hereto is a copy of the parties' Stipulation Regarding Loan File and Guideline Matching ("Stipulation"). Exhibit 1 to the Stipulation identifies the Loan Files and Guidelines to which the parties stipulated in accordance with Paragraph 2 of the Supplemental ESO. Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

/s/ Sascha N. Rand

Sascha N. Rand

Enclosure

cc:   All Counsel of Record

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG