Cote, D.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, etc., | 11 Civ. 6198 (DLC)<br>11 Civ. 6200 (DLC)<br>11 Civ. 6202 (DLC)<br>11 Civ. 7010 (DLC) |
| Plaintiff, | |
| -against- | |
| MERRILL LYNCH & CO., INC., et al., | |
| Defendants; | |
| And other FHFA cases. | |

2/26/2014

## STIPULATION AND [PROPOSED] ORDER
## REGARDING NON-RE-UNDERWRITING EXPERT SCHEDULE

WHEREAS, Plaintiff Federal Housing Finance Agency ("FHFA") and the Defendants in *FHFA v. Merrill Lynch & Co., Inc.*, 11 Civ. 6202 agreed to, and the Court ordered, a revised pretrial schedule governing expert discovery on September 6, 2013 and December 6, 2013;

WHEREAS, FHFA and the Defendants in *FHFA v. Goldman Sachs & Co.*, 11 Civ. 6198, *FHFA v. Credit Suisse Holdings (USA), Inc.*, 11 Civ. 6200, and *FHFA v. Ally Financial, Inc.*, 11 Civ. 7010 (collectively, the "Tranche 3 cases") agreed to, and the Court ordered, a revised pretrial schedule governing expert discovery on September 25, 2013;

WHEREAS, on February 21, 2014, the Defendants in the Tranche 3 cases requested a short extension of the deadlines to serve non-re-underwriting expert reports and rebuttal non-re-underwriting expert reports;

WHEREAS, FHFA was willing to agree to an extension if the deadline to serve rebuttal non-re-underwriting expert reports in *Merrill Lynch* occurred after the Tranche 3 cases served their non-re-underwriting expert reports;

1

WHEREAS, at the request of the Defendants in the Tranche 3 cases, the Defendants in *Merrill Lynch* agreed to an extension of the deadline to serve rebuttal non-re-underwriting expert reports; and

WHEREAS, FHFA and Defendants in the Tranche 2 and 3 cases agree that no party shall raise this revised schedule as a basis for altering the summary judgment or trial schedule previously ordered by the Court;

IT IS NOW STIPULATED AND AGREED BY THE PARTIES THAT:

1. The schedule set forth on Exhibit 1 hereto shall govern the schedule for disclosing non-re-underwriting expert reports on any issues for which a party bears the burden of proof, and any rebuttal non-re-underwriting expert reports, in the *Merrill Lynch*, *Goldman Sachs*, *Credit Suisse*, and *Ally* cases.

So ordered.
*/s/ Denise Cote*
2/26/14

Dated: February 24, 2014
New York, New York

STIPULATED AND AGREED:

_/s/ Sascha Rand / R.T._
Sascha N. Rand
(sascharand@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 100 10
(212) 849-7000

*Attorneys for Plaintiff Federal Housing Finance Agency in FHFA v. Merrill Lynch & Co., Inc. and FHFA v. Goldman, Sachs & Co.*

_/s/ Christine Chung / et_
Christine H. Chung
(christinechung@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorneys for Plaintiff Federal Housing Finance Agency in FHFA v. Credit Suisse Holdings (USA), Inc.*

_____
Kanchana Wangkeo Leung
(kleung@kasowitz.com)
KASOWITZ, BENSON, TORRES &
 FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

*Attorneys for Plaintiff Federal Housing Finance Agency in FHFA v. Ally Financial Inc.*

Dated: February 24, 2014
 New York, New York

STIPULATED AND AGREED:

_____  _____
Sascha N. Rand  Christine H. Chung
(sascharand@quinnemanuel.com)  (christinechung@quinnemanuel.com)
QUINN EMANUEL URQUHART &  QUINN EMANUEL URQUHART &
 SULLIVAN, LLP   SULLIVAN, LLP
51 Madison Avenue, 22nd Floor  51 Madison Avenue, 22nd Floor
New York, New York 100 10  New York, New York 10010
(212) 849-7000  (212) 849-7000

