UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
FEDERAL HOUSING FINANCE AGENCY,        :    11 Civ. 6189 (DLC)
                                       :    11 Civ. 6198 (DLC)
                Plaintiff,             :    11 Civ. 6201 (DLC)
                                       :    11 Civ. 7010 (DLC)
        -v-                            :
                                       :         ORDER
                                       :
HSBC NORTH AMERICA HOLDINGS INC., et   :
al.,                                   :
                                       :
                Defendants,            :
                                       :
And other FHFA cases.                  :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

   By letter of May 9, defendant HSBC noted that it failed to request the redaction of certain sensitive personal information concerning a former employee in Exhibit 19 to the declaration of Andrew R. Dunlap in support of plaintiff FHFA's motion for partial summary judgment in these four actions.  Exhibit 19 has already been filed in the dockets of three of these actions.  It is hereby

   ORDERED that the Clerk of Court seal Docket No. 685-19 in 11 Civ. 6189, Docket No. 685-19 in 11 Civ. 6198, and Docket No. 663-19 in 11 Civ. 6201.

   IT IS FURTHER ORDERED that HSBC's requested redaction of Exhibit 19 is approved.  FHFA shall refile a redacted version of

Exhibit 19 in the public dockets of each of the four actions and file under seal in each an unredacted version of Exhibit 19.

Dated:   New York, New York
         May 9, 2014

_____
DENISE COTE
United States District Judge