UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                Plaintiff,<br><br>          -against-<br><br>GOLDMAN, SACHS & CO., GS MORTGAGE SECURITIES CORP., GOLDMAN SACHS MORTGAGE COMPANY, THE GOLDMAN SACHS GROUP, INC., GOLDMAN SACHS REAL ESTATE FUNDING CORP., HOWARD S. ALTARESCU, KEVIN GASVODA, MICHELLE GILL, DAVID J. ROSENBLUM, JONATHAN S. SOBEL, DANIEL L. SPARKS, AND MARK WEISS,<br><br>                Defendants. | **NOTICE OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEFENDANTS' DUE DILIGENCE AND REASONABLE CARE DEFENSES**<br><br>**No. 11 CIV. 6198 (DLC)** |

      PLEASE TAKE NOTICE that, upon the respective Declaration of Andrew R. Dunlap, Esq., and the exhibits attached thereto, Declaration of Charles Cipione, and the exhibits attached thereto, FHFA's Statement of Uncontested Material Facts pursuant to Local Civil Rule 56.1, and the accompanying Plaintiff's Memorandum in Support of Its Motion for Partial Summary Judgment on Defendants' Due Diligence and Reasonable Care Defenses, dated June 10, 2014, Plaintiff, by its attorneys, Quinn Emanuel Urquhart & Sullivan, LLP, hereby moves this Court for an Order pursuant to Rule 56(a) of the Federal Rules of Civil Procedure granting partial summary judgment and barring as a matter of law Defendants' pleaded defenses of "due diligence" under Section 11 of the Securities Act of 1933, 15 U.S.C. 77k(b)(3)(A), and "reasonable care" under Section 12 of the Securities Act of 1933 and parallel provisions of the

D.C. and Virginia Blue Sky Acts, 15 U.S.C. § 77*l*(a)(2); D.C. Code § 31.5606.05(a)(1)(B); Va. Code Ann § 13.1-522(A)(ii), and for such other and further relief as the Court may deem just and proper.

DATED:   New York, New York
           June 10, 2014

                                    QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP

                                    By:   /s/ Philippe Z. Selendy
                                            Philippe Z. Selendy
                                            Sascha N. Rand
                                            Manisha M. Sheth
                                            Andrew R. Dunlap
                                            David B. Schwartz

                                    51 Madison Avenue, 22nd Floor
                                    New York, New York  10010-1601
                                    (212) 849-7000

*Attorneys for Plaintiff Federal Housing Finance Agency, as Conservator for Fannie Mae and Freddie Mac*