UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, etc.,<br><br>     Plaintiff,<br>  v.<br><br>GOLDMAN, SACHS & CO., et al.,<br><br>     Defendants. | 11 Civ. 6198 (DLC) |
| FEDERAL HOUSING FINANCE AGENCY, etc.,<br><br>     Plaintiff,<br>  v.<br><br>ALLY FINANCIAL INC., et al.,<br><br>     Defendants. | 11 Civ. 7010 (DLC) |

**GOLDMAN SACHS' NOTICE OF MOTION FOR PARTIAL JUDGMENT ON THE
PLEADINGS OR PARTIAL SUMMARY JUDGMENT**

       SULLIVAN & CROMWELL LLP

       Richard H. Klapper (klapperr@sullcrom.com)
       Theodore Edelman (edelmant@sullcrom.com)
       Michael T. Tomaino (tomainom@sullcrom.com)
       Tracy Richelle High (hight@sullcrom.com)
       125 Broad Street
       New York, New York 10004
       Telephone:  (212) 558-4000
       Facsimile:  (212) 558-3588

       *Attorneys for Defendants Goldman, Sachs & Co., GS
       Mortgage Securities Corp., Goldman Sachs Mortgage
       Company, The Goldman Sachs Group, Inc., Goldman
       Sachs Real Estate Funding Corp., Howard S. Altarescu,
       Kevin Gasvoda, Michelle Gill, David J. Rosenblum,*
June 20, 2014     *Jonathan S. Sobel, Daniel L. Sparks and Mark Weiss*

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, dated June 20, 2014 (the "Memorandum"), and the accompanying Local Rule 56.1 Statement of Material Facts, the Defendants Goldman, Sachs & Co., GS Mortgage Securities Corp., Goldman Sachs Mortgage Company, The Goldman Sachs Group, Inc., Goldman Sachs Real Estate Funding Corp., Howard S. Altarescu, Kevin Gasvoda, Michelle Gill, David J. Rosenblum, Jonathan S. Sobel, Daniel L. Sparks and Mark Weiss ("Goldman Sachs") will respectfully move this Court, before the Honorable Denise L. Cote, on a date and at a time to be determined by the Court, in Courtroom 15B of the United States Courthouse at 500 Pearl Street, New York, New York 10007, pursuant to Federal Rules of Civil Procedure 12(c) or 56(a), for an Order granting a judgment of dismissal as to the claims asserted under Sections 11, 12(a)(2) and 15 of the Securities Act and under the Virginia and District of Columbia blue sky laws, and for such other and further relief as the Court may deem just and proper.

Dated: June 20, 2014  
       New York, New York

Respectfully Submitted,

SULLIVAN & CROMWELL LLP

By: */s/ Richard H. Klapper*  
Richard H. Klapper (klapperr@sullcrom.com)  
Theodore Edelman (edelmant@sullcrom.com)  
Michael T. Tomaino (tomainom@sullcrom.com)  
Tracy Richelle High (hight@sullcrom.com)  
SULLIVAN & CROMWELL LLP  
125 Broad Street  
New York, New York  10004  
Telephone:  212-558-4000  
Facsimile: 212 558-3588

*Attorneys for Defendants Goldman, Sachs & Co., GS Mortgage Securities Corp., Goldman Sachs Mortgage Company, The Goldman Sachs Group, Inc., Goldman Sachs Real Estate Funding Corp., Howard S. Altarescu, Kevin Gasvoda, Michelle Gill, David J. Rosenblum, Jonathan S. Sobel, Daniel L. Sparks and Mark Weiss*