Cote, D.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL HOUSING FINANCE AGENCY, AS
CONSERVATOR FOR THE FEDERAL NATIONAL
MORTGAGE ASSOCIATION AND THE FEDERAL
HOME LOAN MORTGAGE CORPORATION,

                Plaintiff,

-against-

GOLDMAN, SACHS & CO., *et al.*,

                Defendants.

11 Civ. 6198 (DLC)


...JMENT
...CTRONICALLY
8/25/2014

---

FEDERAL HOUSING FINANCE AGENCY, AS
CONSERVATOR FOR THE FEDERAL NATIONAL
MORTGAGE ASSOCIATION AND THE FEDERAL
HOME LOAN MORTGAGE CORPORATION,

                Plaintiff,

-against-

ALLY FINANCIAL, INC., *et al.*,

                Defendants.

11 Civ. 7010 (DLC)

---

### [PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION TO STAY PROCEEDINGS

The Court, having considered all materials submitted in favor of the Parties' August 22, 2014 Joint Motion to Stay Proceedings, and finding good cause in support thereof,

IT IS HEREBY ORDERED that:

The Parties' Motion to Stay Proceedings is GRANTED until Aug. 28, 2014, and the above-captioned actions shall remain stayed pending the joint submission of a stipulation of

voluntary dismissal with prejudice, but in no event stayed beyond August 28, 2014 without further approval by the Court.

Dated: August 25, 2014
New York, New York

By: _____
The Honorable Denise L. Cote
United States District Court Judge