UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,

Plaintiff,

-against-

GOLDMAN, SACHS & CO., *et al.*,

Defendants.

11 Civ. 6198 (DLC)

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

WHEREAS Plaintiff Federal Housing Finance Agency, and Defendants Goldman, Sachs & Co., GS Mortgage Securities Corp., Goldman Sachs Mortgage Company, The Goldman Sachs Group, Inc., Goldman Sachs Real Estate Funding Corp., Peter C. Aberg, Howard S. Altarescu, Robert J. Christie, Kevin Gasvoda, Michelle Gill, David J. Rosenblum, Jonathan S. Sobel, Daniel L. Sparks, and Mark Weiss (collectively, the "Goldman Sachs Defendants") have reached settlements disposing of all claims asserted in the above-captioned action (the "Action"); and

WHEREAS, Peter C. Aberg and Robert J. Christie were previously dismissed from the Action on February 8, 2013, without prejudice, and Plaintiff and Defendants agree that the prior dismissal should be converted into one with prejudice;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this Action and all claims asserted herein against past and present defendants shall be, and hereby are, dismissed with prejudice, with each party to bear his, her, or its own costs.

Dated: August 27, 2014
New York, New York

| | |
|---|---|
| By: /s/ Philippe Z. Selendy<br>Philippe Z. Selendy<br>(philippeselendy@quinnemanuel.com)<br>Manisha M. Sheth<br>(manishasheth@quinnemanuel.com)<br>Jordan A. Goldstein<br>(jordangoldstein@quinnemanuel.com)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Avenue<br>22nd Floor<br>New York, New York 10010<br>Tel. (212) 849-7000<br>Fax. (212) 849-7100<br><br>*Attorneys for Plaintiff*<br>*Federal Housing Finance Agency* | By: /s/ Richard H. Klapper<br>Richard H. Klapper<br>(klapperr@sullcrom.com)<br>Theodore Edelman<br>(edelmant@sullcrom.com)<br>Bradley A. Harsch<br>(harschb@sullcrom.com)<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004-2498<br>Tel. (212) 558-4000<br>Fax. (212) 558-3588<br><br><br><br>*Attorneys for the Goldman Sachs Defendants* |