*Attorneys for Plaintiff Federal Housing Finance*  *Attorneys for Plaintiff Federal Housing Finance*
*Agency in FHFA v. Merrill Lynch & Co., Inc.*  *Agency in FHFA v. Credit Suisse Holdings*
and *FHFA v. Goldman, Sachs & Co.*  *(USA), Inc.*

_____
Kanchana Wangkeo Leung
(kleung@kasowitz.com)
KASOWITZ, BENSON, TORRES &
 FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

*Attorneys for Plaintiff Federal Housing Finance*
*Agency in FHFA v. Ally Financial Inc.*

3

/s/ Ryan T. Scarborough

Ryan T. Scarborough (rscarborough@wc.com)
Edward J. Bennett (ebennett@wc.com)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

*Attorneys for Merrill Lynch & Co., Inc., Merrill Lynch Pierce Fenner & Smith Inc., Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Mortgage Capital Inc., First Franklin Financial corp., Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Government Securities, Inc.*

Daniel Zinman (dzinman@rkollp.com)
Matthew Riccardi (mriccardi@rkollp.com)
RICHARDS KIBBE & ORBE LLP
200 Liberty Street
New York, N.Y. 10281-1003

*Attorneys for Matthew Whalen, Brian Sullivan, Michael McGovern, Donald Puglisi, Paul Park, Donald Han*

Richard W. Clary (rclary@cravath.com)
Richard J. Stark (rstark@cravath.com)
Michael T. Reynolds (mreynolds@cravath.com)
Lauren A. Moskowitz (lmoskowitz@cravath.com)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

*Attorneys for Credit Suisse Securities (USA) LLC, Credit Suisse Holdings (USA), Inc., Credit Suisse (USA), Inc., DLJ Mortgage Capital, Inc., Credit Suisse First Boston Mortgage Securities Corporation, Asset Backed Securities Corporation, Credit Suisse First Boston Mortgage Acceptance Corporation, Andrew A. Kimura, Jeffrey A. Altabef, Eveleyn Echevarria, Michael A. Marriott, Zev Kindler, Thomas E. Siegler, Thomas Zingalli, Carlos Onis, Steven L. Kantor, Joseph M. Donovan, Juliana Johnson, and Greg Richter*

Richard H. Klapper (klapperr@sullcrom.com)
Theodore Edelman (edelmant@sullcrom.com)
Michael T. Tomaino, Jr. (tomainom@sullcrom.com)
Tracy Richelle High (hight@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498

*Attorneys for Goldman, Sachs & Co., GS Mortgage Securities Corp., Goldman Sachs Mortgage Company, The Goldman Sachs Group, Inc., Goldman Sachs Real Estate Funding Corp., Howard S. Altarescu, Kevin Gasvoda, Michelle Gill, David J. Rosenblum, Jonathan S. Sobel, Daniel L. Sparks, and Mark Weiss*

Ryan T. Scarborough (rscarborough@wc.com)
Edward J. Bennett (ebennett@wc.com)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

*Attorneys for Merrill Lynch & Co., Inc., Merrill Lynch Pierce Fenner & Smith Inc., Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Mortgage Capital Inc., First Franklin Financial corp., Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Government Securities, Inc.*

Daniel Zinman (dzinman@rkollp.com)
Matthew Riccardi (mriccardi@rkollp.com)
RICHARDS KIBBE & ORBE LLP
200 Liberty Street
New York, N.Y. 10281-1003

*Attorneys for Matthew Whalen, Brian Sullivan, Michael McGovern, Donald Puglisi, Paul Park, Donald Han*

/s/ Richard W. Clary /AVM

Richard W. Clary (rclary@cravath.com)
Richard J. Stark (rstark@cravath.com)
Michael T. Reynolds (mreynolds@cravath.com)
Lauren A. Moskowitz (lmoskowitz@cravath.com)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

*Attorneys for Credit Suisse Securities (USA) LLC, Credit Suisse Holdings (USA), Inc., Credit Suisse (USA), Inc., DLJ Mortgage Capital, Inc., Credit Suisse First Boston Mortgage Securities Corporation, Asset Backed Securities Corporation, Credit Suisse First Boston Mortgage Acceptance Corporation, Andrew A. Kimura, Jeffrey A. Altabef, Eveleyn Echevarria, Michael A. Marriott, Zev Kindler, Thomas E. Siegler, Thomas Zingalli, Carlos Onis, Steven L. Kantor, Joseph M. Donovan, Juliana Johnson, and Greg Richter*

Richard H. Klapper (klapperr@sullcrom.com)
Theodore Edelman (edelmant@sullcrom.com)
Michael T. Tomaino, Jr. (tomainom@sullcrom.com)
Tracy Richelle High (hight@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498

*Attorneys for Goldman, Sachs & Co., GS Mortgage Securities Corp., Goldman Sachs Mortgage Company, The Goldman Sachs Group, Inc., Goldman Sachs Real Estate Funding Corp., Howard S. Altarescu, Kevin Gasvoda, Michelle Gill, David J. Rosenblum, Jonathan S. Sobel, Daniel L. Sparks, and Mark Weiss*

4

Ryan T. Scarborough (rscarborough@wc.com)
Edward J. Bennett (ebennett@wc.com)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

*Attorneys for Merrill Lynch & Co., Inc., Merrill Lynch Pierce Fenner & Smith Inc., Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Mortgage Capital Inc., First Franklin Financial corp., Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Government Securities, Inc.*

/s/ Matthew Riccardi
Daniel Zinman (dzinman@rkollp.com)
Matthew Riccardi (mriccardi@rkollp.com)
RICHARDS KIBBE & ORBE LLP
200 Liberty Street
New York, N.Y. 10281-1003

*Attorneys for Matthew Whalen, Brian Sullivan, Michael McGovern, Donald Puglisi, Paul Park, Donald Han*

Richard W. Clary (rclary@cravath.com)
Richard J. Stark (rstark@cravath.com)
Michael T. Reynolds (mreynolds@cravath.com)
Lauren A. Moskowitz (lmoskowitz@cravath.com)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

*Attorneys for Credit Suisse Securities (USA) LLC, Credit Suisse Holdings (USA), Inc., Credit Suisse (USA), Inc., DLJ Mortgage Capital, Inc., Credit Suisse First Boston Mortgage Securities Corporation, Asset Backed Securities Corporation, Credit Suisse First Boston Mortgage Acceptance Corporation, Andrew A. Kimura, Jeffrey A. Altabef, Eveleyn Echevarria, Michael A. Marriott, Zev Kindler, Thomas E. Siegler, Thomas Zingalli, Carlos Onis, Steven L. Kantor, Joseph M. Donovan, Juliana Johnson, and Greg Richter*

Richard H. Klapper (klapperr@sullcrom.com)
Theodore Edelman (edelmant@sullcrom.com)
Michael T. Tomaino, Jr. (tomainom@sullcrom.com)
Tracy Richelle High (hight@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498

*Attorneys for Goldman, Sachs & Co., GS Mortgage Securities Corp., Goldman Sachs Mortgage Company, The Goldman Sachs Group, Inc., Goldman Sachs Real Estate Funding Corp., Howard S. Altarescu, Kevin Gasvoda, Michelle Gill, David J. Rosenblum, Jonathan S. Sobel, Daniel L. Sparks, and Mark Weiss*

4

Ryan T. Scarborough (rscarborough@wc.com)
Edward J. Bennett (ebennett@wc.com)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

*Attorneys for Merrill Lynch & Co., Inc., Merrill Lynch Pierce Fenner & Smith Inc., Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Mortgage Capital Inc., First Franklin Financial corp., Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Government Securities, Inc.*

Daniel Zinman (dzinman@rkollp.com)
Matthew Riccardi (mriccardi@rkollp.com)
RICHARDS KIBBE & ORBE LLP
200 Liberty Street
New York, N.Y. 10281-1003

*Attorneys for Matthew Whalen, Brian Sullivan, Michael McGovern, Donald Puglisi, Paul Park, Donald Han*

Richard W. Clary (rclary@cravath.com)
Richard J. Stark (rstark@cravath.com)
Michael T. Reynolds (mreynolds@cravath.com)
Lauren A. Moskowitz (lmoskowitz@cravath.com)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

*Attorneys for Credit Suisse Securities (USA) LLC, Credit Suisse Holdings (USA), Inc., Credit Suisse (USA), Inc., DLJ Mortgage Capital, Inc., Credit Suisse First Boston Mortgage Securities Corporation, Asset Backed Securities Corporation, Credit Suisse First Boston Mortgage Acceptance Corporation, Andrew A. Kimura, Jeffrey A. Altabef, Eveleyn Echevarria, Michael A. Marriott, Zev Kindler, Thomas E. Siegler, Thomas Zingalli, Carlos Onis, Steven L. Kantor, Joseph M. Donovan, Juliana Johnson, and Greg Richter*

Richard H. Klapper (klapperr@sullcrom.com)
Theodore Edelman (edelmant@sullcrom.com)
Michael T. Tomaino, Jr. (tomainom@sullcrom.com)
Tracy Richelle High (hight@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498

*Attorneys for Goldman, Sachs & Co., GS Mortgage Securities Corp., Goldman Sachs Mortgage Company, The Goldman Sachs Group, Inc., Goldman Sachs Real Estate Funding Corp., Howard S. Altarescu, Kevin Gasvoda, Michelle Gill, David J. Rosenblum, Jonathan S. Sobel, Daniel L. Sparks, and Mark Weiss*

4

*Joshua Fritsch /s/*
David H. Braff (braffd@sullcrom.com)
Brian T. Frawley (frawleyb@sullcrom.com)
Jeffrey T. Scott (scottj@sullcrom.com)
Joshua Fritsch (fritschj@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

*Attorneys for Barclays Capital Inc.*

Thomas C. Rice (trice@stblaw.com)
David J. Woll (dwoll@stblaw.com)
Alan Turner (aturner@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

*Attorneys for Defendant RBS Securities Inc.*

**SO ORDERED:**

By:_____
The Honorable Denise L. Cote, U.S.D.J.

Date:_____

<table>
<tr><td>
_____<br>
David H. Braff (braffd@sullcrom.com)<br>
Brian T. Frawley (frawleyb@sullcrom.com)<br>
Jeffrey T. Scott (scottj@sullcrom.com)<br>
Joshua Fritsch (fritschj@sullcrom.com)<br>
SULLIVAN & CROMWELL LLP<br>
125 Broad Street<br>
New York, NY 10004<br><br>
*Attorneys for Barclays Capital Inc.*
</td><td>
*/s/ Thomas C. Rice*<br>
Thomas C. Rice (trice@stblaw.com)<br>
David J. Woll (dwoll@stblaw.com)<br>
Alan Turner (aturner@stblaw.com)<br>
SIMPSON THACHER & BARTLETT LLP<br>
425 Lexington Avenue<br>
New York, NY 10017<br><br>
*Attorneys for Defendant RBS Securities Inc.*
</td></tr>
</table>

**SO ORDERED:**

By:_____
The Honorable Denise L. Cote, U.S.D.J.

Date:_____

5

## Exhibit 1

| Case | Event | Date |
|---|---|---|
| Merrill Lynch | The parties shall serve any rebuttal non-re-underwriting expert reports. | Mar. 14, 2014 |
| Goldman Sachs | The parties shall serve any non-re-underwriting expert reports on any issues for which they bear the burden of proof. | Mar. 7, 2014 |
| Goldman Sachs | The parties shall serve any rebuttal non-re-underwriting expert reports. | May 2, 2014 |
| Credit Suisse | The parties shall serve any non-re-underwriting expert reports on any issues for which they bear the burden of proof. | Mar. 12, 2014 |
| Credit Suisse | The parties shall serve any rebuttal non-re-underwriting expert reports. | May 12, 2014 |
| Ally | The parties shall serve any non-re-underwriting expert reports on any issues for which they bear the burden of proof. | Mar. 19, 2014 |
| Ally | The parties shall serve any rebuttal non-re-underwriting expert reports. | May 28, 2014 |